**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-80101-CR-CANNON/REINHART**

IN RE: SEALED INDICTMENT

_____/

**MOTION TO UNSEAL**

The Special Counsel, by and through the undersigned Assistant Special Counsel, moves to unseal the Indictment and docket in this case. The conditions supporting the Court's sealing order no longer prevail and unsealing the Indictment is in the public interest.

                                                Respectfully submitted,

                                                JACK SMITH
                                                SPECIAL COUNSEL

BY:    s/Karen E. Gilbert
          Karen E. Gilbert
          Assistant Special Counsel
          Florida Bar No. 771007
          950 Pennsylvania Avenue NW
          Room B-206
          Washington, D.C. 20530

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-80101-CR-CANNON/REINHART**

**IN RE: SEALED INDICTMENT**

_____/

**ORDER TO UNSEAL**

The Special Counsel, having applied to this Court for an Order unsealing the Indictment and the docket in this case, for the reason that conditions supporting the Court's sealing order no longer prevail and unsealing the Indictment is in the public interest, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Indictment and docket in this case shall be unsealed.

**DONE AND ORDERED** in chambers at Miami, Florida, this 9th day of June 2023.

_____
HON. EDWIN G. TORRES
CHIEF UNITED STATES MAGISTRATE JUDGE