**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80101-CR-CANNON-REINHART**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**DONALD J. TRUMP and**
**WALTINE NAUTA**,

      Defendants.

_____/

## NOTICE OF APPEARANCE

The government hereby gives notice that the undersigned attorney of the Special Counsel's

Office is appearing on behalf of the United States in the above-captioned matter.

      Respectfully submitted,

      JACK SMITH
      SPECIAL COUNSEL

By:    /s/ *Julie A. Edelstein*
       Julie A. Edelstein
       Senior Assistant Special Counsel
       950 Pennsylvania Avenue, NW
       Washington, D.C. 20530
       Special Bar ID # A5502949

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on June 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Julie A. Edelstein*
Julie A. Edelstein
Senior Assistant Special Counsel