```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2                          MIAMI DIVISION
                     CASE NO. 23-80101-cr-CANNON
3

4     UNITED STATES OF AMERICA,        Miami, Florida

5              Plaintiff,              June 13, 2023

6         vs.                          2:55 p.m. to 3:44 p.m.

7     DONALD J. TRUMP and WALTINE      Courtroom 13-3
      NAUTA,
8                                      (Pages 1 to 36)
               Defendants.
9     _____

10             INITIAL APPEARANCE AND ARRAIGNMENT
            BEFORE THE HONORABLE JONATHAN GOODMAN,
11             UNITED STATES MAGISTRATE JUDGE

12    APPEARANCES:

13     FOR THE GOVERNMENT:    JAY BRATT, ESQ.
                              DAVID HARBACH, ESQ.
14                            JULIE EDELSTEIN, ESQ.
                              Counterintelligence and Export Control
15                            Section
                              National Security Division
16                            U.S. Department of Justice
                              950 Pennsylvania Avenue, NW
17                            Washington, DC 20530
                              (202) 233-2113
18
       FOR DEFENDANT          CHRISTOPHER M. KISE, ESQ.
19     DONALD J. TRUMP:       Continental, PLLC
                              101 North Monroe Street
20                            Tallahassee, FL 32301
                              (805) 270-2211
21                            ckise@continentalpllc.com

22                            TODD BLANCHE, ESQ.
                              Blanche Law
23                            99 Wall Street, Suite 4460
                              New York, NY 10005
24                            (212) 716-1250
                              toddblanche@blanchelaw.com
25
```

```
 1    APPEARANCES CONTINUED:

 2    FOR DEFENDANT           STANLEY M. WOODWARD, ESQ.
      WALTINE NAUTA:          Brand Woodward Law
 3                            2001 K St NW
                              Washington, DC 20006
 4                            (202) 258-6597
                              Stanleymbrand@gmail.com
 5

 6    Also Present:           Susie Silva, Pretrial Services

 7

 8    REPORTED BY:            STEPHANIE A. McCARN, RPR
                              Official Court Reporter
 9                            400 North Miami Avenue
                              Thirteenth Floor
10                            Miami, Florida 33128
                              (305) 523-5518
11                            Stephanie_McCarn@flsd.uscourts.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

<u>**I N D E X**</u>

<u>**WITNESSES**</u>

<u>**WITNESSES FOR THE GOVERNMENT:**</u>                                    <u>**Page**</u>
                                                                         --


<u>**WITNESSES FOR THE DEFENDANTS:**</u>                                    <u>**Page**</u>
                                                                         --


<u>**EXHIBITS IN EVIDENCE**</u>                    <u>**IDENTIFIED**</u>    <u>**ADMITTED**</u>

**Plaintiff's Exhibit No.**                      --                --

**Defendants' Exhibit No.**                      --                --




<u>**MISCELLANEOUS**</u>

                                                                        <u>**Page**</u>
Proceedings......................................    4
Court Reporter's Certificate.....................   30

1           (The following proceedings were held at 2:55 p.m.)

2               THE COURTROOM DEPUTY:  All rise.

3               THE COURT:  And good afternoon, folks.  Please be

4    seated.  Make yourself comfortable.

5               UNIDENTIFIED SPEAKER:  Good afternoon, Your Honor.

6               THE COURT:  Give me half a minute to get organized and

7    get settled.

8           (Pause in proceedings.)

9               THE COURT:  We're here, folks, for Case No.

10   23-80101-cr-Cannon.  United States of America vs. Donald J.

11   Trump and Waltine Nauta.

12               First, I want to thank Chief Judge Cecilia Altonaga

13   for letting me use this courtroom and also chambers.

14               Second, I want to thank the U.S. Marshal and all of

15   his deputies for all the hard work that they've put in the past

16   several days.  And also thanks to the entire law enforcement

17   community, all the multiple agencies who have been working over

18   the past several days to get this organized.

19               And finally, I'd like to thank the clerk of the court

20   and her staff for making arrangements under a time crunch.

21               I want to remind everyone of the Court's broadcast,

22   broadcasting prohibition rules.  No photographs or videos in

23   this courtroom or otherwise in the building.

24               And I am also going to point out what I call the no

25   circumventing the rule, rule, which means for those folks who

1   are over in the spillover room watching this on television

2   monitors, you're not allowed to record or broadcast from what

3   you see on TV, because that would defeat the entire

4   prohibition.

5          We're going to start off by taking former President

6   Trump first, and then we'll handle Codefendant Waltine Nauta.

7          Who is here for the prosecution, please?

8          MR. HARBACH:  Good afternoon, Your Honor.  David

9   Harbach of the Special Counsel's Office for the United States.

10  Sitting with me at the table are my colleagues, Jay Bratt and

11  Julie Edelstein.

12         THE COURT:  Thank you.  And all three of you are from

13  Washington?

14         MR. HARBACH:  Yes, Your Honor.

15         THE COURT:  Well, welcome to the Southern District of

16  Florida.

17         MR. HARBACH:  Thank you, sir.

18         THE COURT:  And who is here for former President

19  Trump?

20         MR. KISE:  Good afternoon, Your Honor.  Christopher

21  Kise, Continental PLLC on behalf of President Donald Trump.

22  And I appreciate the Court already granting Mr. Blanche's *pro*

23  *hac vice*.  He'll enter his appearance.

24         THE COURT:  Thank you.  I don't want to take undue

25  credit, it was actually Judge Cannon who granted that motion

1  for *pro hac vice*, but thank you so much.

2          And your colleague?

3          MR. BLANCHE:  Todd Blanche, just admitted *pro hac*

4  *vice*.  Good afternoon, Your Honor.

5          THE COURT:  Good afternoon.  And you are from New York

6  City?

7          MR. BLANCHE:  I am, Your Honor.

8          THE COURT:  Welcome to the Southern District of

9  Florida as well.

10          So I have a question for both of you.  And you can

11  feel free to be seated, make yourself comfortable.

12          Are both of you here temporarily or permanently?

13          MR. KISE:  Permanently, Your Honor.

14          MR. BLANCHE:  Permanently, Your Honor.

15          THE COURT:  Okay, that's good to know.

16          Have you filed a notice of permanent appearance yet?

17          MR. KISE:  Yes, Your Honor, I have.

18          THE COURT:  Okay.  And Mr. Blanche.

19          MR. BLANCHE:  I was just admitted, Your Honor.  I will

20  do so promptly.

21          THE COURT:  All right.  Well, why don't you take until

22  tomorrow to get that done, it's sort of an administrative step.

23  But thank you.  Very well.

24          So since both of you are here permanently, let me ask

25  one other background question, which is, are you here for trial

```
 1    purposes only or trial and appeal?
 2            MR. KISE:  Trial and appeal, Your Honor, as reflected
 3    in our notice.
 4            THE COURT:  All right.  Very good.  Thank you so much.
 5            Folks, the Indictment itself is 44 pages, 38 counts
 6    with 37 counts against the former President Trump and 6 against
 7    the Codefendant and alleged coconspirator, Waltine Nauta.
 8            Have you folks reviewed the Indictment with former
 9    President Trump?
10            MR. BLANCHE:  We have, Your Honor.
11            THE COURT:  And because both of you are in the case
12    permanently, would you like to arraign him now?
13            MR. BLANCHE:  Yes, Your Honor.
14            MR. KISE:  Yes, Your Honor.
15            THE COURT:  All right.  So let's move forward and do
16    that, please.
17            So the custom in our district, customs vary from
18    district to district.  But in our district, we typically don't
19    read aloud the entire Indictment, that would take quite a
20    while.  The typical protocol is for the defense lawyers to say
21    we read -- we waive the formal reading.
22            Are you willing to waive the formal reading?
23            MR. BLANCHE:  We waive the formal reading, Your Honor.
24            THE COURT:  All right.  And the next step typically
25    would be you either enter a plea of guilty or not guilty.
```

1        MR. BLANCHE:  Your Honor, we most certainly enter a

2  plea of not guilty.

3        THE COURT:  All right.  And the other typical request

4  that we make in this district is, we'd like a jury trial, we

5  demand a jury trial.  Is that something you're asking for?

6        MR. BLANCHE:  We so demand, yes, Your Honor.

7        THE COURT:  All right.  And the other typical step

8  that defense lawyers in our district take is to ask for the

9  issuance of the standing discovery order.

10        Are you making that request as well?

11        MR. BLANCHE:  Yes, Your Honor.

12        THE COURT:  All right.  The standing discovery order

13  either has been uploaded or will soon be uploaded on our CM-ECF

14  system.

15        I'm now going to be issuing what we call the *Brady*

16  order.  I'm confident that the Department of Justice is fully

17  aware of its *Brady* obligations, but in an abundance of caution,

18  we now issue an actual order to enforce the *Brady* obligations.

19  So I'm going to be reading the *Brady* order, issuing the *Brady*

20  order, and this order also applies for the Codefendant,

21  Mr. Nauta, as well.

22        A written version of this *Brady* order will later

23  appear on our CM-ECF written docket.

24        As required by Rule 5(f) of the Rules of Criminal

25  Procedure, the United States is ordered to disclose to the

1    Defendant all exculpatory evidence; that is, evidence that

2    favors the Defendant or casts doubt on the United States's case

3    as required by *Brady vs. Maryland* and its progeny.

4            The Government has a duty to disclose any evidence

5    that goes to negating the Defendant's guilt, the credibility of

6    a witness or that would reduce a potential sentence.

7            The Defendant is entitled to this information without

8    a request.  Not doing so in a timely manner may result in

9    consequences, including, but not limited to, exclusion of

10   evidence, adverse jury instructions, dismissal of charges,

11   contempt proceedings, disciplinary action or sanctions by the

12   Court.

13           On the summons that the Government issued, Docket

14   Entry No. 4 is the summons that you asked the clerk of the

15   court to be signed.  Chief Magistrate Judge Edwin Torres issued

16   the summons on June 8th, 2023.  A bond recommendation was

17   attached signed by J. Bratt, assistant special counsel.

18           That recommendation called for a personal surety bond

19   with no financial component.  No dollar amount.  Basically, it

20   was a personal recognizance type of release.

21           Is this still the recommendation of the United States?

22           MR. HARBACH:  It is, Your Honor.

23           THE COURT:  Have you discussed the proposed terms of

24   release or bond with any of the defense lawyers?  In other

25   words, have you worked something out?

