UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-80101-CR-CANNON/REINHART

UNITED STATES OF AMERICA

v.

DONALD J. TRUMP and
WALTINE NAUTA,

Defendants.
_____/



## NOTICE OF CONVENTIONAL FILING

Please take notice that the foregoing documents listed below are being filed conventionally:

1. Notice of Permanent Appearance

2. Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing

The following documents listed above are being filed because the CMECF credentials have not been made available at this time.

July 6, 2023

Respectfully submitted,

DADAN LAW FIRM, PLLC
201 S. 2nd St. Suite #202
Fort Pierce, FL 34950
Telephone: (772) 579-0347
Facsimile: (772) 264-5766
Email: sasha@dadanbonnalaw.com
By:/s/ Sasha Dadan
    SASHA DADAN, ESQ.
    Florida Bar No. 109069
    *Counsel for Waltine Nauta*