UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80101-CR-CANNON-REINHART

UNITED STATES OF AMERICA

       Plaintiff,

vs.

DONALD J. TRUMP and
WALTINE NAUTA,

       Defendants.
_____/

## GOVERNMENT'S SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States of America, by and through the Special Counsel's Office, in response to the Standing Discovery Order issued in this case, files this response. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

On June 21, 2023, per the protective order issued in this case (ECF No. 27), the government provided to Defendant Donald J. Trump its first production of unclassified discovery ("Production 1"). *See* ECF No. 30. Now that Defendant Waltine Nauta has been arraigned, and counsel for Defendant Nauta (Stanley Woodward and Sasha Dadan) have entered an appearance, the government has provided Production 1 to counsel for Defendant Nauta. The government's

responses to the Standing Discovery Order otherwise remain the same as set forth in ECF No. 30.

        Respectfully submitted,

        JACK SMITH
        Special Counsel

By:   */s/ Jay I. Bratt*_____
       Jay I. Bratt
       Counselor to the Special Counsel
       Special Bar ID #A5502946
       950 Pennsylvania Avenue, NW
       Washington, D.C. 20530

       Julie A. Edelstein
       Senior Assistant Special Counsel
       Special Bar ID #A5502949

       David V. Harbach, II
       Assistant Special Counsel
       Special Bar ID #A5503068

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Julie A. Edelstein*
Julie A. Edelstein
Senior Assistant Special Counsel
