UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DONALD J. TRUMP and
WALTINE NAUTA,

        Defendants.

Case No. 23-80101-CR-CANNON/REINHART

**DEFENDANT DONALD J. TRUMP'S RESPONSE TO
MOTION TO CONTINUE PRETRIAL CIPA CONFERENCE**

Defendant Donald J. Trump responds to Defendant Waltine Nauta's Motion to Continue Pretrial CIPA Conference (ECF No. 63), and states as follows:

All defense counsel are available to attend the subject hearing on Tuesday, July 18, 2023. The undersigned has also conferred with counsel for the Government and is authorized to represent that if the Court is available, the Government is willing to appear on Tuesday, July 18, 2023.

Dated: July 10, 2023

Respectfully submitted,

*/s/ Christopher M. Kise*
Christopher M. Kise
Florida Bar No. 855545
ckise@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
(305) 677-2707

<u>/s/ Todd Blanche</u>
Admitted Pro Hac Vice
toddblanche@blanchelaw.com
Blanche Law
99 Wall Street, Suite 4460
New York, New York 10005
(212) 716-1250

*Counsel for President Donald J. Trump*

2