UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. 23-80101-CR-CANNON/RIENHART

v.
DONALD J. TRUMP
WALTINE NAUTA
    Defendants.
_____/

**Notice of Change of Address and Contact Information**

**COMES NOW,** the undersigned counsel, Sasha Dadan, Esq. and provides her following updated information:

NAME: Sasha Dadan, Esq.

NAME OF FIRM:  Dadan Law Firm, PLLC

MAILING ADDRESS: 201 S. 2nd St. Suite 202 Fort Pierce, FL 34950

PHONE NUMBER: 772-579-0347

EMAIL ADDRESS: sasha@dadanlawfirm.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed through the clerk of court using CM/ECF on July 11, 2023.

 

**DADAN LAW FIRM, PLLC**
Attorney for the Defendant
201 S. 2nd Street Suite 202
Fort Pierce, FL 34950
Telephone: (772) 579-2771
Facsimile: (772) 264-5766
Email:sasha@dadanlawfirm.com

By:/*s*/  Sasha Dadan_____
SASHA DADAN, ESQ.
 Florida Bar No. 109069
*Counsel for Waltine Nauta*