1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2
                     Case No. 23-80101-CR-AMC
3
UNITED STATES OF AMERICA,        )
4                                )
        GOVERNMENT,              )
5                                )
        -v-                      )
6                                )
WALTINE NAUTA,                   )
7                                )
        DEFENDANT.               )        Miami, Florida
8                                )        July 6, 2023
   _____ )
9

10         TRANSCRIPT OF REPORT RE: COUNSEL AND ARRAIGNMENT

11         PROCEEDINGS BEFORE THE HONORABLE EDWIN G. TORRES

12                  UNITED STATES MAGISTRATE JUDGE

13


14   Appearances:

15   (On Page 2.)

16
     Reporter                    Stephen W. Franklin, RMR, CRR, CPE
17   (561)313-8439               Official Court Reporter
                                 500 West Capitol Avenue
18                               Little Rock, AR 72201
                                 E-mail:  SFranklinUSDC@aol.com
19
          Proceedings recorded by Digital Audio Recording, and
20   transcript prepared utilizing computer-aided transcription.

21

22

23

24

25

```
 1   Appearances:

 2   FOR THE GOVERNMENT          Jay I. Bratt, ESQ.
                                 Counterintelligence and Export
 3                               Control Section
                                 National Security Division
 4                               U.S. Department of Justice
                                 950 Pennsylvania Avenue, Northwest
 5                               Washington, DC 20530
     -and-
 6                               David Harbach, ESQ.
                                 U.S. Department of Justice
 7                               Office of Special Counsel
                                 950 Pennsylvania Avenue, Northwest
 8                               Washington, DC 20530
     -and-
 9                               Michael Thakur, ESQ.
                                 U.S. Attorney's Office
10                               Southern District of Florida
                                 99 Northeast 4th Street
11                               Miami, FL 33132

12   FOR THE DEFENDANT           Stanley E. Woodward, ESQ.
                                 Brand Woodward Law, L.P.
13                               400 Fifth Street, Northwest
                                 Suite 300
14                               Washington, DC 20001
     -and-
15                               Sasha Dadan, ESQ.
                                 SafeSpace
16                               P.O. Box 7321
                                 Port St. Lucie, FL 34985
17
                                 * * * * *
18

19

20

21

22

23

24

25
```

```
 1
 2          (Call to the order of the Court at 11:01 a.m.)
 3              THE COURTROOM DEPUTY:  Calling case United States
 4   versus Waltine Nauta, Case Number 23-80101-CRIMINAL, Judge
 5   Cannon.
 6              Counsel, your appearances for the record.
 7              MR. BRATT:  Good morning, Your Honor.  Jay Bratt and
 8   David Harbach and Michael Thakur from the Special Counsel's
 9   office on behalf of the United States.
10              THE COURT:  Good morning.
11              MR. WOODWARD:  Good morning, Your Honor.  Stanley
12   Woodward on behalf of Mr. Nauta, who is also present, and I'm
13   pleased to introduce to the Court Sasha Dadan.
14              MS. DADAN:  Good morning.
15              THE COURT:  Good morning.  I'm very glad to see you
16   here.
17              MS. DADAN:  Thank you.
18              THE COURT:  Good morning, everybody.  This is a
19   continuation of the arraignment from last week.  I should note
20   for the record that the matter was set before the duty judge
21   but the duty judge was going to recuse, so therefore I took it
22   back.  That's the reason I'm handling this in my role as
23   chief.
24              We were set for report re: counsel and arraignment.
25              Mr. Woodward, in terms of counsel, let me let you
```

```
 1    announce on the record what you've learned in the interim

 2    period.

 3              MR. WOODWARD:  Yes, Your Honor.

 4              Ms. Dadan entered an appearance in this case this

 5    morning, and she also filed a motion for pro hac vice on my

 6    behalf.  So we are prepared to proceed with the arraignment.

 7    I'm not sure that the Court has ruled on the motion for pro

 8    hac vice, and so not wanting to overstep here, but either way

