UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101(s)-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA

    Defendants.
_____/

## NOTICE OF FILING

The Government hereby gives notice that it filed the accompanying pleading (attached as Exhibit 1) in the District of Columbia in response to a motion filed this afternoon by counsel for Defendant Nauta. It has redacted the name of Trump Employee 4 and their counsel.

    Respectfully submitted,

    JACK SMITH
    Special Counsel

By:    */s/ Jay I. Bratt*
    Jay I. Bratt
    Counselor to the Special Counsel
    Special Bar ID #A5502946
    950 Pennsylvania Avenue, N.W.
    Washington, D.C.  20530

    Julie A. Edelstein
    Senior Assistant Special Counsel
    Special Bar ID #A5502949

    David V. Harbach, II
    Assistant Special Counsel

Special Bar ID #A5503068

## **CERTIFICATE OF SERVICE**

      I, Jay I. Bratt, certify that on August 25, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                          */s/ Jay I. Bratt*_____
                                          Jay I. Bratt