UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,
WALTINE NAUTA**, **and
CARLOS DE OLIVEIRA,**

    Defendants.

_____/

**NOTICE OF APPEARANCE**

    The Government hereby gives notice that the undersigned attorney of the Special Counsel's Office is appearing on behalf of the United States in the above-captioned matter.

                              Respectfully submitted,

                              JACK SMITH
                              Special Counsel
                              N.Y. Bar No. 2678084

                By:     /s/ *John M. Pellettieri*
                              John M. Pellettieri
                              Assistant Special Counsel
                              Special Bar ID #A5503076
                              950 Pennsylvania Avenue, NW
                              Washington, D.C. 20530

September 7, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which in turn serves counsel of record via transmission of Notices of Electronic Filing.

/s/ *John M. Pellettieri*
John M. Pellettieri