**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80101-CR-CANNON(s)**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.                                                                                    FILED IN CAMERA AND UNDER
                                                                                         SEAL WITH THE CLASSIFIED
**DONALD J. TRUMP**,                                              INFORMATION SECURITY OFFICER
**WALTINE NAUTA, and**                                        OR DESIGNEE
**CARLOS DE OLIVEIRA**,

        Defendants.

_____/

[PARTIALLY REDACTED VERSION 2]
**GOVERNMENT'S NOTICE PURSUANT TO SECTION 10**
**OF THE CLASSIFIED INFORMATION PROCEDURES ACT**