**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80101-CR-CANNON(s)**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**DONALD J. TRUMP,**
**WALTINE NAUTA**, **and**
**CARLOS DE OLIVEIRA,**

      Defendants.

_____/

## <u>NOTICE OF APPEARANCE</u>

      The Government hereby gives notice that the undersigned attorney of the Special Counsel's

Office is appearing on behalf of the United States in the above-captioned matter.

                        Respectfully submitted,

                        JACK SMITH
                        Special Counsel
                        N.Y. Bar No. 2678084

By:    <u>/s/ *Anne P. McNamara*</u>
                        Anne P. McNamara
                        Assistant Special Counsel
                        Special Bar ID #A5501847
                        950 Pennsylvania Avenue, NW
                        Washington, D.C. 20530

October 25, 2023

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which in turn serves counsel of record via transmission of Notices of Electronic Filing.

/s/ *Anne P. McNamara*
Anne P. McNamara