UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FORT PIERCE DIVISION

CASE NO. 23-80101-CRIMINAL-CANNON

UNITED STATES OF AMERICA,

        Plaintiff,                          FORT PIERCE, FLORIDA

   vs.

                                                          AUGUST 10, 2023

DONALD J. TRUMP, WALTINE NAUTA
and CARLOS DE OLIVEIRA,                    PAGES 1 – 12

        Defendants.
_____/

TRANSCRIPT OF ARRAIGNMENT HEARING

BEFORE THE HONORABLE SHANIEK MAYNARD

UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:        JAY BRATT, ESQ.
                           DAVID HARBACH, ESQ.
                           U.S. Department of Justice
                           Office of Special Counsel
                           Washington, DC 20530


FOR DEFENDANT TRUMP:       CHRISTOPHER KISE, ESQ.
                           Continental PLLC
                           Tallahassee, FL  32301

                           TODD BLANCHE, ESQ.
                           Blanche Law
                           New York, NY  10005


FOR DEFENDANT NAUTA:       STANLEY WOODWARD, ESQ.
                           Brand Woodward Law
                           Washington, DC  20001

                           SASHA DADAN, ESQ.
                           Dadan Law Firm, PLLC
                           Fort Pierce, FL  34950


FOR DEFENDANT DE OLIVEIRA: JOHN IRVING, ESQ.
                           E & W Law
                           Washington, DC 20004

                           DONNIE MURRELL, ESQ.
                           L.D. Murrell, P.A.
                           West Palm Beach, FL  33401

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2           THE COURT:  Good morning, everyone.  You may be
 3   seated.
 4           THE COURTROOM DEPUTY:  United States of America
 5   versus Donald J. Trump and others, 23-80101-CR-Cannon/Reinhart.
 6           THE COURT:  All right.  Good morning, everyone.
 7           May I have Counsel's appearances starting with the
 8   Government.
 9           MR. BRATT:  Good morning, Your Honor; Jay Bratt and
10   David Harbach from the Special Counsel's Office on behalf of
11   the United States.
12           THE COURT:  Good morning, Mr. Bratt.
13           And may I have appearance from Defendants.
14           MR. BLANCHE:  Good morning, Your Honor; Todd Blanche
15   and Chris Kise or President Trump.
16           MR. KISE:  Good morning.
17           THE COURT:  Good morning.
18           Who is here on behalf of Mr. Nauta?
19           MS. DADAN:  Good morning; Sasha Dadan on behalf of
20      Mr. Nauta, and Stanley Woodward on behalf of Mr. Nauta.
21           THE COURT:  Counsel, can you spell your last name for
22   me?
23           MS. DADAN:  D-A-D-A-N.
24           THE COURT:  Thank you.
25           And remaining Counsel.
```

Thursday, August 10, 2023.

```
 1              MR. MURRELL:  Good morning, Judge; Donnie Murrell
 2        on behalf of Mr. De Oliveira along with John Irving on
 3        behalf of Mr. De Oliveira.
 4              THE COURT:  Good morning, Mr. Murrell and Mr. Irving.
 5              MR. IRVING:  Good morning.
 6              THE COURT:  Okay.  We are here for an arraignment on
 7   the superseding indictment for Mr. Trump and Mr. Nauta and also
 8   for a report re counsel and an arraignment on the indictment
 9   for Mr. De Oliveira.
10              Before we begin, I would like to thank the United
11   States Marshals for their effort in ensuring everyone's
12   security and safety; the Clerk of Court and her staff,
13   particularly my assigned courtroom deputy for assisting and
14   arranging today's hearing.
15              I want to remind everyone present in both the
16   courtroom and the overflow room of the Court's rules regarding
17   electronic devices and prohibiting broadcasting.  There is no
18   permitted possession of cell phones or any other electronic
19   equipment in the courthouse.
20              There is to be no photography, video recording,
21   broadcasting, or filming of any kind in the courtroom, in the
22   overflow room, or anywhere in the building.  There is to be no
23   circumventing of this rule which means for those who are
24   located in the overflow room, you may not record or broadcast
25   what you see on TV because, obviously, that would defeat the
```

Thursday, August 10, 2023.

