**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 23-80101-CR-CANNON/REINHART

UNITED STATES OF AMERICA

v.

WALTINE NAUTA

    Defendants.
_____/

**[PROPOSED] ORDER**

    Upon consideration of Defendant Waltine Nauta's Motion, it is this ___ day of _____, 2023, hereby:

    **ORDERED** that Defendant Nauta's Motion is **GRANTED**.

.

    **SO ORDERED.**

_____
The Honorable Aileen M. Cannon
United States District Court Judge
