UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

    Defendants.
_____/

## NOTICE OF FILING

The Government hereby gives notice that it has filed the Government's Classified Notice of Expert Testimony under seal with the Court by delivering it to the Classified Information Security Officer ("CISO") on January 12, 2024. An unclassified cover sheet for the notice is attached hereto.

Having provided a complete statement of its expert witnesses' qualifications, opinions and anticipated testimony, and the basis for their opinions, the Government requests the reciprocal disclosures required by Federal Rule of Criminal Procedure 16(b)(1)(C) and Local Rule

88.10(o)(3) — the latter of which typically requires an "initial written summary" within 14 days of the request — by a date to be set by the Court.

                                Respectfully submitted,

                                JACK SMITH
                                Special Counsel

By:   */s/ Brett C. Reynolds*_____
       Jay I. Bratt, Counselor to the Special Counsel
       Julie A. Edelstein, Senior Assistant Special Counsel
       David V. Harbach, II, Assistant Special Counsel
       David Raskin, Assistant Special Counsel
       Brett C. Reynolds, Assistant Special Counsel

       950 Pennsylvania Avenue, N.W.
       Washington, D.C.  20530

January 12, 2024

## CERTIFICATE OF SERVICE

I certify that on January 12, 2024 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ Brett C. Reynolds*
Brett C. Reynolds