Filed with Classified
Information Security Officer
CISO: [signature]
Date: 1/26/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v.<br><br>DONALD J. TRUMP,<br>WALTINE NAUTA, and<br>CARLOS DE OLIVEIRA,<br><br>Defendants. | )<br>)<br>)<br>)  Filed Under Seal with the Classified<br>)  Information Security Officer<br>)<br>)<br>)<br>)<br>) |

## GOVERNMENT'S RESPONSE TO TRUMP'S CHALLENGE TO THE GOVERNMENT'S CIPA SECTION 4 MOTION