Filed with Classified
Information Security Officer

CISO [signature]
Date 2/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Filed with the Classified Information Security Officer |
| DONALD J. TRUMP, WALTINE NAUTA, and CARLOS DE OLIVEIRA, | |
| Defendants. | |

**GOVERNMENT'S OPPOSITION TO THE CLASSIFIED SUPPLEMENT TO DEFENDANT DONALD J. TRUMP'S MOTION TO COMPEL DISCOVERY**