**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80-1010-CR-CANNON**

**UNITED STATES OF AMERICA,**

**v.**

**DONALD J. TRUMP,**
**WALTINE NAUTA, and**
**CARLOS DE OLIVIERA,**

**Defendants.**

_____ /

## NOTICE OF FILING

Defendants Waltine Nauta and Carlos De Oliveira hereby give notice that their classified response to the December 6, 2023, *Ex Parte* Submission of the Special Counsel's Office regarding § 4 of the Classified Information Procedures Act (ECF No. 236) was filed under seal with the Court by delivering a copy to the Classified Information Security Officer ("CISO") on January 23, 2024.  An unclassified cover sheet for the notice is attached hereto.

[SIGNATURE BLOCK NEXT PAGE]

1

Dated: February 7, 2024

Respectfully submitted,

_s/ Stanley E. Woodward, Jr._
Stanley E. Woodward, Jr. (*pro hac vice*)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, DC 20001
202.996.7447 (telephone)
202.996.0113 (facsimile)
stanley@brandwoodwardlaw.com

_s/ Sasha Dadan_
Sasha Dadan (Fla. Bar No. 109069)
Dadan Law Firm, PLLC
201 S. 2nd Street, Suite 202
Fort Pierce, Florida 34950
772.579.2771 (telephone)
772.264.5766 (facsimile)
sasha@dadanlawfirm.com

*Counsel for Defendant Waltine Nauta*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 7, 2024, I electronically submitted the foregoing, via

CM/ECF, to counsel of record.

Respectfully submitted,

 *s/ Sasha Dadan*

Sasha Dadan (Fla. Bar No. 109069)
Dadan Law Firm, PLLC
201 S. 2nd Street, Suite 202
Fort Pierce, Florida 34950
772.579.2771 (telephone)
772.264.5766 (facsimile)
sasha@dadanlawfirm.com

*Counsel for Defendant Waltine Nauta*
