UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80-1010-CR-CANNON

UNITED STATES OF AMERICA,

v.

WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

Defendants.

Filed with Classified
Information Security Officer

CISO _____

Date 01/23/2024

**(U) WALTINE NAUTA AND CARLOS DE OLIVEIRA'S
<u>EX PARTE</u> CLASSIFIED CIPA § 4 RESPONSE**