Filed with Classified
Information Security Officer

CISO _Dmm_

Date _02/08/2024._

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

UNITED STATES OF AMERICA )
)
v. )
)
DONALD J. TRUMP, )           Filed *Ex Parte*, *In Camera*, and
WALTINE NAUTA, and )         Under Seal with the Classified
CARLOS DE OLIVEIRA, )        Information Security Officer
)
)
)
Defendants. )

**GOVERNMENT'S CLASSIFIED *EX PARTE*, *IN CAMERA*, UNDER SEAL SUPPLEMENT TO MOTIONS FOR AN ORDER PURSUANT TO CIPA SECTION 4 AND FED. R. CRIM. P. 16(d)(1)**