UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80-1010-CR-CANNON

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

**Defendants.**

_____/

## NOTICE RE 02.09.24 MINUTE ORDER

Defendants Donald J. Trump, Waltine Nauta, and Carlos De Oliveira, hereby provide the following response to the Court's February 9, 2024, Paperless Order (ECF No. 296).

Defense counsel have conferred and had intended to file one unclassified reply brief in support of their motion to compel (ECF No. 262) pursuant to the Court's January 12, 2024, Paperless Order (ECF No. 258). In light of the Court's Paperless Order today (ECF No. 296) and paragraph 4 of the Court's February 6, 2024, Order (ECF No. 283), defense counsel have isolated the portions of the unclassified reply brief that reference discovery subject to the Court's June 19, 2023, Protective Order (ECF No. 27) to just a few sections (roughly five to seven pages) and would propose the following:

- The defendants will file all portions of the unclassified reply brief that do not reference discovery subject to the Court's June 19, 2023, Protective Order (ECF No. 27) today;[1]

---

[1] Defense counsel does not anticipate referencing any information that has already been Ordered sealed by this or any other court in their consolidated reply briefs.

1

- The defendants will also provide the SCO with all exhibits and/or references to discovery in the defendants' anticipated supplemental brief today, to request the SCO's position with respect to the unsealed filing of the same pursuant to the Court's June 19, 2023, Protective Order (ECF No. 27). Promptly upon receiving the SCO's position with respect to the referenced discovery, the defendants will either file their supplemental reply brief (should the SCO not object to the publication of any referenced materials) or seek leave of court to file a redacted copy of their supplemental reply brief with the references to discovery under seal.

Dated: February 9, 2024                            Respectfully submitted,

                                                 *s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (*pro hac vice*)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, DC 20010
202.996.7447 (telephone)
202.996.0113 (facsimile)
stanley@brandwoodwardlaw.com

                                                 *s/ Sasha Dadan*
Sasha Dadan, Esq. (Fla. Bar No. 109069)
Dadan Law Firm, PLLC
201 S. 2nd Street, Suite 202
Fort Pierce, Florida  34950
772.579.2771 (telephone)
772.264.5766 (facsimile)
sasha@dadanlawfirm.com

Counsel for Defendant Waltine Nauta

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2024, the foregoing was served via CM/ECF, to counsel of record.

Respectfully submitted,

*s/ Sasha Dadan*
Sasha Dadan, Esq. (Fla. Bar No. 109069)
Dadan Law Firm, PLLC
201 S. 2nd Street, Suite 202
Fort Pierce, Florida  34950
772.579.2771 (telephone)
772.264.5766 (facsimile)
sasha@dadanlawfirm.com

Counsel for Defendant Waltine Nauta