Filed with Classified
Information Security Officer

CISO _____

Date _____2/23/2024_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

UNITED STATES OF AMERICA    )
                            )
        v.                  )
                            )
DONALD J. TRUMP,            )    Filed *Ex Parte*, *In Camera*, and
WALTINE NAUTA, and          )    Under Seal with the Classified
CARLOS DE OLIVEIRA,         )    Information Security Officer
                            )
                            )
                            )
        Defendants.         )

GOVERNMENT'S THIRD CLASSIFIED *EX PARTE*, *IN CAMERA*, UNDER SEAL
SUPPLEMENT TO MOTIONS FOR AN ORDER PURSUANT TO CIPA
SECTION 4 AND FED. R. CRIM. P. 16(d)(1)