| Category | Category Description | Bates range | Bates Numbers Produced in Unclassified Discovery |
|---|---|---|---|
| 1 | Documents Stored at Mar-a-Lago (or Photographs of Such Documents) | 0001-0811, 1187, 1545, 2194-2408, 3905-3922, 5401-5431, 5569, Disc 002, Disc 003, Disc 004 | 0016-0017, 0045, 0060-0061, 0066, 0068, 0071-0085, 0093-0097, 0118-0123, 0131-0132, 0139-0141, 0144-0178, 0181-0183, 0186-0208, 0211-0228, 0233, 0235, 0238-0239, 0243-0244, 0267-0268, 0273-0275, 0284, 0292, 0325-0327, 0336-0338, 0344-0354, 0356-0357, 0362-0363, 0368-0376, 0388-0396, 0398, 0414, 0421-0422, 0433-0434, 0438-0439, 0442-0443, 0446-0453, 0456-0458, 0460-0462, 0466-0488, 0490, 0492-0502, 0505, 0508, 0520-0521, 0526-0528, 0532-0533, 0561, 0568-0570, 0577-0578, 0589, 0593-0618, 0622, 0633-0634, 0638, 0643-0646, 0665-0669, 0673, 0681-0683, 0686, 0691-0694, 0722-0739, 0746-0749, 0759-0763, 0769-0771, 0773-0785, 0789, 0794-0795, 0798, 0801-0809, 2197, 2208-2210, 2228-2229, 2239-2248, 2254-2257, 2280-2281, 2290, 2300, 2309-2314, 2324, 2333-2338, 2344-2345, 2362, 2365, 2371, 2375, 2378, 2389, 2402, 3906-3917<br>- Unclassified search warrant photographs from Disc 002 produced in unclassified discovery<br>- Disc 004 contents, except for photograph |

| | | | |
|---|---|---|---|
| | | | replicated at 1545, produced in unclassified discovery |
| 2 | FBI Notes of Review of Documents in 15 Boxes Former President Trump Returned to NARA and Email Chain | 3536-3538, 5372-5386 | |
| 3 | Documents Obtained from NARA | 1452-1544, 1915-2003, 5570-5987 | 1452, 1465-1544, 1915-1917, 1941-2003 - Redacted versions of the logs at 5570-5987 produced in unclassified discovery |

| 4 | Original Classification Authority Review Documents | 2969-3462, 5531-5568 | 3065-3066, 3080, 3127, 3150, 3157-3158, 3175-3304, 3308-3357, 3362-3364, 3367-3381, 3408-3412, 3413-3447, 3450-3453, and 3459-3462 |
|---|---|---|---|
| 5 | Documents Related to Counts 11, 12, and 32 | 3463-3485, 3486-3510, 3511-3512, 5480-5530 | |
| 6 | After-Action Reports | 3923-5366 | |
| 7 | Interview Memorialization | 0812-1111, 1115-1162, 1165, 1172-1186, 1188-1451, 1546-1914, 2004-2193, 2409-2968, 5387-5400, 5432-5476, Disc 001, Disc 005[1] | - Redacted or excerpted versions of transcripts, as well as 2518-2520, produced in unclassified discovery |
| 8 | Risk Assessment | 3513-3521 | |
| 9 | Publicly Available Materials | 3539-3904, 5367-5371, 5477-5479 | |

---

[1] The interview memorialization contains duplicates of certain documents. The documents produced the following Bates ranges are the same: 1063-1076 and 1140-1153; 1077-1085 and 1154-1162; 1091 and 1165; 1097-1100 and 1172-1175; 1101-1108 and 1176-1183; and 1109-1111 and 1184-1186.