**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80101-CR-CANNON(s)**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**DONALD J. TRUMP,**
**WALTINE NAUTA**, **and**
**CARLOS DE OLIVEIRA,**

      Defendants.

_____/

**<u>NOTICE OF APPEARANCE</u>**

      The Government hereby gives notice that the undersigned attorney of the Special Counsel's

Office is appearing on behalf of the United States in the above-captioned matter.

                            Respectfully submitted,

                            JACK SMITH
                            Special Counsel
                            N.Y. Bar No. 2678084

      By:    /s/ *James I. Pearce*
              James I. Pearce
              Assistant Special Counsel
              Special Bar ID #A5503077
              950 Pennsylvania Avenue, NW
              Washington, D.C. 20530

March 6, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which in turn serves counsel of record via transmission of Notices of Electronic Filing.

/s/ *James I. Pearce*
James I. Pearce