UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON(s)

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DONALD J. TRUMP,
WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA,**

    Defendants.
_____/

## NOTICE OF APPEARANCE

The Government hereby gives notice that the undersigned attorney of the Special Counsel's Office is appearing on behalf of the United States in the above-captioned matter.

                              Respectfully submitted,

                              JACK SMITH
                              Special Counsel
                              N.Y. Bar No. 2678084

                By:    /s/ *Cecil W. VanDevender*
                              Cecil W. VanDevender
                              Assistant Special Counsel
                              Special Bar ID #A5503075
                              950 Pennsylvania Avenue, NW
                              Washington, D.C. 20530

March 6, 2024

## CERTIFICATE OF SERVICE

  I hereby certify that on March 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which in turn serves counsel of record via transmission of Notices of Electronic Filing.

            <u>/s/ *Cecil W. VanDevender*</u>
            Cecil W. VanDevender