Filed with Classified
Information Security Officer

CISO *[signature]*
Date 2/19/2024

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONALD J. TRUMP, WALTINE
NAUTA, and CARLOS DE OLIVEIRA,

    Defendants.
_____/

## SEALED *EX PARTE* ORDER FOLLOWING
## FEBRUARY 12–13, 2024 CIPA SECTION 4 HEARINGS