**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
FLORIDA WEST PALM BEACH DIVISION**

**CASE NO.: 23-80101-CR-CANNON-REINHART**

UNITED STATES OF AMERICA,

        *Plaintiff,*

  v.

DONALD J. TRUMP, et al.,

        *Defendants*.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Matthew Seligman of the law firm of Stris & Maher LLP, 777 South Figueroa Street, Suite 3850, Los Angeles, CA 90017, Telephone No. (213) 995-6873, for purposes of appearance as co-counsel on behalf of non-parties *amici curiae* Constitutional Lawyers, Former Government Officials, and State Democracy Defenders Action in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Matthew Seligman to receive electronic filings in this case, and in support thereof states as follows:

    1.    Matthew Seligman is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California (No. 288980) and the D.C. Bar (No. 1018889).

    2.    Movant, Cristina Alonso, Esquire, of the law firm of Alonso Appeals, 15757 Pines Boulevard, Suite 222, Pembroke Pines, FL, Telephone No. (954) 667-8675, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may

readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Matthew Seligman has made payment of this Court's $200 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Matthew Seligman, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Matthew Seligman at email address: mseligman@stris.com.

WHEREFORE, Cristina Alonso, moves this Court to enter an Order allowing Matthew Seligman, to appear before this Court on behalf of non-parties *amici curiae* Constitutional Lawyers, Former Government Officials, and State Democracy Defenders Action for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to *amici curiae* Constitutional Lawyers, Former Government Officials, and State Democracy Defenders Action.

Date: March 29, 2024

Respectfully submitted,

By:  /s/ *Cristina Alonso*
CRISTINA ALONSO
Florida Bar No. 327580
alonso@alonsoappeals.com
ALONSO APPEALS
15757 Pines Boulevard, Suite 222
Pembroke Pines, Florida 33027
Telephone: (954) 667-8675
*Counsel for Amici Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2024, I electronically filed or caused to be filed the foregoing document with the Clerk of the Court using CM/ECF and that the foregoing document is being served this day on all counsel of record via transmission of a Notice of Electronic Filing generated by CM/ECF.

        By: */s/ Cristina Alonso*
            CRISTINA ALONSO
            Florida Bar No. 327580