UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

United States of America

V                             **9:23-cr-80101-AMC**

Donald J Trump , et al

_____/

# [PROPOSED] ORDER GRANTING JOSE A PEREZ' MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Upon this Court's review and full consideration of the Motion of Jose A. Perez for Leave to File Amicus Curiae Brief, it is hereby ORDERED that the Motion is GRANTED, and the attached proposed amicus curiae brief shall be docketed.

Dated: _____

_____
HONORABLE AILEEN M CANNON
UNITED STATES DISTRICT JUDGE

8