```
 1              MR. HARBACH:  Yes, Your Honor.  Well, I can represent
 2   this much.  We had informed counsel for both Defendants that
 3   our recommendation for the conditions associated with the
 4   personal surety bond that Your Honor just described will be the
 5   same.  And they are, in particular, a recommendation that the
 6   Court impose what in this district under the standard
 7   conditions of bond are labeled Condition No. 1.
 8              THE COURT:  Yes.
 9              MR. HARBACH:  And Condition No. 5.
10              THE COURT:  Yes.
11              MR. HARBACH:  And that the remaining standard
12   conditions of bond need not apply here because the Government
13   does not review either Defendant as a flight risk and,
14   furthermore, that no special conditions are necessary in this
15   instance.
16              I've related that to both defense counsel, Your Honor.
17              THE COURT:  All right.  And was there an agreement?
18              MR. BLANCHE:  There is, Your Honor.
19              THE COURT:  All right.  So both sides, at least as to
20   former President Trump, are saying this should be a personal
21   surety bond, no dollar amount, no financial component and only
22   the standard Conditions 1 through 5.
23              MR. BLANCHE:  No, Your Honor.
24              MR. HARBACH:  No, Your Honor, 1 and 5.
25              THE COURT:  Of course.  My mistake.  1 and 5.
```

```
 1          MR. HARBACH:  Yes.
 2          THE COURT:  So 18 USC 3142(a)(1) authorizes a
 3   defendant to be released on a personal recognizance or upon
 4   execution of an unsecured appearance bond.
 5          Section B, subsection B, authorizes this, quote, less
 6   the judicial officer, meaning me, determines that such release
 7   will not reasonably assure the appearance of the person as
 8   required or will endanger the safety of any other person or the
 9   community.  I think, as you've just indicated, the Government
10   is representing that those concerns are not concerns in this
11   case for either of the two Defendants, correct?
12          MR. HARBACH:  Yes, Your Honor.
13          THE COURT:  Subsection B requires the release to be
14   subject to the condition that the person not commit a federal,
15   state or local crime during the period of release, that is
16   condition -- standard Condition No. 5.
17          I assume the Defendant, former President Trump, has no
18   problems with that condition?
19          MR. BLANCHE:  I assure you he does not, Your Honor.
20          THE COURT:  All right.  Very good.
21          So I understand the discussions that the two sides
22   have had.  I, however, have some questions about the
23   prosecution's release recommendations, and I'll go through them
24   now.  Right now we're just talking about former President
25   Trump.
```

1       Is the prosecution asking for former President Trump

2  to surrender his passport?

3       MR. HARBACH:  No, Your Honor.

4       THE COURT:  Is the prosecution requesting any

5  international travel limits on former President Trump?

6       MR. HARBACH:  No, Your Honor.

7       THE COURT:  Is the prosecution asking for any limits

8  on domestic travel for former President Trump?

9       MR. HARBACH:  No, Your Honor.

10       THE COURT:  So one of the standard conditions of our

11  bond is no travel outside the Southern District of Florida

12  unless pre-approved by a Court.  What is your position on that?

13       MR. HARBACH:  That it's not necessary, Your Honor.

14       THE COURT:  Fair enough.

15       Is the prosecution requesting that former President

16  Trump be forbidden from possessing firearms, ammunition or

17  dangerous devices?

18       MR. HARBACH:  No, Your Honor.

19       THE COURT:  Is the prosecution asking that former

20  President Trump avoid all contact with codefendants, victims

21  and witnesses except through counsel?

22       MR. HARBACH:  We are not requesting that condition

23  either, Your Honor.

24       THE COURT:  Is the prosecution requesting that former

25  President Trump report to pretrial services in any way?

```
 1              MR. HARBACH:  No, sir.

 2              THE COURT:  Is the prosecution asking for any other

 3     special conditions of pretrial release?

 4              MR. HARBACH:  No, sir.

 5              THE COURT:  Is pretrial services -- is a

 6     representative from pretrial services here?

 7              Yes, Ms. Silva.

 8              MS. SILVA:  Yes, Your Honor.

 9              THE COURT:  Good to see you, Ms. Silva.

10              Is pretrial services requesting any special

11     conditions?

12              MS. SILVA:  No, Your Honor.

13              THE COURT:  So I'm going to authorize a personal

14     surety appearance bond for former President Trump without a

15     financial component.  It is, in fact, a personal recognizance

16     release with the following conditions:  As you have indicated,

17     Nos. 1 and 5.

18              However, despite the parties' recommendations to me, I

19     am also going to be imposing some additional special

20     conditions.

21              Former President Trump will avoid all contact with

22     witnesses and victims except through counsel.  This condition

23     will be effective once defense counsel receives a written list

24     of those witnesses and victims from the prosecutor.  Please

25     send a copy to pretrial services as well.
```

1    The prohibition will be effective only as to those on

2  the written list.  The prosecution will have the ability to

3  expand that list by submitting an amended list.

4    In addition, I'm imposing the special condition that

5  former President Trump may not communicate with the

6  Codefendant, Waltine Nauta, about the case.  And the reason I

7  am emphasizing the words "about the case" is that normally in

8  our district, and probably many others, the condition is no

9  contact whatsoever; so typically whenever there is a no contact

10  with a codefendant provision, it means no contact whatsoever

11  except through counsel.

12    However, it is my understanding that Mr. Nauta works

13  for former President Trump and is with you on a daily basis or

14  close to it.  Therefore, it would be impossible for that

15  condition to work in the typical way, because if he works for

16  you, you are going to have contact with him on a daily basis.

17    Therefore, I am modifying that special condition so

18  that it's only discussions about the case, except through

19  counsel.

20    We have here a personal surety bond for former

21  President Trump to sign.  I am going to check off the

22  appropriate boxes --

23    MR. BLANCHE:  Your Honor?

24    THE COURT:  Yes, sir.

25    MR. BLANCHE:  May I be heard on the special condition?

1    THE COURT:  Yes.

2    MR. BLANCHE:  Thank you.

3    The challenge with the special condition that

4  President Trump not have contact with witnesses is that many --

5  we don't know who the witnesses are, every one of them, but

6  many of the witnesses who we understand to be involved in this

7  case include members of President Trump's protection detail,

8  include members of President Trump's staff that work with him

9  and for him and have for many, many years.  And so the -- the

10  practical implication of that special condition doesn't work in

11  our view, in this case.  Everybody that he interacts with --

12  many of the people that he interacts with on a daily basis,

13  including the men and women assigned to protect him, are

14  potential witnesses in this case.

15    So for him not to allowed -- be allowed to have

16  contact with them, in our view, isn't appropriate and doesn't

17  work.  We have certainly communicated with our client about

18  what he can and cannot do and say as it relates to witnesses

19  and potential witnesses; and I assure the Court he will not

20  violate our direction or your direction to the extent it comes

21  from the Court.

22    But the special -- you were correct about the

23  Codefendant, Your Honor, that he works very closely with the

24  President, but that is similarly true for many of the witnesses

25  that we understand to be involved in this case.  So the same