 9    we're prepared to proceed with the arraignment, Your Honor.

10              THE COURT:  Very well.  For purposes of today, you

11    can make the appearance for Mr. Nauta.  I'll let Judge Cannon

12    rule on the motion --

13              MR. WOODWARD:  Yes, sir.

14              THE COURT:  -- technically.  She may want to do

15    that, but obviously if you wish to proceed with the

16    arraignment now that counsel is present.  I understand there

17    was a registration issue.  Has that been cured?

18              MR. WOODWARD:  No, I don't believe so, Your Honor.

19    I think it's just a timing, question of timing.

20              THE COURT:  Okay.  Well, because there are pending

21    proceedings that I think Judge Cannon is waiting on, I'm going

22    to issue an order that directs the clerk to accept any ECF

23    filing from Ms. Dadan immediately, and with an expiration

24    period of 14 days, and then that way anything that she needs

25    to do to update her registration, they can be done without
```

```
 1   interfering with the process before Judge Cannon in the

 2   interim period.

 3             MR. WOODWARD:  Thank you, Your Honor.  We appreciate

 4   that.

 5             THE COURT:  Okay.  All right.  With that, then,

 6   anything the government needs to add before I proceed with the

 7   arraignment?

 8             MR. BRATT:  No, Your Honor.

 9             THE COURT:  Okay.  Very well.  We're ready to

10   proceed, then, with the arraignment for Mr. Nauta.

11             Mr. Nauta, have you had a full opportunity to review

12   the indictment filed against you and review your case with

13   counsel?

14             THE DEFENDANT:  Yes, Your Honor.

15             THE COURT:  Very well.

16             MR. WOODWARD:  Your Honor, we would waive formal

17   reading of the indictment and ask to enter a plea of not

18   guilty as to all counts, and of course we'll reserve all

19   rights.  We also would request a jury trial.

20             THE COURT:  Very well.  I should have also asked

21   counsel, both counsel, are you making an appearance only

22   through trial in the case, Mr. Woodward?

23             MR. WOODWARD:  Yes, Your Honor, at this time.

24             THE COURT:  Ms. Dadan?

25             MS. DADAN:  Yes.
```

```
1              THE COURT:  All right.  Very well.  Mr. Nauta, you

2    understand your lawyers are appearing on your behalf only

3    through trial, which means if it were necessary for you to

4    obtain the services of an appellate lawyer, those services

5    will have to be retained separately.  Do you understand that,

6    Mr. Nauta?

7              THE DEFENDANT:  Yes, Your Honor.

8              THE COURT:  Very well.  The request for jury trial

9    for Mr. Nauta will be entered on the court record.  The

10   standing discovery order will be signed in his case as of

11   today's date, together with an order compelling the government

12   to comply with all Brady obligations, failing which sanctions

13   would follow.

14             So the arraignment is complete.  Anything further

15   that we need to do for Mr. Nauta?

16             MR. WOODWARD:  Not for defense counsel, Your Honor.

17             THE COURT:  Okay.  On behalf of the government?

18             MR. BRATT:  Not for the government, Your Honor.

19             THE COURT:  I'll go ahead and issue that ECF order

20   for today, and then the matter will be referred to Judge

21   Cannon for disposition.

22             MR. WOODWARD:  Thank you, Your Honor.

23             THE COURT:  Thank you for your appearance.

24        (Proceedings concluded.)

25                           *  *  *  *  *
```

Stephen W. Franklin, RMR, CRR, CPE
United States Court Reporter
stephen_franklin@ared.uscourts.gov (501)604-5145

```
 1                        *  *  *  *  *

 2                        I N D E X

 3   Report Re: Counsel and Arraignment              3

 4                        *  *  *  *  *

 5                      E X H I B I T S

 6   (None.)

 7                        *  *  *  *  *

 8                       CERTIFICATE

 9        I, Stephen W. Franklin, Registered Merit Reporter, and

10   Certified Realtime Reporter, certify that the foregoing is a

11   correct transcript, to the best of my ability, from the

12   DIGITAL AUDIO RECORDING of proceedings in the above-entitled

13   matter.

14        Dated this 11th day of JULY, 2023.

15

16        /s/Stephen W. Franklin
          _____
17        Stephen W. Franklin, RMR, CRR

18

19

20

21

22

23

24

25
```