```
 1   entire purpose of the prohibition.
 2           So we are going to start with the case against
 3   Mr. Trump.  I note that Mr. Trump has signed a form waiving his
 4   appearance for today's arraignment; is that correct, Counselor?
 5           MR. BLANCHE:  Yes, it is, Your Honor.  I have
 6   discussed the superseding indictment with President Trump.  I
 7   have discussed his rights to be present and his rights to waive
 8   being present.  He understands them.  He has signed the waiver
 9   waiving his right to be here today.  He waives the public
10   reading of a superseding indictment and has authorized me to
11   enter a plea of not guilty on the superseding indictment.
12           THE COURT:  Okay.  I have received your waiver, and I
13   have reviewed that waiver.  I see that it does comply with
14   Rule 10 of the Federal Rules of Criminal Procedure, so I will
15   go ahead and approve the waiver at this time.  And that waiver
16   will be filed in the record in this case.
17           MR. BLANCHE:  Thank you.
18           THE COURT:  At this time, I will accept the
19   defendant's plea of not guilty.  I will enter -- I will accept
20   his demand for a trial by jury, and I remind the parties that
21   Judge Goodman entered a standing discovery order and a *Brady*
22   order in this case on June 13th of 2023, and the parties'
23   obligations under that order still apply.
24           Is there anything else I need to do in this case
25   today regarding your client?
```

Thursday, August 10, 2023.

```
 1                  MR. BLANCHE:  No, Your Honor.  Thank you.
 2                  THE COURT:  All right.
 3                  Anything from the Government regarding this
 4      particular defendant?
 5                  MR. BRATT:  No, Your Honor.
 6                  THE COURT:  Okay.  Next, I will address Mr. Nauta.
 7                  MR. WOODWARD:  Good morning, Your Honor.
 8                  Do you have a preference as to whether I stand at the
 9      podium or --
10                  THE COURT:  Why don't you come to the podium just to
11      make sure everyone is recorded, and it is on the microphone.
12                  MR. WOODWARD:  Good morning, Your Honor.
13                  THE COURT:  Counsel, could you give me your name
14      again.
15                  MR. WOODWARD:  Yes, ma'am; Stanley Woodward on behalf
16      of Mr. Nauta who is also present.
17                  Your Honor, we have reviewed the superceding
18      indictment with Mr. Nauta.  He understands the contents of the
19      superseding indictment including the nature of the additional
20      charges as against him specifically, and he will waive formal
21      reading of the indictment; and with the Court's permission, he
22      will enter a plea as to not guilty as to the additional charges
23      as against him.
24                  Of course, we also reiterate our express desire not
25      to -- expressed desire to assert all rights under the Fifth and
```

```
 1   Sixth Amendments.
 2              THE COURT:  Thank you, Mr. Woodward.
 3              And good morning, Mr. Nauta.
 4              THE DEFENDANT:  Good morning, Your Honor.
 5              THE COURT:  Your lawyer indicates that you have
 6   received a copy of the indictment and you have been able to
 7   discuss the charges and penalties with him; is that correct?
 8              THE DEFENDANT:  Yes, ma'am.
 9              THE COURT:  Okay.  And without asking whether
10   anything in the indictment is true or false, do you understand
11   the charges and the possible penalties?
12              THE DEFENDANT:  Yes, ma'am.
13              THE COURT:  All right.  At this time, I will enter
14   Mr. Nauta's plea of not guilty to all charges.  I will accept
15   his demand for a trial by jury, and I note that Mr. -- that
16   Judge Goodman entered a standing discovery order and a *Brady*
17   order in this case on July 6th of 2023, and the parties'
18   obligations under that order still apply.
19              Mr. Woodward, is there anything else I need to do in
20   this matter regarding your client?
21              MR. WOODWARD:  No, Your Honor.  We appreciate the
22   Court's time, and we reiterate the Court's thanks for all of
23   those who helped make today possible.
24              THE COURT:  All right, thank you.
25              Have a good day, Mr. Nauta.
```

Thursday, August 10, 2023.

```
 1              THE DEFENDANT:  Thank you, Your Honor.
 2              THE COURT:  Okay.  And at this time, I will address
 3   Mr. De Oliveira and his counsel.
 4              Good morning, Mr. De Oliveira.
 5              Is Mr. De Oliveira here?
 6              MR. IRVING:  Yes.
 7              THE COURT:  Oh, good morning, sir.
 8              THE DEFENDANT:  Good morning.
 9              THE COURT:  All right.  We are here for a report re
10   counsel and an arraignment.  Let's start with the report re
11   counsel.
12              At the initial appearance before Judge Torres last
13   week, Mr. Irving appeared as temporary counsel of record for
14   Mr. De Oliveira.  Local counsel has not yet been retained.
15   Where are we today in terms of permanent counsel for your
16   client?
17              MR. IRVING:  Yes.  Good morning, Your Honor; John
18   Irving on behalf of Mr. De Oliveira.
19              We believe that we have that ironed out.  I will
20   continue to represent Mr. De Oliveira and that we have Florida
21   counsel lined up, just waiting for a few details that should be
22   resolved if not immediately in the next half hour or so.
23              MR. MURRELL:  Good morning, Judge.
24              THE COURT:  Good morning.
25              MR. MURRELL:  Judge, we still have a few details to
```

Thursday, August 10, 2023.