```
 1    challenges that exist with respect to the Codefendant exist for
 2    many of the witnesses as well.  So I would respectfully request
 3    that Your Honor reconsider that special condition.
 4          We are happy to speak with the Government about any
 5    concerns that they may have about -- about President Trump,
 6    communications with witnesses and bring any issues to the
 7    Court's attention, but I believe the reason why we decided that
 8    special condition didn't fit with this case, Your Honor, is
 9    because of the -- the facts of this case are everything in
10    President Trump's life.  So it's what happened at Mar-a-Lago,
11    it's what happened at Bedminster, among other things.  And the
12    folks that are part of the Government's case are the folks that
13    work with President Trump and have worked for President Trump
14    every day, especially as it relates to his staff and the United
15    States Secret Service.
16          THE COURT:  I think what you are saying to me is that
17    many of the witnesses -- many of the witnesses would also be in
18    the same status as the Codefendant.  You have the practical
19    problem of being on staff and having close contact every day.
20          MR. HARBACH:  Your Honor, may --
21          THE COURT:  Just a minute.  I can't tell if you were
22    going to say something because you were chatting.
23          Did you have anything else you would like to say?
24          MR. BLANCHE:  I do.  A helpful, important fact.  One
25    of the key witnesses that we know is still the President's
```

lawyer.  So a special condition that President Trump cannot
communicate with his lawyer, obviously doesn't work,
respectfully, Your Honor.

          THE COURT:  Not phrased that way, but let me hear from
the Government.

          MR. HARBACH:  Thank you, Your Honor.

          I'd like to offer maybe a suggestion about how to
proceed.  As Your Honor pointed out, your order requires the
Government to produce a list of witnesses to be subject to this
condition.

          I should also say that the Government is cognizant of
the issues that Your Honor has raised and that Mr. Blanche has
already identified about the practical difficulties of
enforcing a no-contact order with certain personnel.  So our
suggestion would be that the Government come up with a list,
which, full disclosure, would not be an exhaustive list of all
witnesses that might potentially be called at trial, but will
be a list of witnesses reflecting our effort to narrow the
scope of witnesses as to whom such an order might actually be
necessary, and including an effort on our part to reasonably
accommodate the types of concerns that Mr. Blanche has just
expressed.

          And so our suggestion would be that you let us prepare
a list, let us discuss it with counsel for the former President
and, hopefully, we can agree on -- on a list as to which this

 1    condition makes sense.

 2         I'll also point out that the same specialized

 3    condition that Your Honor articulated for the President's

 4    contact with Mr. Nauta, might also apply as to some of those

 5    other witnesses with whom he is required to work closely on a

 6    daily basis.  In other words, the restriction could be limited

 7    to contact about the case.

 8         Suffice it to say that in our view, giving the parties

 9    a chance to iron out those details might be an efficient way to

10    go.

11         THE COURT:  What about if we come up with this plan:

12    First of all, as the party generating the list of witnesses,

13    you have a great deal of discretion, and you can choose to put

14    a witness on the no-contact list or not.  And second of all,

15    what I will permit you to do is delineate witnesses into two

16    categories.  One will be the more traditional category of no

17    contact whatsoever, and then the other would be no contact or

18    no communications about the case.

19         So if we're talking about people who are members of

20    the protective detail, people who work at his golf course,

21    people who are on staff, seems to me those folks could still be

22    on the no communication about the case list.  Make sense?

23         MR. HARBACH:  Yes, sir, it does.

24         THE COURT:  Make sense for the Defense?

25         MR. BLANCHE:  I still do not believe the special

1     condition is necessary in this case.  Even as Your Honor just

2     described, having two lists that the Government gets to come up

3     with about completely no contact or limited contact but not to

4     discuss the case, it still is potentially unworkable.

5     Certainly, we can try to work it out with the Government, Your

6     Honor, but I don't know the names of -- for example, if the

7     Government selects and says no contact with somebody who has

8     worked for President Trump for years and continues to rely on

9     President Trump for their livelihood, that certainly doesn't

10     seem fair or appropriate.

11         So I don't believe it's appropriate for the Government

12     to be allowed to come up with this list and that becomes the

13     list.  I believe the more appropriate path would be for us to

14     have a discussion with the Government and see if we can reach

15     an agreement about an appropriate way to address Your Honor's

16     concern about contact, but really contact about the case as it

17     relates to most witnesses that the President interacts with

18     that also happen to be witnesses.

19         THE COURT:  Well, to follow up on the example that you

20     just gave, that they were talking about somebody who worked for

21     former President Trump for many years and may still work for

22     the former president, what would be the difficulty in having a

23     no discussion with that long-term employee about the facts of

24     the case?  That shouldn't be a problem, right?

25         MR. BLANCHE:  That is not a problem, Your Honor.

1    THE COURT:  Okay.  That's what I am saying.  You'd

2  have a no-contact list, and then you have a list of no

3  communications about the case, but otherwise you'd have full

4  contact, full contact with those folks.  Am I making sense?

5    MR. BLANCHE:  Your Honor, it -- I understand the

6  Court's concern, and what Your Honor just said makes sense.

7  But we still object to that condition, Your Honor.  I don't --

8  first of all, I don't believe it's necessary or appropriate in

9  this case.

10    There is not -- the individuals who we understand to

11  be witnesses that the President interacts with and speaks with

12  every day all have lawyers and all have competent lawyers.  And

13  so to the extent that the remedy that the Court seeks to

14  address, which is improper communications between someone who

15  is charged with a crime and potential witnesses, in this case

16  it's -- it's not a remedy the Court needs to address.  Because

17  the individuals that potentially could have contacts that the

18  Court is concerned about have counsel and have a way to deal

19  with that, which will then quickly go to the Government, I am

20  sure, and be able to be brought to the Court's attention.

21    So I just continue to believe that this special

22  condition doesn't apply to the facts of this case and shouldn't

23  be imposed as a condition on President Trump.

24    THE COURT:  You made a very broad statement.  You said

25  that all these witnesses have their own lawyers.  Is that true,

1    every single fact witness has their own lawyer?

2         MR. BLANCHE:   I don't know all the witnesses, Your

3    Honor.   What I -- I believe what I said, and if I didn't, I

4    misspoke, is our understanding of the witnesses that are --

5    that interact and communicate with President Trump, which it's

6    not just his employees, it's other -- it's others as well that

7    are -- that interact with him occasionally or that work with

8    him on the campaign.   So it's a broad group of individuals.

9    Those individuals that we are aware of all have their own

10   lawyers, and so that remedy is addressed.

11        There may be an unknown witness that we don't know

12   about that doesn't have their own lawyer, I'm not sure.   But

13   the remedy that the Court is trying to fix and address in this

14   case is already fixed and addressed by the fact that -- that

15   the witnesses that will have contact with President Trump have

16   their own counsel.   And so imposing a condition, even a broad

17   one that sets limits on what can be said and not said for

18   particular witnesses and having separate lists for other

19   witnesses that's no contact, as a special condition of release,

20   isn't appropriate in this case.

21        I think there's other ways to address any issues that

22   come up with improper contact by anybody in this case.   And the

23   fact that everybody has lawyers, everybody has counsel, for the

24   most part.   And again, if there is a witness who doesn't, I'm

25   not aware of that witness.

1          And the special counsel is -- there's 13 lawyers here.

2   The special counsel is able to bring any issue to the Court's

3   attention about improper contact.  And so as a condition of

4   release, a special condition of release, it's just not

5   necessary in this case.

6          THE COURT:  So I have been listening to you for a

7   while.  Let me hear from the Government again, please.

8          MR. HARBACH:  Your Honor, we offered advice a moment

9   ago, understanding the Court's position that such a condition

10  is necessary.  And all I can do is reiterate our view that

11  there is a way to make the Court's decision about no contact

12  with -- with witnesses and the like perfectly workable.

13         The elephant in the room, if you will, is that we

14  don't have a list yet.  Mr. Blanche has referred a couple of

15  times to the fact that he doesn't know who everyone on the list

16  is, and that's because we haven't generated one yet.  We are

17  mindful of what Your Honor said earlier about a way that we

18  could go about doing it, and we're happy to do that.  And I've

19  already made the point that it would not include every -- it

20  would definitely not include every conceivable witness we might

21  call at trial, but a subclass of those witnesses as to whom we

22  think the order that the Court has already decided to enter

23  should apply.

24         It seems easily workable.  There shouldn't be a

25  logistical problem with it.

1          THE COURT:  So here's what I'd like to do.  Instead,

2     we'll just have one list.  We're not going to segregate it into

3     different categories.  It will simply be one list that you, the

4     prosecution, will generate.  You can choose how many people to

5     put on the list or not.

6          But it won't actually be a no-contact list.  That --

7     it's too broad, especially given all the folks who are still

8     working for former President Trump and he still sees on a

9     regular basis.

10          Instead, this list will be a no communication about

11     the facts of the case with the folks on the list, other than

12     through counsel.

13          That should not be a problem for you because you've

14     already told me that there shouldn't be any issues.  These

15     folks have their own lawyers.  This is not a concern.  This

16     won't be happening.  So perhaps in your view, it's simply

17     restating the obvious, because you don't intend for your client

18     to be communicating with any witness about the facts of the

19     case, right?

20          MR. BLANCHE:  Yes, Your Honor, of course.

21          THE COURT:  Okay.  So that will be a special

22     condition.  No communication with fact witnesses -- no

23     communication about the case with fact witnesses who are on a

24     list provided by the Government.

25          If you believe that the list is inappropriate,

```
 1   excessive, unwielding, illogical or in any other way
 2   problematic, you can file a motion with me, and I will
 3   reconsider that requirement, and we can talk about it in
 4   greater specificity.  But for right now, that will be a special
 5   condition of the bond.
 6              MR. BLANCHE:  One question, I might have misheard.  Is
 7   Your Honor's requirement the Government provide us with a full
 8   witness list?  Because that -- that we'll take.  I mean, I'm
 9   not sure what The Honor's ruling is about this.  They get to
10   pick which witnesses they want to be added to the bond that
11   we're allowed to have contact with but not communicate with --
12   about the case with, but they don't have to give us a full list
13   of witnesses, just a list they select?
14              THE COURT:  These are witnesses who the Government
15   says your client, except through counsel, should not be
16   communicating about the facts of the case.
17              Now, if they don't put a witness on a list, let's say
18   there is some witness, John Smith, they don't have that witness
19   on the list.  If former President Trump, except through
20   counsel, happens to speak to John Smith about the facts of the
21   case, no worries, he's not in violation of the terms of the
22   bond because that person isn't on the list.  All right?
23              MR. BLANCHE:  Understood.
24              THE COURT:  Okay.  So that will be a special
25   condition.
```

1          We have here the bond for former President Trump, and
2     let me just briefly go through it.  It will be Conditions 1 and
3     5 and the special condition that we just spent the past few
4     minutes talking about.
5          There is a space at the very last page of the bond for
6     the signature of former President Trump, and then there is a
7     place for a date and then for my signature as well.
8          So my courtroom deputy, Trina, has that bond.  If you
9     could come up and retrieve it, review it with your client and
10    then have him sign it and bring it back to the bench, I'd
11    appreciate that.
12       (Pause in proceedings.)
13          MS. SILVA:  Your Honor, if I may?
14          THE COURT:  Yes.
15          MS. SILVA:  Your Honor, since according to pretrial
16    services, it is not a special condition of -- since reporting
17    to pretrial services is not part of the special conditions of
18    release, we will not need a copy of the list provided to the
19    Government.
20          THE COURT:  Good point.  Correct.  Thank you.
21          MS. SILVA:  Thank you, Your Honor.
22       (Pause in proceedings.)
23          THE COURT:  Take your time, folks.
24          THE COURTROOM DEPUTY:  Six and seven.
25       (Pause in proceedings.)

```
 1              THE COURT:  I think the expression is the third time's
 2   a charm.
 3              THE COURTROOM DEPUTY:  Thank you.
 4              THE COURT:  Anything further from either side this
 5   afternoon concerning former President Trump?
 6              MR. HARBACH:  Nothing further from the Government,
 7   Your Honor.
 8              MR. BLANCHE:  No, Your Honor.  Thank you.
 9              THE COURT:  All right.  Thank you.
10              Let's turn now to Codefendant, Waltine Nauta.  I
11   assume we have the same three Government lawyers for the
12   prosecution.
13              Who is here for the Defense for Mr. Nauta?
14              MR. WOODWARD:  Good afternoon, Your Honor.  Stanley
15   Woodward.  I'm here with Mr. Nauta, though I understand I may
16   not enter an appearance with the Court until I have local
17   counsel to sponsor me.  We appreciate the Court's indulgence in
18   allowing me to join Mr. Nauta at counsel's table for these
19   proceedings.
20              We'd request a brief extension of time for the
21   arraignment only, for purposes of ascertainment of counsel.
22   Mr. Nauta is prepared to proceed with his initial presentment
23   or his initial appearance with the Court today.
24              Thank you, sir.
25              THE COURT:  What's the Government's position on that
```

```
1    request?
2            MR. HARBACH:  We don't oppose it as long as it's
3    reasonably prompt, Your Honor.
4            THE COURT:  Sure.
5            So the general rule is that only members of the
6    Southern District of Florida bar can appear in court.  I
7    understand you are in the process of making those arrangements,
8    but those have not be finalized.  I'm going to exercise my
9    discretion and permit you to represent Mr. Nauta this afternoon
10   concerning the first appearance portion, but we can't go
11   through with the arraignment because we need permanent
12   appearance of counsel who is either a member of the Southern
13   District of Florida bar or who has been sponsored by someone
14   who has filed a motion for *pro hac vice*, like Mr. Kise.
15           So we can go forward with the first appearance.  Is
16   the Government's position concerning the bond precisely the
17   same for Mr. Nauta as for former President Trump?
18           MR. HARBACH:  Yes, Your Honor.
19           THE COURT:  All right.  And the answers to all of the
20   questions that I asked you concerning former President Trump
21   would be the same answers for Mr. Nauta?
22           MR. HARBACH:  Yes, Your Honor.
23           THE COURT:  All right.
24           By the way, before I forget, we're going to get to the
25   bond in just a minute, but the arraignment will be two weeks
```