```
 1  take care of --
 2              THE COURT:  For the record, Mr. Donnie Murrell.
 3              MR. MURRELL:  Sorry.  Yes, ma'am.
 4              I'm trying to make those cleared it up as quickly as
 5  I can.  If you want to -- well, this is the end of the docket,
 6  isn't it?
 7              THE COURT:  This is the end of the docket, yes.
 8              Are you expecting to file a notice of appearance by
 9  the end of the day?
10              MR. MURRELL:  I can't guarantee you that.  I can tell
11  you this.  We have it drafted; we have the motion for pro hac
12  vice ready to file; we are just waiting for some confirmation;
13  and as soon as we get that, we will file those things.
14              THE COURT:  Okay.  And how long do you think that
15  will take?
16              MR. MURRELL:  I think at the latest tomorrow
17  afternoon.
18              THE COURT:  Okay.  Well, the rule requires entry of
19  permanent counsel before we arraign him.
20              MR. MURRELL:  Yes, ma'am.
21              THE COURT:  So I know a lot of preparation has been
22  made to get this all together today; but under these
23  circumstances, what is your recommendation, Mr. Murrell.
24              MR. MURRELL:  Judge, if you are willing to allow us
25  to waive his presence, we can -- we can handle that arraignment
```

Thursday, August 10, 2023.

```
 1   as soon as possible.
 2              THE COURT:  Okay.  He can certainly waive his
 3   presence.  I know, Mr. Murrell, you are familiar with our
 4   procedures, so you can get a copy of the waiver form.
 5              MR. MURRELL:  Yes, ma'am.
 6              THE COURT:  And I will go over that with him, with
 7   you, at that time.
 8              Mr. De Oliveira, I just want to make sure you
 9   understand, sir, what is going on.  Our rules require you to
10   have permanent counsel of record before we can proceed with
11   your formal arraignment in this case.  Your lawyers have
12   indicated that they are very close to getting that handled both
13   with your local counsel, and then he will do a motion for
14   Mr. Irving to also be able to represent you, but it's not quite
15   done today.  So what I'm going to do is I'm going to reset
16   this -- you said --
17              Mr. Murrell, go ahead.
18              MR. MURRELL:  Judge, it was just pointed out to me,
19   there is another hearing scheduled for the 25th.
20              THE COURT:  But I think the district judge, who is
21   Judge Cannon, would like for this to be situated before that
22   hearing.  We want to get counsel situated.  We want to get the
23   arraignment done, and then everyone will be ready to go for
24   that hearing on the 25th.
25              MR. MURRELL:  I understand.
```

Thursday, August 10, 2023.

```
 1              THE COURT:  So when would you like me to reset this
 2   for next week, Mr. Murrell?
 3              MR. MURRELL:  Would Tuesday or Wednesday be all
 4   right?
 5              THE COURT:  Miss Brown, how do we look on Tuesday
 6   morning?
 7              THE COURTROOM DEPUTY:  Your Honor, Tuesday morning is
 8   clear.
 9              THE COURT:  Okay.  So I will reset this for a report
10   re counsel and arraignment for Tuesday morning.
11              Ms. Brown, what is the date, please?
12              THE COURTROOM DEPUTY:  Tuesday, August 15th, 2023.
13              THE COURT:  Okay.  So that will be Tuesday,
14   August 15th, 2023, at 10:00 A.M.  At that time, hopefully,
15   Counsel will have entered all of the notices of appearance, and
16   we will arraign Mr. De Oliveira; and if he has filled out a
17   waiver form, I'll go over that waiver, and we will get the ball
18   rolling in his case.
19              MR. MURRELL:  Yes, ma'am.
20              THE COURT:  Mr. Murrell, is there anything else I
21   need to do in this matter today?
22              MR. MURRELL:  I don't believe so.
23              THE COURT:  Mr. Irving?
24              MR. IRVING:  None, Your Honor.  Thank you.
25              THE COURT:  All right.  Have a good afternoon.  I
```

Thursday, August 10, 2023.

```
 1   will see you next week.
 2              Anything else from the Government?
 3              MR. BRATT:  No, Your Honor.
 4              THE COURT:  All right.  Thanks everyone, take care.
 5              THE COURTROOM DEPUTY:  All rise.
 6        (PROCEEDINGS ADJOURNED AT 10:13 a.m.)
 7                      C-E-R-T-I-F-I-C-A-T-E
 8              I hereby certify that the foregoing is
 9        an accurate transcription and proceedings in the
10        above-entitled matter.
11
     9/1/2023                        /s/DIANE MILLER
12    DATE                       DIANE MILLER, RMR, CRR, CRC
                                 Official Court Reporter
13                               United States District Court
                                 101 South U.S. Highway 1
14                               Fort Pierce, FL  34950
                                 772-467-2337
15
```

Thursday, August 10, 2023.