```
 1    from now, June 27th, at 9:45 a.m.  That will be before Chief
 2    Magistrate Judge Edwin Torres.  But let me just mention a
 3    possibility to you because I know you are not from this
 4    district and you may not be familiar with the rules, and I'm
 5    simply putting it out there.
 6              Under Federal Rule of Criminal Procedure 10(b), your
 7    client, Mr. Nauta, need not appear physically in court for the
 8    arraignment if you follow the procedures of the rule.  And
 9    basically it requires you to have your client sign a form that
10    follows the protocol of the rule.  If Mr. Nauta does that, then
11    he doesn't need to appear on June 27th at 9:45 p.m.
12              However, you, as his lawyer, and the lawyer who is
13    filing the pro hac vice motion, would have to appear.  I'm not
14    asking you to make a decision now, that's entirely up to you;
15    and you can consult with your client and your soon-to-be
16    cocounsel, but I'm just flagging that for you as a possibility,
17    all right?
18              MR. WOODWARD:  Thank you, Your Honor.
19              THE COURT:  All right.  So this will be the same bond
20    for Mr. Nauta, which will be a no financial condition, personal
21    surety bond, in effect a personal recognizance bond.  The same
22    standards, conditions.  And we're also going to include the one
23    special condition as we spent several minutes talking about
24    earlier.  So if I just say "that condition," you folks will
25    know what I mean?
```

```
 1              MR. WOODWARD:  Yes, Your Honor.
 2              THE COURT:  All right.  Very well.  I have for you a
 3  bond for Mr. Nauta to sign and to be witnessed.  If you could
 4  come up and get the bond form for Mr. Nauta, I'd appreciate
 5  that.
 6       (Pause in proceedings.)
 7              MR. WOODWARD:  I'm sorry, Your Honor, as I read the
 8  form provided by your clerk, it appears to impose all five of
 9  the standard conditions.
10              THE COURT:  Is that right?  Well, let's double-check
11  that.  If there's a mistake, we'll quickly correct it.
12              MR. WOODWARD:  May I approach, Your Honor?
13              THE COURT:  Sure.
14       (Pause in proceedings.)
15              MR. WOODWARD:  May I approach, Your Honor?
16              THE COURT:  Yes, sir, you may.
17       (Pause in proceedings.)
18              THE COURT:  Thank you.
19              Anything further from either side this afternoon
20  concerning Mr. Nauta?
21              MR. WOODWARD:  Not for the Defense, Your Honor.
22              MR. HARBACH:  Not from the Government, Your Honor.
23  Thank you.
24              THE COURT:  All right.  As I indicated -- yes, sir?
25              MR. HARBACH:  I was just saying not from the
```

30

```
1    Government.
2            THE COURT:  Thank you so much.
3            So just remember June 27th at 9:45, either with
4    Mr. Nauta or without, but either way, June 27th at 9:45.
5            MR. WOODWARD:  I look forward to seeing you then.
6    Thank you, Your Honor.
7            THE COURT:  The good news is it will not be me, it
8    will be the Chief Magistrate Judge Ed Torres.  My involvement
9    in this case, sir, I think ends right about now.  Thank you so
10   much.
11           We'll be adjourned.  Take care.
12           COURT SECURITY OFFICER:  All rise.
13       (The proceedings adjourned at 3:44 p.m.)
14
15                    C E R T I F I C A T E
16
17     I hereby certify that the foregoing is an
18   accurate transcription of the proceedings in the
19   above-entitled matter.
20
21   _06/13/2023_
22      DATE                STEPHANIE A. McCARN, RPR
                            Official United States Court Reporter
23                          400 North Miami Avenue, 13th Floor
                            Miami, Florida 33128
24                          (305) 523-5518
25
```

**0**

**06/13/2023** [1] - 30:19

**1**

**1** [7] - 1:8, 10:5, 10:20, 10:22, 10:23, 13:15, 24:25
**10(b** [1] - 28:4
**10005** [1] - 1:24
**101** [1] - 1:20
**13** [2] - 1:5, 21:24
**13-3** [1] - 1:7
**13th** [1] - 30:21
**18** [1] - 10:25

**2**

**20006** [1] - 2:4
**2001** [1] - 2:3
**202** [2] - 1:17, 2:4
**2023** [2] - 1:5, 9:14
**20530** [1] - 1:17
**212** [1] - 1:24
**23-80101-cr-Cannon** [1] - 4:8
**23-cv-80101-cr-CANNON** [1] - 1:2
**233-2113** [1] - 1:17
**258-6597** [1] - 2:4
**270-2211** [1] - 1:21
**27th** [4] - 27:24, 28:9, 30:1, 30:2
**2:55** [2] - 1:6, 4:1

**3**

**30** [2] - 1:8, 3:17
**305** [2] - 2:11, 30:22
**3142(a)(1** [1] - 10:25
**32301** [1] - 1:20
**33128** [2] - 2:10, 30:21
**37** [1] - 7:4
**38** [1] - 7:3
**3:44** [2] - 1:6, 30:11

**4**

**4** [2] - 3:16, 9:12
**400** [2] - 2:9, 30:21
**44** [1] - 7:3
**4460** [1] - 1:23

**5**

**5** [7] - 10:7, 10:20, 10:22, 10:23, 11:14, 13:15, 25:1
**5(f** [1] - 8:22

**523-5518** [2] - 2:11, 30:22

**6**

**6** [1] - 7:4

**7**

**716-1250** [1] - 1:24

**8**

**805** [1] - 1:21
**8th** [1] - 9:14

**9**

**950** [1] - 1:16
**99** [1] - 1:23
**9:45** [4] - 27:24, 28:9, 30:1, 30:2

**A**

**a.m** [1] - 27:24
**ability** [1] - 13:25
**able** [3] - 2:18, 21:25
**above-entitled** [1] - 30:17
**abundance** [1] - 8:15
**accommodate** [1] - 17:19
**according** [1] - 25:13
**accurate** [1] - 30:16
**action** [1] - 9:9
**actual** [1] - 8:16
**added** [1] - 24:8
**addition** [1] - 14:2
**additional** [1] - 13:17
**address** [5] - 19:13, 20:12, 20:14, 21:11, 21:19
**addressed** [2] - 21:8, 21:12
**adjourned** [2] - 30:9, 30:11
**administrative** [1] - 6:20
**ADMITTED** [1] - 3:9
**admitted** [2] - 6:1, 6:17
**adverse** [1] - 9:8
**advice** [1] - 22:6
**afternoon** [9] - 4:3, 5:6, 5:18, 6:2, 6:3, 26:3, 26:12, 27:7, 29:2
**agencies** [1] - 4:15
**ago** [1] - 22:7

**agree** [1] - 17:23
**agreement** [2] - 10:15, 19:13
**alleged** [1] - 7:5
**allowed** [5] - 4:25, 15:13, 19:10, 24:9
**allowing** [1] - 26:16
**aloud** [1] - 7:17
**Altonaga** [1] - 4:10
**amended** [1] - 14:1
**AMERICA** [1] - 1:4
**America** [1] - 4:8
**ammunition** [1] - 12:14
**amount** [2] - 9:17, 10:19
**AND** [1] - 1:10
**answers** [2] - 27:17, 27:19
**appeal** [2] - 6:24, 6:25
**appear** [5] - 8:21, 27:4, 28:5, 28:9, 28:11
**APPEARANCE** [1] - 1:10
**appearance** [10] - 5:21, 6:14, 11:2, 11:5, 13:12, 26:14, 26:21, 27:8, 27:10, 27:13
**APPEARANCES** [2] - 1:12, 2:1
**applies** [1] - 8:18
**apply** [4] - 10:10, 18:2, 20:20, 22:21
**appreciate** [4] - 5:20, 25:9, 26:15, 29:2
**approach** [2] - 29:10, 29:13
**appropriate** [8] - 14:20, 15:14, 19:8, 19:9, 19:11, 19:13, 20:6, 21:18
**approved** [1] - 12:10
**arraign** [1] - 7:10
**arraignment** [4] - 26:19, 27:9, 27:23, 28:6
**ARRAIGNMENT** [1] - 1:10
**arrangements** [2] - 4:18, 27:5
**articulated** [1] - 18:1
**ascertainment** [1] - 26:19
**assigned** [1] - 15:11
**assistant** [1] - 9:15
**associated** [1] - 10:1
**assume** [2] - 11:15, 26:9

**assure** [3] - 11:5, 11:17, 15:17
**attached** [1] - 9:15
**attention** [3] - 16:5, 20:18, 22:1
**authorize** [1] - 13:11
**authorizes** [2] - 10:25, 11:3
**Avenue** [3] - 1:16, 2:9, 30:21
**avoid** [2] - 12:18, 13:19
**aware** [3] - 8:15, 21:7, 21:23

**B**

**background** [1] - 6:23
**bar** [2] - 27:4, 27:11
**basis** [5] - 14:11, 14:14, 15:10, 18:4, 23:7
**becomes** [1] - 19:10
**Bedminster** [1] - 16:9
**BEFORE** [1] - 1:10
**behalf** [1] - 5:19
**bench** [1] - 25:8
**between** [1] - 20:12
**Blanche** [5] - 6:1, 6:16, 17:10, 17:19, 22:12
**BLANCHE** [26] - 1:22, 6:1, 6:5, 6:12, 6:17, 7:8, 7:11, 7:21, 7:24, 8:4, 8:9, 10:16, 10:21, 11:17, 14:21, 14:23, 14:25, 16:22, 18:23, 19:23, 20:3, 20:25, 23:18, 24:4, 24:21, 26:6
**blanche** [1] - 1:23
**Blanche's** [1] - 5:20
**bond** [24] - 9:14, 9:16, 9:22, 10:2, 10:5, 10:10, 10:19, 11:2, 12:9, 13:12, 14:18, 24:3, 24:8, 24:20, 24:24, 25:3, 25:6, 27:14, 27:23, 28:17, 28:19, 29:1, 29:2
**boxes** [1] - 14:20
**Brady** [7] - 8:13, 8:15, 8:16, 8:17, 8:20, 9:1
**Brand** [1] - 2:3
**BRATT** [1] - 1:13
**Bratt** [2] - 5:8, 9:15
**brief** [1] - 26:18
**briefly** [1] - 24:25
**bring** [3] - 16:4, 21:25, 25:8

**broad** [4] - 20:22, 21:6, 21:14, 23:5
**broadcast** [2] - 4:19, 4:25
**broadcasting** [1] - 4:20
**brought** [1] - 20:18
**building** [1] - 4:21
**BY** [1] - 2:8

**C**

**campaign** [1] - 21:6
**Cannon** [1] - 5:23
**cannot** [2] - 15:16, 16:24
**care** [1] - 30:9
**case** [35] - 7:9, 8:25, 11:9, 14:4, 14:5, 14:16, 15:5, 15:9, 15:12, 15:23, 16:6, 16:7, 16:10, 18:5, 18:16, 18:20, 18:24, 19:2, 19:14, 19:22, 20:1, 20:7, 20:13, 20:20, 21:12, 21:18, 21:20, 22:3, 23:9, 23:17, 23:21, 24:10, 24:14, 24:19, 30:7
**Case** [1] - 4:7
**CASE** [1] - 1:2
**casts** [1] - 8:25
**categories** [2] - 18:14, 23:1
**category** [1] - 18:14
**caution** [1] - 8:15
**Cecilia** [1] - 4:10
**certain** [1] - 17:12
**certainly** [4] - 7:24, 15:15, 19:3, 19:7
**Certificate................ ....** [1] - 3:17
**certify** [1] - 30:15
**challenge** [1] - 15:1
**challenges** [1] - 15:24
**chambers** [1] - 4:11
**chance** [1] - 18:7
**charged** [1] - 20:13
**charges** [1] - 9:8
**charm** [1] - 25:25
**chatting** [1] - 16:20
**check** [2] - 14:19, 29:8
**chief** [1] - 9:13
**Chief** [3] - 4:10, 27:24, 30:6
**choose** [2] - 18:11, 23:2
**Christopher** [1] - 5:18
**CHRISTOPHER** [1] - 1:19

**circumventing** [1] -
4:23
**City** [1] - 6:4
**ckise@**
  **continentalpllc.**
  **com** [1] - 1:21
**clerk** [3] - 4:17, 9:12,
29:6
**client** [7] - 15:15,
23:15, 24:13, 25:7,
28:5, 28:7, 28:13
**close** [2] - 14:12,
16:17
**closely** [2] - 15:21,
18:3
**CM** [2] - 8:11, 8:21
**CM-ECF** [2] - 8:11,
8:21
**coconspirator** [1] -
7:5
**cocounsel** [1] - 28:14
**Codefendant** [8] - 5:4,
7:5, 8:18, 14:4,
15:21, 15:24, 16:16,
26:8
**codefendant** [1] - 14:8
**codefendants** [1] -
12:18
**cognizant** [1] - 17:9
**colleague** [1] - 5:25
**colleagues** [1] - 5:8
**comfortable** [2] - 4:4,
6:9
**commit** [1] - 11:12
**communicate** [4] -
14:3, 16:25, 21:3,
24:9
**communicated** [1] -
15:15
**communicating** [2] -
23:16, 24:14
**communication** [4] -
18:20, 23:8, 23:20,
23:21
**communications** [4] -
16:4, 18:16, 20:1,
20:12
**community** [2] - 4:15,
11:7
**competent** [1] - 20:10
**completely** [1] - 19:1
**component** [3] - 9:17,
10:19, 13:13
**conceivable** [1] -
22:18
**concern** [3] - 19:14,
20:4, 23:13
**concerned** [1] - 20:16
**concerning** [5] - 26:3,
27:8, 27:14, 27:18,

29:18
**concerns** [4] - 11:8,
16:3, 17:19
**Condition** [3] - 10:5,
10:7, 11:14
**condition** [35] - 11:12,
11:14, 11:16, 12:20,
13:20, 14:2, 14:6,
14:13, 14:15, 14:23,
15:1, 15:8, 16:1,
16:6, 16:24, 17:8,
17:24, 18:1, 18:24,
20:5, 20:20, 20:21,
21:14, 21:17, 22:1,
22:2, 22:7, 23:20,
24:3, 24:23, 25:1,
25:14, 28:18, 28:21,
28:22
**conditions** [12] - 10:1,
10:5, 10:10, 10:12,
12:8, 13:1, 13:9,
13:14, 13:18, 25:15,
28:20, 29:7
**Conditions** [2] -
10:20, 24:25
**confident** [1] - 8:14
**consequences** [1] -
9:7
**consult** [1] - 28:13
**contact** [30] - 12:18,
13:19, 14:7, 14:8,
14:14, 15:2, 15:14,
16:17, 17:12, 18:2,
18:5, 18:12, 18:15,
19:1, 19:5, 19:14,
19:25, 20:2, 21:13,
21:17, 21:20, 22:1,
22:9, 23:4, 24:9
**contacts** [1] - 20:15
**contempt** [1] - 9:9
**Continental** [2] - 1:19,
5:19
**continue** [1] - 20:19
**CONTINUED** [1] - 2:1
**continues** [1] - 19:6
**Control** [1] - 1:14
**copy** [2] - 13:23, 25:16
**correct** [4] - 11:9,
15:20, 25:18, 29:9
**counsel** [20] - 9:15,
9:25, 10:14, 12:19,
13:20, 13:21, 14:9,
14:17, 17:22, 20:16,
21:14, 21:21, 21:24,
21:25, 23:10, 24:13,
24:18, 26:15, 26:19,
27:10
**counsel's** [1] - 26:16
**Counsel's** [1] - 5:7
**Counterintelligence**

[1] - 1:14
**counts** [2] - 7:3, 7:4
**couple** [1] - 22:12
**course** [3] - 10:23,
18:18, 23:18
**court** [4] - 4:17, 9:13,
27:4, 28:5
**COURT** [73] - 1:1, 4:3,
4:7, 5:10, 5:13, 5:16,
5:22, 6:3, 6:6, 6:13,
6:16, 6:19, 7:2, 7:9,
7:13, 7:22, 8:1, 8:5,
8:10, 9:21, 10:6,
10:8, 10:15, 10:17,
10:23, 10:25, 11:11,
11:18, 12:2, 12:5,
12:8, 12:12, 12:17,
12:22, 12:25, 13:3,
13:7, 13:11, 14:22,
14:24, 16:14, 16:19,
17:2, 18:9, 18:22,
19:17, 19:24, 20:22,
22:4, 22:24, 23:19,
24:12, 24:22, 25:12,
25:18, 25:21, 25:24,
26:2, 26:7, 26:23,
27:2, 27:17, 27:21,
28:17, 28:25, 29:8,
29:11, 29:14, 29:16,
29:22, 29:25, 30:5,
30:10
**Court** [16] - 2:9, 3:17,
5:20, 9:10, 10:4,
12:10, 15:17, 15:19,
20:11, 20:14, 20:16,
21:11, 22:20, 26:14,
26:21, 30:20
**Court's** [8] - 4:19,
16:5, 20:4, 20:18,
21:25, 22:7, 22:9,
26:15
**COURTROOM** [3] -
4:2, 25:22, 26:1
**Courtroom** [1] - 1:7
**courtroom** [3] - 4:11,
4:21, 25:6
**credibility** [1] - 9:3
**credit** [1] - 5:23
**crime** [2] - 11:13,
20:13
**Criminal** [2] - 8:22,
28:4
**crunch** [1] - 4:18
**custom** [1] - 7:15
**customs** [1] - 7:15

**D**

**daily** [4] - 14:11,
14:14, 15:10, 18:4

**dangerous** [1] - 12:15
**date** [1] - 25:5
**DATE** [1] - 30:20
**David** [1] - 5:6
**DAVID** [1] - 1:13
**days** [2] - 4:14, 4:16
**DC** [2] - 1:17, 2:4
**deal** [2] - 18:11, 20:16
**decided** [2] - 16:5,
22:20
**decision** [2] - 22:9,
28:12
**defeat** [1] - 5:1
**defendant** [1] - 11:1
**DEFENDANT** [2] -
1:19, 2:2
**Defendant** [5] - 8:24,
8:25, 9:5, 10:11,
11:15
**Defendant's** [1] - 9:3
**Defendants** [3] - 1:8,
9:25, 11:9
**DEFENDANTS** [1] -
3:6
**Defendants'** [1] - 3:11
**defense** [5] - 7:18,
8:6, 9:22, 10:14,
13:21
**Defense** [3] - 18:22,
26:11, 29:19
**definitely** [1] - 22:18
**delineate** [1] - 18:13
**demand** [2] - 8:3, 8:4
**Department** [2] - 1:16,
8:14
**deputies** [1] - 4:13
**deputy** [1] - 25:6
**DEPUTY** [3] - 4:2,
25:22, 26:1
**described** [2] - 10:2,
18:25
**despite** [1] - 13:16
**detail** [2] - 15:5, 18:18
**details** [1] - 18:7
**determines** [1] - 11:4
**devices** [1] - 12:15
**different** [1] - 23:1
**difficulties** [1] - 17:11
**difficulty** [1] - 19:20
**direction** [2] - 15:18
**disciplinary** [1] - 9:9
**disclose** [2] - 8:23, 9:2
**disclosure** [1] - 17:14
**discovery** [2] - 8:7,
8:10
**discretion** [2] - 18:11,
27:7
**discuss** [2] - 17:22,
19:2

**discussed** [1] - 9:21
**discussion** [2] -
19:12, 19:21
**discussions** [2] -
11:19, 14:16
**dismissal** [1] - 9:8
**District** [5] - 5:13, 6:6,
12:9, 27:4, 27:11
**district** [9] - 7:15,
7:16, 8:2, 8:6, 10:4,
14:6, 28:2
**DISTRICT** [3] - 1:1,
1:1, 1:11
**DIVISION** [1] - 1:2
**Division** [1] - 1:15
**Docket** [1] - 9:11
**docket** [1] - 8:21
**dollar** [2] - 9:17, 10:19
**domestic** [1] - 12:6
**Donald** [2] - 4:8, 5:19
**DONALD** [2] - 1:7,
1:19
**done** [1] - 6:20
**double** [1] - 29:8
**double-check** [1] -
29:8
**doubt** [1] - 8:25
**during** [1] - 11:13
**duty** [1] - 9:2

**E**

**easily** [1] - 22:22
**ECF** [2] - 8:11, 8:21
**Ed** [1] - 30:6
**EDELSTEIN** [1] - 1:14
**Edelstein** [1] - 5:9
**Edwin** [2] - 9:13,
27:25
**effect** [1] - 28:19
**effective** [2] - 13:21,
13:24
**efficient** [1] - 18:7
**effort** [2] - 17:16,
17:18
**either** [10] - 7:23, 8:11,
10:11, 11:9, 12:21,
26:2, 27:10, 29:17,
30:1, 30:2
**elephant** [1] - 22:11
**emphasizing** [1] -
14:5
**employee** [1] - 19:21
**employees** [1] - 21:4
**endanger** [1] - 11:6
**ends** [1] - 30:7
**enforce** [1] - 8:16
**enforcement** [1] - 4:14
**enforcing** [1] - 17:12
**enter** [5] - 5:21, 7:23,

7:24, 22:20, 26:14
**entire** [3] - 4:14, 5:1, 7:17
**entirely** [1] - 28:12
**entitled** [2] - 9:5, 30:17
**Entry** [1] - 9:12
**especially** [2] - 16:12, 23:5
**ESQ** [6] - 1:13, 1:13, 1:14, 1:19, 1:22, 2:2
**evidence** [4] - 8:24, 9:2, 9:8
**EVIDENCE** [1] - 3:9
**example** [2] - 19:4, 19:17
**except** [6] - 12:19, 13:20, 14:9, 14:16, 24:13, 24:17
**excessive** [1] - 23:24
**exclusion** [1] - 9:7
**exculpatory** [1] - 8:24
**execution** [1] - 11:2
**exercise** [1] - 27:6
**exhaustive** [1] - 17:14
**Exhibit** [2] - 3:10, 3:11
**EXHIBITS** [1] - 3:9
**exist** [2] - 15:24
**expand** [1] - 14:1
**Export** [1] - 1:14
**expressed** [1] - 17:20
**expression** [1] - 25:24
**extension** [1] - 26:18
**extent** [2] - 15:18, 20:11

### F

**fact** [8] - 13:13, 16:22, 20:24, 21:12, 21:21, 22:13, 23:20, 23:21
**facts** [7] - 16:7, 19:21, 20:20, 23:9, 23:16, 24:14, 24:18
**fair** [2] - 12:12, 19:8
**familiar** [1] - 28:2
**favors** [1] - 8:25
**Federal** [1] - 28:4
**federal** [1] - 11:12
**few** [1] - 25:1
**file** [1] - 23:25
**filed** [2] - 6:14, 27:12
**filing** [1] - 28:11
**finalized** [1] - 27:6
**finally** [1] - 4:17
**financial** [4] - 9:17, 10:19, 13:13, 28:18
**firearms** [1] - 12:14
**first** [6] - 4:10, 5:4, 18:10, 20:6, 27:8,

27:13
**fit** [1] - 16:6
**five** [1] - 29:6
**fix** [1] - 21:11
**fixed** [1] - 21:12
**FL** [1] - 1:20
**flagging** [1] - 28:14
**flight** [1] - 10:11
**Floor** [2] - 2:10, 30:21
**FLORIDA** [1] - 1:1
**Florida** [6] - 1:4, 2:10, 5:14, 6:7, 12:9, 27:4, 27:11, 30:21
**folks** [14] - 4:3, 4:7, 4:23, 7:3, 7:6, 16:10, 18:19, 20:2, 23:5, 23:9, 23:13, 25:21, 28:22
**follow** [2] - 19:17, 28:6
**following** [2] - 4:1, 13:14
**follows** [1] - 28:8
**FOR** [5] - 1:13, 1:19, 2:2, 3:3, 3:6
**forbidden** [1] - 12:14
**foregoing** [1] - 30:15
**forget** [1] - 27:22
**form** [3] - 28:7, 29:2, 29:6
**formal** [1] - 7:19, 7:20, 7:21
**former** [28] - 5:3, 5:16, 7:4, 7:6, 10:18, 11:15, 11:22, 11:24, 12:3, 12:6, 12:13, 12:17, 12:22, 13:12, 13:19, 14:3, 14:11, 14:18, 17:22, 19:19, 19:20, 23:6, 24:17, 24:24, 25:4, 26:3, 27:15, 27:18
**forward** [3] - 7:13, 27:13, 30:3
**free** [1] - 6:9
**full** [5] - 17:14, 20:1, 20:2, 24:5, 24:10
**fully** [1] - 8:14
**furthermore** [1] - 10:12

### G

**general** [1] - 27:3
**generate** [1] - 23:2
**generated** [1] - 22:14
**generating** [1] - 18:10
**given** [1] - 23:5
**golf** [1] - 18:18
**GOODMAN** [1] - 1:10
**Government** [24] -

9:2, 9:11, 10:10, 11:7, 16:2, 17:3, 17:7, 17:9, 17:13, 18:25, 19:3, 19:5, 19:9, 19:12, 20:17, 22:5, 23:22, 24:5, 24:12, 25:17, 26:4, 26:9, 29:20, 29:24
**GOVERNMENT** [2] - 1:13, 3:3
**Government's** [3] - 16:10, 26:23, 27:14
**granted** [1] - 5:23
**granting** [1] - 5:20
**great** [1] - 18:11
**greater** [1] - 24:2
**group** [1] - 21:6
**guilt** [1] - 9:3
**guilty** [2] - 7:23, 7:25

### H

**hac** [5] - 5:21, 5:24, 6:1, 27:12, 28:11
**half** [1] - 4:4
**handle** [1] - 5:4
**happy** [1] - 16:2, 22:16
**Harbach** [1] - 5:7
**HARBACH** [29] - 1:13, 5:6, 5:12, 5:15, 9:20, 9:24, 10:7, 10:9, 10:22, 10:24, 11:10, 12:1, 12:4, 12:7, 12:11, 12:16, 12:20, 12:24, 13:2, 16:18, 17:4, 18:21, 22:6, 26:4, 26:25, 27:16, 27:20, 29:20, 29:23
**hard** [1] - 4:13
**hear** [2] - 17:2, 22:5
**heard** [1] - 14:23
**held** [1] - 4:1
**helpful** [1] - 16:22
**hereby** [1] - 30:15
**Honor** [71] - 5:6, 5:12, 5:18, 6:2, 6:5, 6:11, 6:12, 6:15, 6:17, 6:25, 7:8, 7:11, 7:12, 7:21, 7:24, 8:4, 8:9, 9:20, 9:24, 10:2, 10:14, 10:16, 10:21, 10:22, 11:10, 11:17, 12:1, 12:4, 12:7, 12:11, 12:16, 12:21, 13:6, 13:10, 14:21, 15:21, 16:1, 16:6, 16:18, 17:1, 17:4, 17:6, 17:10, 18:1, 18:24, 19:4, 19:23, 20:3, 20:4, 20:5,

21:1, 22:6, 22:15, 23:18, 25:11, 25:13, 25:19, 26:5, 26:6, 26:12, 27:1, 27:16, 27:20, 28:16, 28:24, 29:5, 29:10, 29:13, 29:19, 29:20, 30:4
**Honor's** [3] - 19:13, 24:5, 24:7
**hopefully** [1] - 17:23

### I

**IDENTIFIED** [1] - 3:9
**identified** [1] - 17:11
**illogical** [1] - 23:24
**implication** [1] - 15:8
**important** [1] - 24:22
**impose** [2] - 10:4, 29:6
**imposed** [1] - 20:21
**imposing** [3] - 13:17, 14:2, 21:14
**impossible** [1] - 14:12
**improper** [3] - 20:12, 21:20, 22:1
**IN** [1] - 3:9
**inappropriate** [1] - 23:23
**include** [5] - 15:5, 15:6, 22:17, 22:18, 28:20
**including** [3] - 9:7, 15:11, 17:18
**indicated** [3] - 11:7, 13:14, 29:22
**Indictment** [3] - 7:3, 7:6, 7:17
**individuals** [4] - 20:8, 20:15, 21:6, 21:7
**indulgence** [1] - 26:15
**information** [1] - 9:5
**informed** [1] - 9:25
**initial** [2] - 26:20, 26:21
**INITIAL** [1] - 1:10
**instance** [1] - 10:13
**instead** [2] - 22:24, 23:8
**instructions** [1] - 9:8
**intend** [1] - 23:15
**interact** [2] - 21:3, 21:5
**interacts** [4] - 15:9, 15:10, 19:15, 20:9
**international** [1] - 12:3
**involved** [2] - 15:4, 15:23
**involvement** [1] - 30:6

**iron** [1] - 18:7
**issuance** [1] - 8:7
**issue** [2] - 8:16, 21:25
**issued** [2] - 9:11, 9:13
**issues** [4] - 16:4, 17:10, 21:19, 23:12
**issuing** [2] - 8:13, 8:17
**itself** [1] - 7:3

### J

**JAY** [1] - 1:13
**Jay** [1] - 5:8
**John** [2] - 24:16, 24:18
**join** [1] - 26:16
**JONATHAN** [1] - 1:10
**Judge** [5] - 4:10, 5:23, 9:13, 27:25, 30:6
**JUDGE** [2] - 1:10, 1:11
**judicial** [1] - 11:4
**Julie** [1] - 5:9
**JULIE** [1] - 1:14
**June** [6] - 1:5, 9:14, 27:24, 28:9, 30:1, 30:2
**jury** [3] - 8:2, 8:3, 9:8
**Justice** [1] - 1:16, 8:14

### K

**key** [1] - 16:23
**KISE** [6] - 1:19, 5:18, 6:11, 6:15, 6:25, 7:12
**Kise** [2] - 5:19, 27:12

### L

**labeled** [1] - 10:5
**Lago** [1] - 16:8
**last** [1] - 25:3
**law** [1] - 4:14
**Law** [2] - 1:23, 2:3
**lawyer** [6] - 16:24, 16:25, 20:24, 21:10, 28:10
**lawyers** [11] - 7:18, 8:6, 9:22, 20:10, 20:23, 21:8, 21:21, 21:24, 23:13, 26:9
**least** [1] - 10:17
**less** [1] - 11:3
**letting** [1] - 4:11
**life** [1] - 16:8
**limited** [3] - 9:7, 18:4, 19:1
**limits** [3] - 12:3, 12:5, 21:15

**list** [34] - 13:21, 13:25, 14:1, 17:7, 17:13, 17:14, 17:16, 17:22, 17:23, 18:10, 18:12, 18:20, 19:10, 19:11, 19:25, 22:12, 22:13, 22:25, 23:1, 23:3, 23:4, 23:8, 23:9, 23:22, 23:23, 24:6, 24:10, 24:11, 24:15, 24:17, 24:20, 25:16
**listening** [1] - 22:4
**lists** [2] - 18:25, 21:16
**livelihood** [1] - 19:7
**local** [2] - 11:13, 26:14
**logistical** [1] - 22:23
**long-term** [1] - 19:21
**look** [1] - 30:3

## M

**Magistrate** [3] - 9:13, 27:25, 30:6
**MAGISTRATE** [1] - 1:10
**manner** [1] - 9:6
**Mar** [1] - 16:8
**Mar-a-Lago** [1] - 16:8
**Marshal** [1] - 4:12
**Maryland** [1] - 9:1
**matter** [1] - 30:17
**McCARN** [2] - 2:8, 30:20
**mean** [2] - 24:6, 28:23
**meaning** [1] - 11:4
**means** [2] - 4:23, 14:8
**member** [1] - 27:10
**members** [4] - 15:5, 15:6, 18:17, 27:3
**men** [1] - 15:11
**mention** [1] - 27:25
**MIAMI** [1] - 1:2
**Miami** [5] - 1:4, 2:9, 2:10, 30:21, 30:21
**might** [6] - 17:15, 17:17, 18:12, 18:7, 22:18, 24:4
**mindful** [1] - 22:15
**minute** [3] - 4:4, 16:19, 27:23
**minutes** [2] - 25:2, 28:21
**MISCELLANEOUS** [1] - 3:15
**misheard** [1] - 24:4
**misspoke** [1] - 21:2
**mistake** [2] - 10:23, 29:9
**modifying** [1] - 14:15
**moment** [1] - 22:6

**monitors** [1] - 4:25
**Monroe** [1] - 1:20
**most** [3] - 7:24, 19:15, 21:22
**motion** [4] - 5:23, 23:25, 27:12, 28:11
**move** [1] - 7:13
**MR** [66] - 5:6, 5:12, 5:15, 5:18, 6:1, 6:5, 6:11, 6:12, 6:15, 6:17, 6:25, 7:8, 7:11, 7:12, 7:21, 7:24, 8:4, 8:9, 9:20, 9:24, 10:7, 10:9, 10:16, 10:21, 10:22, 10:24, 11:10, 11:17, 12:1, 12:4, 12:7, 12:11, 12:16, 12:20, 12:24, 13:2, 14:21, 14:23, 14:25, 16:18, 16:22, 17:4, 18:21, 18:23, 19:23, 20:3, 20:25, 22:6, 23:18, 24:4, 24:21, 26:4, 26:6, 26:12, 26:25, 27:16, 27:20, 28:16, 28:24, 29:5, 29:10, 29:13, 29:19, 29:20, 29:23, 30:3
**MS** [5] - 13:6, 13:10, 25:11, 25:13, 25:19
**multiple** [1] - 4:15

## N

**names** [1] - 19:4
**narrow** [1] - 17:16
**National** [1] - 1:15
**Nauta** [22] - 4:9, 5:4, 7:5, 8:19, 14:4, 14:10, 18:2, 26:8, 26:11, 26:13, 26:16, 26:20, 27:7, 27:15, 27:19, 28:5, 28:8, 28:18, 29:1, 29:2, 29:18, 30:2
**NAUTA** [2] - 1:7, 2:3
**necessary** [7] - 10:12, 12:11, 17:18, 18:24, 20:6, 22:3, 22:8
**need** [5] - 10:10, 25:16, 27:9, 28:5, 28:9
**needs** [1] - 20:14
**negating** [1] - 9:3
**New** [2] - 1:24, 6:3
**news** [1] - 30:5
**next** [1] - 7:22
**NO** [1] - 1:2
**no-contact** [4] - 17:12, 18:12, 19:25, 23:4

**normally** [1] - 14:5
**North** [3] - 1:20, 2:9, 30:21
**Nos** [1] - 13:15
**Nothing** [1] - 26:4
**notice** [2] - 6:14, 7:1
**NW** [2] - 1:16, 2:3
**NY** [1] - 1:24

## O

**object** [1] - 20:5
**obligations** [2] - 8:15, 8:16
**obvious** [1] - 23:15
**obviously** [1] - 16:25
**occasionally** [1] - 21:5
**OF** [2] - 1:1, 1:4
**offer** [1] - 17:5
**offered** [1] - 22:6
**Office** [1] - 5:7
**OFFICER** [1] - 30:10
**officer** [1] - 27:6
**Official** [1] - 30:20
**official** [1] - 2:9
**once** [1] - 13:21
**one** [11] - 6:23, 12:8, 15:3, 16:22, 18:14, 21:15, 22:14, 22:25, 23:1, 24:4, 28:20
**oppose** [1] - 26:25
**order** [12] - 8:7, 8:10, 8:14, 8:16, 8:17, 8:18, 8:20, 17:6, 17:12, 17:17, 22:20
**ordered** [1] - 8:23
**organized** [2] - 4:5, 4:16
**otherwise** [2] - 4:21, 20:1
**outside** [1] - 12:9
**own** [6] - 20:23, 20:24, 21:7, 21:10, 21:14, 23:13

## P

**p.m** [5] - 1:6, 4:1, 28:9, 30:11
**page** [1] - 25:3
**Page** [3] - 3:3, 3:6, 3:16
**Pages** [1] - 1:8
**pages** [1] - 7:3
**part** [4] - 16:10, 17:18, 21:22, 25:15
**particular** [2] - 10:3, 21:16
**parties** [1] - 18:6
**parties'** [1] - 13:16

**party** [1] - 18:10
**passport** [1] - 11:25
**past** [3] - 4:13, 4:16, 25:1
**path** [1] - 19:11
**Pause** [7] - 4:6, 25:10, 25:20, 25:23, 29:4, 29:12, 29:15
**Pennsylvania** [1] - 1:16
**people** [5] - 15:10, 18:17, 18:18, 18:19, 23:2
**perfectly** [1] - 22:10
**perhaps** [1] - 23:14
**period** [1] - 11:13
**permanent** [2] - 6:14, 27:9
**permanently** [5] - 6:10, 6:11, 6:12, 6:22, 7:10
**permit** [2] - 18:13, 27:7
**person** [4] - 11:5, 11:6, 11:12, 24:20
**personal** [10] - 9:16, 9:18, 10:2, 10:18, 11:1, 13:11, 13:13, 14:18, 28:18, 28:19
**personnel** [1] - 17:12
**photographs** [1] - 4:20
**phrased** [1] - 17:2
**physically** [1] - 28:5
**pick** [1] - 24:8
**place** [1] - 25:5
**Plaintiff** [1] - 1:5
**Plaintiff's** [1] - 3:10
**plan** [1] - 18:9
**plea** [2] - 7:23, 7:25
**PLLC** [2] - 1:19, 5:19
**point** [4] - 4:22, 17:25, 22:17, 25:18
**pointed** [1] - 17:6
**portion** [1] - 27:8
**position** [4] - 12:10, 22:7, 26:23, 27:14
**possessing** [1] - 12:14
**possibility** [2] - 28:1, 28:14
**potential** [4] - 9:4, 15:12, 15:17, 20:13
**potentially** [3] - 17:15, 19:2, 20:15
**practical** [3] - 15:8, 16:16, 17:11
**pre** [1] - 12:10
**pre-approved** [1] - 12:10

**precisely** [1] - 27:14
**prepare** [1] - 17:21
**prepared** [1] - 26:20
**Present** [1] - 2:7
**presentment** [1] - 26:20
**President** [44] - 5:3, 5:16, 5:19, 7:4, 7:7, 10:18, 11:15, 11:22, 11:24, 12:3, 12:6, 12:13, 12:18, 12:23, 13:12, 13:19, 14:3, 14:11, 14:19, 15:2, 15:5, 15:6, 15:22, 16:3, 16:8, 16:11, 16:24, 17:22, 19:6, 19:7, 19:15, 19:19, 20:9, 20:21, 21:3, 21:13, 23:6, 24:17, 24:24, 25:4, 26:3, 27:15, 27:18
**president** [1] - 19:20
**President's** [2] - 16:23, 18:1
**Pretrial** [1] - 2:7
**pretrial** [8] - 12:23, 13:1, 13:3, 13:4, 13:8, 13:23, 25:13, 25:15
**pro** [5] - 5:20, 5:24, 6:1, 27:12, 28:11
**problem** [5] - 16:17, 19:22, 19:23, 22:23, 23:11
**problematic** [1] - 23:25
**problems** [1] - 11:16
**Procedure** [2] - 8:23, 28:4
**procedures** [1] - 28:6
**proceed** [2] - 17:6, 26:20
**proceedings** [12] - 4:1, 4:6, 9:9, 25:10, 25:20, 25:23, 26:17, 29:4, 29:12, 29:15, 30:11, 30:16
**Proceedings...........**
**.........................** [1] - 3:16
**process** [1] - 27:5
**produce** [1] - 17:7
**progeny** [1] - 9:1
**prohibition** [3] - 4:20, 5:2, 13:24
**prompt** [1] - 27:1
**promptly** [1] - 6:18
**proposed** [1] - 9:21
**prosecution** [11] - 5:5, 11:24, 12:2, 12:5,

12:13, 12:17, 12:22,
12:25, 13:25, 23:2,
26:10
**prosecution's** [1] -
11:21
**prosecutor** [1] - 13:22
**protect** [1] - 15:11
**protection** [1] - 15:5
**protective** [1] - 18:18
**protocol** [2] - 7:18,
28:8
**provide** [1] - 24:5
**provided** [3] - 23:22,
25:16, 29:6
**provision** [1] - 14:8
**purposes** [2] - 6:24,
26:19
**put** [4] - 4:13, 18:11,
23:3, 24:15
**putting** [1] - 28:3

## Q

**questions** [2] - 11:20,
27:18
**quickly** [2] - 20:17,
29:9
**quite** [1] - 7:17
**quote** [1] - 11:3

## R

**raised** [1] - 17:10
**reach** [1] - 19:12
**read** [3] - 7:17, 7:19,
29:5
**reading** [4] - 7:19,
7:20, 7:21, 8:17
**really** [1] - 19:14
**reason** [2] - 14:4, 16:5
**reasonably** [3] - 11:5,
17:18, 27:1
**receives** [1] - 13:21
**recognizance** [4] -
9:18, 11:1, 13:13,
28:19
**recommendation** [5] -
9:14, 9:16, 9:19,
10:1, 10:3
**recommendations** [2]
- 11:21, 13:16
**reconsider** [2] - 16:1,
24:1
**record** [1] - 4:25
**reduce** [1] - 9:4
**referred** [1] - 22:12
**reflected** [1] - 6:25
**reflecting** [1] - 17:16
**regular** [1] - 23:7
**reiterate** [1] - 22:8

**related** [1] - 10:14
**relates** [3] - 15:16,
16:12, 19:15
**release** [12] - 9:18,
9:22, 11:4, 11:11,
11:13, 11:21, 13:1,
13:14, 21:17, 22:2,
25:16
**released** [1] - 11:1
**rely** [1] - 19:6
**remaining** [1] - 10:9
**remedy** [4] - 20:11,
20:14, 21:8, 21:11
**remember** [1] - 30:1
**remind** [1] - 4:19
**report** [1] - 12:23
**REPORTED** [1] - 2:8
**Reporter** [2] - 2:9,
30:20
**Reporter's** [1] - 3:17
**reporting** [1] - 25:14
**represent** [1] - 9:24,
27:7
**representative** [1] -
13:4
**representing** [1] -
11:8
**request** [6] - 8:1, 8:8,
9:6, 15:25, 26:18,
26:24
**requesting** [5] - 12:2,
12:13, 12:20, 12:22,
13:2
**required** [4] - 8:22,
9:1, 11:6, 18:3
**requirement** [2] -
24:1, 24:5
**requires** [3] - 11:11,
17:6, 28:7
**respect** [1] - 15:24
**respectfully** [2] -
15:25, 17:1
**restating** [1] - 23:15
**restriction** [1] - 18:4
**result** [1] - 9:6
**retrieve** [1] - 25:7
**review** [2] - 10:11,
25:7
**reviewed** [1] - 7:6
**rise** [2] - 4:2, 30:10
**risk** [1] - 10:11
**room** [2] - 4:24, 22:11
**RPR** [2] - 2:8, 30:20
**rule** [5] - 4:23, 27:3,
28:6, 28:8
**Rule** [2] - 8:22, 28:4
**rules** [2] - 4:20, 28:2
**Rules** [1] - 8:22
**ruling** [1] - 24:7

## S

**safety** [1] - 11:6
**sanctions** [1] - 9:9
**scope** [1] - 17:17
**seated** [2] - 4:3, 6:9
**second** [2] - 4:12,
18:12
**Secret** [1] - 16:13
**section** [1] - 11:3
**Section** [1] - 1:15
**SECURITY** [1] - 30:10
**Security** [1] - 1:15
**see** [3] - 5:1, 13:7,
19:12
**seeing** [1] - 30:3
**seeks** [1] - 20:11
**seem** [1] - 19:8
**sees** [1] - 23:6
**segregate** [1] - 22:25
**select** [1] - 24:11
**selects** [1] - 19:5
**send** [1] - 13:23
**sense** [5] - 17:24,
18:20, 18:22, 20:2,
20:4
**sentence** [1] - 9:4
**separate** [1] - 21:16
**Service** [1] - 16:13
**services** [7] - 12:23,
13:3, 13:4, 13:8,
13:23, 25:14, 25:15
**Services** [1] - 2:7
**sets** [1] - 21:15
**settled** [1] - 4:5
**seven** [1] - 25:22
**several** [3] - 4:14,
4:16, 28:21
**side** [2] - 26:2, 29:17
**sides** [2] - 10:17,
11:19
**sign** [4] - 14:19, 25:8,
28:7, 29:1
**signature** [2] - 25:4,
25:5
**signed** [2] - 9:13, 9:15
**Silva** [3] - 2:7, 13:5,
13:7
**SILVA** [5] - 13:6,
13:10, 25:11, 25:13,
25:19
**similarly** [1] - 15:22
**simply** [3] - 23:1,
23:14, 28:3
**single** [1] - 20:24
**sitting** [1] - 5:8
**six** [1] - 25:22
**Smith** [2] - 24:16,
24:18

**someone** [2] - 20:12,
27:11
**soon** [2] - 8:11, 28:13
**soon-to-be** [1] - 28:13
**sorry** [1] - 29:5
**sort** [1] - 6:20
**Southern** [5] - 5:13,
6:6, 12:9, 27:4,
27:10
**SOUTHERN** [1] - 1:1
**space** [1] - 25:3
**speaks** [1] - 20:9
**special** [27] - 9:15,
10:12, 13:1, 13:8,
13:17, 14:2, 14:15,
14:23, 15:1, 15:8,
15:20, 16:1, 16:6,
16:24, 18:23, 20:19,
21:17, 21:24, 21:25,
22:2, 23:19, 24:2,
24:22, 25:1, 25:14,
25:15, 28:21
**Special** [1] - 5:7
**specialized** [1] - 17:25
**specificity** [1] - 24:2
**spent** [2] - 25:1, 28:21
**spillover** [1] - 4:24
**sponsor** [1] - 26:15
**sponsored** [1] - 27:11
**St** [1] - 2:3
**staff** [5] - 4:18, 15:6,
16:12, 16:17, 18:19
**standard** [6] - 10:4,
10:9, 10:20, 11:14,
12:8, 29:7
**standards** [1] - 28:20
**standing** [2] - 8:7,
8:10
**Stanley** [1] - 26:12
**STANLEY** [1] - 2:2
**stanleymbrand@**
**gmail.com** [1] - 2:5
**start** [1] - 5:3
**state** [1] - 11:13
**statement** [1] - 20:22
**States** [6] - 4:8, 5:7,
8:23, 9:19, 16:13,
30:20
**STATES** [3] - 1:1, 1:4,
1:11
**States's** [1] - 8:25
**status** [1] - 16:16
**step** [3] - 6:20, 7:22,
8:5
**STEPHANIE** [2] - 2:8,
30:20
**Stephanie_McCarn**
**@flsd.uscourts.**
**gov** [1] - 2:11
**still** [9] - 9:19, 16:23,

18:19, 18:23, 19:2,
19:19, 20:5, 23:5,
23:6
**Street** [1] - 1:20, 1:23
**subclass** [1] - 22:19
**subject** [2] - 11:12,
17:7
**submitting** [1] - 14:1
**subsection** [2] - 11:3,
11:11
**suffice** [1] - 18:6
**suggestion** [3] - 17:5,
17:13, 17:21
**Suite** [1] - 1:23
**summons** [3] - 9:11,
9:12, 9:14
**surety** [6] - 9:16, 10:2,
10:19, 13:12, 14:18,
28:19
**surrender** [1] - 11:25
**Susie** [1] - 2:7
**system** [1] - 8:12

## T

**table** [2] - 5:8, 26:16
**Tallahassee** [1] - 1:20
**television** [1] - 4:24
**temporarily** [1] - 6:10
**term** [1] - 19:21
**terms** [2] - 9:21, 24:19
**THE** [78] - 1:10, 1:13,
3:3, 3:6, 4:2, 4:3,
4:7, 5:10, 5:13, 5:16,
5:22, 6:3, 6:6, 6:13,
6:16, 6:19, 7:2, 7:9,
7:13, 7:22, 8:1, 8:5,
8:10, 9:21, 10:6,
10:8, 10:15, 10:17,
10:23, 10:25, 11:11,
11:18, 12:2, 12:5,
12:8, 12:12, 12:17,
12:22, 12:25, 13:3,
13:7, 13:11, 14:22,
14:24, 16:14, 16:19,
17:2, 18:9, 18:22,
19:17, 19:24, 20:22,
22:4, 22:24, 23:19,
24:12, 24:22, 25:12,
25:18, 25:21, 25:22,
25:24, 26:1, 26:2,
26:7, 26:23, 27:2,
27:17, 27:21, 28:17,
28:25, 29:8, 29:11,
29:14, 29:16, 29:22,
29:25, 30:5
**therefore** [2] - 14:12,
14:15
**they've** [1] - 4:13
**third** [1] - 25:24

**Thirteenth** [1] - 2:10
**three** [2] - 5:10, 26:9
**time's** [1] - 25:24
**timely** [1] - 9:6
**today** [1] - 26:21
**Todd** [1] - 6:1
**TODD** [1] - 1:22
**toddblanche@**
  **blanchelaw.com** [1]
  - 1:25
**tomorrow** [1] - 6:20
**Torres** [3] - 9:13,
  27:25, 30:6
**traditional** [1] - 18:14
**transcription** [1] -
  30:16
**travel** [3] - 12:3, 12:6,
  12:9
**trial** [7] - 6:23, 6:24,
  6:25, 8:2, 8:3, 17:15,
  22:19
**Trina** [1] - 25:6
**true** [2] - 15:22, 20:23
**TRUMP** [1] - 1:7, 1:19
**Trump** [38] - 4:9, 5:4,
  5:17, 5:19, 7:4, 7:7,
  10:18, 11:15, 11:23,
  11:24, 12:3, 12:6,
  12:14, 12:18, 12:23,
  13:12, 13:19, 14:3,
  14:11, 14:19, 15:2,
  16:3, 16:11, 16:24,
  19:6, 19:7, 19:19,
  20:21, 21:3, 21:13,
  23:6, 24:17, 24:24,
  25:4, 26:3, 27:15,
  27:18
**Trump's** [3] - 15:5,
  15:6, 16:8
**try** [1] - 19:3
**trying** [1] - 21:11
**turn** [1] - 26:8
**TV** [1] - 5:1
**two** [5] - 11:9, 11:19,
  18:13, 18:25, 27:23
**type** [1] - 9:18
**types** [1] - 17:19
**typical** [4] - 7:18, 8:1,
  8:5, 14:13
**typically** [3] - 7:16,
  7:22, 14:7

## U

**U.S** [2] - 1:16, 4:12
**under** [3] - 4:18, 10:4,
  28:4
**understood** [1] -
  24:21
**undue** [1] - 5:22

**United** [7] - 4:8, 5:7,
  8:23, 8:25, 9:19,
  16:12, 30:20
**UNITED** [3] - 1:1, 1:4,
  1:11
**unknown** [1] - 21:9
**unless** [1] - 12:10
**unsecured** [1] - 11:2
**unwielding** [1] - 23:24
**unworkable** [1] - 19:2
**up** [9] - 17:13, 18:9,
  18:25, 19:10, 19:17,
  21:20, 25:7, 28:12,
  29:2
**uploaded** [2] - 8:11
**USC** [1] - 10:25

## V

**vary** [1] - 7:15
**version** [1] - 8:20
**vice** [5] - 5:21, 5:24,
  6:2, 27:12, 28:11
**victims** [3] - 12:18,
  13:20, 13:22
**videos** [1] - 4:20
**view** [5] - 15:9, 15:14,
  18:6, 22:8, 23:14
**violate** [1] - 15:18
**violation** [1] - 24:19
**vs** [3] - 1:6, 4:8, 9:1

## W

**waive** [3] - 7:19, 7:20,
  7:21
**Wall** [1] - 1:23
**Waltine** [5] - 4:9, 5:4,
  7:5, 14:4, 26:8
**WALTINE** [2] - 1:7, 2:3
**Washington** [3] -
  1:17, 2:4, 5:11
**watching** [1] - 4:24
**ways** [1] - 21:19
**weeks** [1] - 27:23
**welcome** [1] - 5:13
**Welcome** [1] - 6:6
**whatsoever** [3] - 14:7,
  14:8, 18:15
**willing** [1] - 7:20
**witness** [12] - 9:4,
  18:12, 20:24, 21:9,
  21:22, 21:23, 22:18,
  23:16, 24:6, 24:15,
  24:16
**witnessed** [1] - 29:1
**WITNESSES** [3] - 3:2,
  3:3, 3:6
**witnesses** [39] -
  12:19, 13:20, 13:22,

15:2, 15:3, 15:4,
  15:12, 15:16, 15:17,
  15:22, 15:25, 16:4,
  16:15, 16:23, 17:7,
  17:15, 17:16, 17:17,
  18:3, 18:10, 18:13,
  19:15, 19:16, 20:9,
  20:13, 20:23, 20:25,
  21:2, 21:13, 21:16,
  21:17, 22:10, 22:19,
  23:20, 23:21, 24:8,
  24:11, 24:12
**women** [1] - 15:11
**WOODWARD** [9] -
  2:2, 26:12, 28:16,
  28:24, 29:5, 29:10,
  29:13, 29:19, 30:3
**Woodward** [2] - 2:3,
  26:13
**words** [3] - 9:23, 14:5,
  18:4
**workable** [2] - 22:10,
  22:22
**works** [3] - 14:10,
  14:13, 15:21
**worries** [1] - 24:19
**written** [4] - 8:20,
  8:21, 13:21, 13:25

## Y

**years** [3] - 15:7, 19:6,
  19:19
**York** [2] - 1:24, 6:3
**yourself** [2] - 4:4, 6:9