# EXHIBIT D

FD-302 (Rev. 5-8-10)

-1 of 10-

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION



Date of entry    12/13/2022

### DOCUMENT RESTRICTED TO CASE PARTICIPANTS
This document contains information that is restricted to case participants.

███ Per. 16 ██████, date of birth ████████, social security account number ████████, was interviewed at ████████ on November 2, 2022. The interview was conducted by Federal Bureau of Investigation (FBI) Special Agent (SA) ██ FBI 11 ██████ and SA ██ FBI 21A ████, and Department of Justice (DOJ) Attorneys Jay Bratt and Julie Edelstein. ██ Per. 16 ██ was advised of the identities of the interviewing agents and the DOJ attorneys, the nature of the voluntary interview, and provided a verbal Title 18 United States Code (USC) Section 1001 warning. ██ Per. 16 ████████████████████ . After acknowledging ██ Per. 16 ██ understanding of the same, ██ Per. 16 ██ provided the following information:

██ Per. 16 ██ refused recording of the interview, despite being advised that not recording the interview would be anomalous compared to other witness interviews. ██ Per. 16 ██ accepted "that risk," stating having the interview recorded "was a far bigger risk for him in the Trump world."

[Per. 16 — redacted block]

[Per. 16 — redacted block]

UNCLASSIFIED//FOUO

Investigation on    11/02/2022    at ████████, United States (In Person)

File # ████████                                                    Date drafted    11/03/2022

by    FBI 11, FBI 21A ██████████████

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of  (U//FOUO)  Interview of  Per. 16  , On  11/02/2022  , Page  2 of 10



**UNCLASSIFIED//FOUO**

Subject to Protective Order

USA-00818223

FD-302a (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U//FOUO) Interview of ███ Per. 16 ███ , On 11/02/2022 , Page 3 of 10

███████████████████████████████████ Per. 16 ███ had free
access to FPOTUS and the Oval Office, and was in the Oval Office daily.
███ Per. 16 ███ was provided regular on-board briefings related to security
matters, to include the handling of classified materials. This was
███ Per. 16 ███ 's first security clearance since ████████████████████
██████████████████ Per. 16 ███ recalled signing multiple Non-
Disclosure Agreements and "read-ins," but did not recall specifics.
███ Per. 16 ███ understood to not take classified records "off campus", and ███ P. 16 ███
did not have a ███████████████████████ Per. 16 ███ did not
handle or retain classified documents. ███ Per. 16 ███ always left documents with
others, and classified information was typically provided in oral briefings
or viewed as draft documents in someone else's office.  Classified documents
did not "pass thorough ███ P. 16 ███ hands." ███ Per. 16 ███ never sat in on a Presidential
Daily Brief (PDB).

███ Per. 47 ██████████ , from the White House OGC, provided training on the
handling of presidential records. ███ Per. 16 ███ understood predominately
everything was a presidential record and to call ███ Per. 47 ███ with any questions.
While ███ Per. 16 ███ had a paperless office, any records were dropped in a box
for Records. ███ Per. 16 ███ did not use a burn bag.

███ Per. 16 ███ vaguely recalled discussions with White House OGC, ███ Per. 38 ██████
██████ , and ███ Per. 47 ███ about presidential versus personal records, as it
related to staff's personal notes, but does not recall the specific outcome.

While at the White House, ███ Per. 16 ███ was generally aware through
conversation with ███ Per. 14, Per. 34, Per. 37 ███████ that the ██████████
was not getting records back. There was no process for FPOTUS to designate
records as personal records, nor was this ever discussed with ███ Per. 14 ███ ,
███ Per. 37, Per. 38 ████████████ .

███ Per. 16 ███ recalled witnessing a meeting in the Oval Office where ███████
████████████████████████████ handed FPOTUS a letter,
related to the Georgia electors, which he wanted to send. The letter was
folded in quarters. ████████████████████████ , who present
at that meeting, asked ███ Per. 16 ███ for the letter back. ███ Per. 16 ███ reached
out to either ███ Per. 34 ████████████ or a valet to get it back. ███ Per. 16 ████
recalled a valet retrieved it from the White House Residence and ███ Per. 16 ████
returned it to ███████

FPOTUS routinely took documents from the Oval Office to the Residence
where he worked in the evenings. ███ Per. 16 ███ observed FPOTUS carry papers, or
an assistant or valet would place whatever papers FPOTUS worked on into a

**UNCLASSIFIED//FOUO**

Subject to Protective Order                                    USA-00818224

FD-302a (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of  (U//FOUO) Interview of [Per. 16] , On  11/02/2022 , Page  4 of 10

box to carry them to the Residence. [Per. 16] was unsure exactly what the papers were, but believed them to be a mixture of newspapers and work documents, including classified documents. [Per. 16] recalled seeing classified folders and cover sheets, not specific documents with classification markings. [Per. 16] observed the same process of boxes moving to Marine One prior to FPOTUS travel.

[Per. 16] was not aware of FPOTUS declassifying any records other than the CROSSFIRE HURRICANE documents. [Per. 16] recalled conversations about declassifying documents related to the CROSSFIRE HURRICANE, particularly between [Per. 24] and [Per. 27] . [Per. 16] s last understanding prior to departing the White House was the documents were in [Per. 27] office and there were issues related to the redactions.

According to [Per. 16] , there was no standing declassification order. The first time [Per. 16] heard that FPOTUS had "declassified everything" was when it appeared in the media in 2022. [Per. 16] had never heard that while in the White House. [Per. 16] believed no one in the White House, to include [ ] [Per. 44] and [ ] , or any of [ ] , would testify that there was such an order, with the exception of possibly [Per. 24] .

[Per. 16] believed [Per. 24] was pushing the "declassified everything" line of thinking. [Per. 16] saw [Per. 24] at the White House regularly. [Per. 24] bragged a lot about [Per. 24] access while working for U.S. Congressman [ ] , who was how [Per. 24] first got into the White House. [Per. 24] knew a lot of people. [P. 24] was friendly with [ ] , [ ] and [ ] , [ ] at the White House. [Per. 16] thought [Per. 24] was motivated "to move up in the world" and would brag about the "unbelievable things" [P. 24] had seen.

[Per. 16] interacted with [Per. 24] since January 2021 "maybe once." They did not leave on the best of terms. [Per. 16] explained at one point [Per. 24] wanted the position of [ ] . [Per. 16] told [Per. 24] he was not qualified for that job and relayed the same to [ ] . [Per. 24] did not obtain the position. [Per. 16] explained [Per. 24] was "unhinged" and "crazy" but at one point was under real consideration for the job.

As an example, once on Air Force One, [Per. 16] observed [Per. 24] interact with FPOTUS for 20-30 seconds and then turn around and declare he had a "mandate" from FPOTUS.

[Per. 16] believed any meeting [Per. 24] had with FPOTUS would be scheduled as a golf outing and possibly on a golf calendar.

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of  (U//FOUO) Interview of  [Per. 16]  , On  11/02/2022  , Page  5 of 10

[Per. 16]  traveled approximately two times on Air Force Once, and did not recall observing classified documents.

[Per. 16]  visited Mar-a-lago (MAL) after the Trump Administration. [Per. 16]  also visited Bedminster, New Jersey two to three times in 2021. [Per. 16]  met FPOTUS in his cottage at least once. [P. 16]  also met with and  [Per. 16]  has not met with FPOTUS at TRUMP TOWER in New York. [Per. 16]  does not recall seeing documents with classified markings or boxes at MAL or Bedminster, but stated [P. 16]  was not paying attention.

[Per. 16]  was in the White House Residence several times, and the bedroom for a split second, but does not recall seeing boxes despite being aware there were boxes in the Residence.

Post election, circa November 2020, some people at the White House began to pack while others did not.  [blacked out]  and  [blacked out]  worked on organizing matters for the transition.

[Per. 16]  recalled the packing process being "ad hoc" and everyone did their own packing. [Per. 16]  remembered a truck headed to MAL and a discussion about it, but nothing formal. GSA was not involved in any part of the packing. By that point,  [Per. 14]  was gone and  [Per. 16]  could not recall [P. 14]  replacement's name. [Per. 16]  was unaware of any off-sites or locations where items would have been shipped to or temporarily stored. There was no discussion of a Presidential Library during that time period.

[Per. 16]  was aware there were issues with "two dozen or so boxes" which had gone to MAL and needed to come back because the National Archives and Record Administration (NARA) needed them. [Per. 16]  could not recall the dates and wether this was during [P. 16]  time at the White House or after.

[Per. 16]  left Washington, D.C. in  [blacked out]  has not been back other than  [blacked out]  . [Per. 16]  lived at the  [blacked out]  while at the White House. [Per. 16]  helped a lot of the younger White House staff to include  [Per. 34, Per. 15]  [Per. 36]  .

[Per. 16]  learned of the "document issue" from either  [Per. 37]  , [Per. 38, Per. 34]  or  [Per. 27]  . [Per. 16]  knew it was an issue before  [Per. 27]  went to MAL to find the missing records, possibly in August 2020. [Per. 16]  recalled the "Kim Jun-Un letters," the "Obama letter," and the "Hurricane map" being specific records NARA was missing. At some point,  [Per. 16]

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of (U//FOUO) Interview of ██████ Per. 16 ████ , On 11/02/2022 , Page 6 of 10

learned that FPOTUS had not returned them and multiple people tried to convince FPOTUS to return the records. ██Per. 16██ believed this information might have come from one of the Presidential records Act (PRA) representatives: ██Per. 37, Per. 38, Per. 47, Per. 27.██ ██Per. 16██ believed the records would go back to NARA and then it did not happen.

██Per. 16██ had a conversation with ██Per. 1██ about the missing documents. ██Per. 16██ first met ██Per. 1██ after November 2020; ██Per. 1██ was ████████████████████████████, ██Per. 1██ worked for the ██████████████████ until recently. ██Per. 16██ did not think ██Per. 1██ was a ██████████████████.

In late October/early November 2021, ██Per. 16██ made ██P. 16██ own appeal to FPOTUS. ██Per. 16██ was on a conference call with FPOTUS, ██Per. 1██ and possibly ██Per. 27██ and ██Per. 37██. ██Per. 16██ told FPOTUS: "whatever you have, give it all back." FPOTUS wanted to know how anyone knew about the issue. FPOTUS was informed it was all documented in writing. The response was essentially, "we'll check and think about it." ██Per. 16██ was unsure whose idea it was to have the that call. ██Per. 34██ arranged the conference call.

██Per. 16██ spoke to multiple people around FPOTUS to send the message that he needed give the stuff back, that it belonged to the U.S. Government and was not worth all the aggravation. ██Per. 16██ spoke to ████, ██Per. 37██, ██Per. 38██, ██Per. 49██ ████████████████, ████████████████, a ████████████ ████████████ for FPOTUS, and ████████████: ████████████████, ██Per. 17██ , and ████. ██Per. 16██ spoke to ████ and ██Per. 17██ over the phone. ██Per. 16██ did not recall if ██P. 16██ discussion with ████ was in person, over the phone, or if ████████ was present.

██Per. 16██ knew from ██P. 16██ time at the White House that FPOTUS sometimes needed to be messaged the same thing from multiple people close to him, including ████████ ██Per. 16██ ████ was of the opinion that ████████ had the most influence, and ████████ ██Per. 17██ had more influence now given ██P. 15██ was ████████████████. The message to the ████████████████ was essentially: "There are issues with the boxes. They belong to the government, talk to your dad about giving them back. It's not worth the aggravation."

On 21 November 2021, ██Per. 16██ visited FPOTUS in MAL. ██Per. 16██ had been to MAL a number of times since January 2021. ██Per. 16██ is not a member of the MAL Club. The visit was arranged by ██Per. 34.██ ██Per. 16██ flew from ████████ to Miami then drove to West Palm Beach to meet with FPOTUS around

**UNCLASSIFIED//FOUO**



FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

███████████████

Continuation of FD-302 of  (U//FOUO) Interview of  ██ Per. 16 ████████████  , On  11/02/2022  , Page  7 of 10

lunch time. ██ Per. 16 ██████'s name was already in the system from previous visits and he walked right into the main reception area. ██ Per. 16 █████ met FPOTUS at the library, which contained a bar and television and glass doors. ██ Per. 16 ██ would describe it as more of a "card room."

FPOTUS was dressed in golf attire. ██ Per. 16 █████ told him ██ was not there as █████████████████, but as a ██████. ██ Per. 16 ████ told FPOTUS: "Whatever you have, give everything back. Let them come here and get everything. Don't give them a noble reason to indict you, because they will." FPOTUS provided a "weird 'you're the man' type of response." ██ Per. 16 ██ walked away from the fifteen minute meeting with the impression that FPOTUS was going to return the records to NARA.

██ Per. 16 ██████ described the meeting with FPOTUS being interrupted by a MAL Club member and a much younger woman who boasted friends told her she looked like a young ██ Per. 30 ██████████. They took a photograph with FPOTUS and ██ Per. 16 ██ declined to be in the photograph. It was during this encounter that ██ Per. 16 ██ thought to himself MAL was no place for these records. ██ Per. 16 ██ tried to continue the meeting, but was not allowed to approach FPOTUS again by the new Secret Service agent standing at the door. That was the last time ██ Per. 16 █████ spoke to FPOTUS, and ██ P. 16 ██ did not recall speaking to FPOTUS over the phone since.

██ Per. 16 ██████ was not aware during the ████████ 2021 meeting with FPOTUS that the boxes contained classified records, but it did not make any difference because they all need to go back. Aside from the three items previously mentioned, ██ Per. 16 █████ was under the impression the boxes contained personal stuff, "swag" and clothing. Not once during any of these discussions did FPOTUS or anyone else say these records had been designated as personal records or had been declassified by FPOTUS.

██ Per. 16 ██████ learned the boxes contained documents with classification markings prior to it becoming public information but was unsure exactly when or from whom. ██ Per. 16 ████ thought this information would have from ██ Per. 34 ██████ ██ Per. 1, Per. 26 ████████████████ or ███████████████████

[AGENT NOTE: Boxes returned to NARA in January 2022 which contained classified markings first appeared to be reported in February 2022 by the media.]

██ Per. 16 ██████ was not surprised to learn the boxes contained classified documents. At some point during the discussions with NARA and the TRUMP team, ██ Per. 38 ██ thought the number of boxes NARA was looking for went down. However, when it became public that fifteen boxes were returned to NARA,

UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

████████████████████

Continuation of FD-302 of  (U//FOUO) Interview of ██Per. 16████████ , On  11/02/2022 , Page  8 of 10

██Per. 16███ did not think that number was accurate.

███Per. 16████ was aware that NARA went to pick up the boxes in January 2022 prior to it becoming public in February 2022. ███Per. 16███ believed ██P.16 learned that from ██Per. 1 or ██Per. 34██ .

As a ████████Per. 16██████ could not say ██P.16 had reason to believe the boxes were kept intentionally by FPOTUS. However, ██P.16 did know that there over fifty boxes and only fifteen boxes went back, so a decision was made not to return all of them.

███Per. 16████ was unaware of the Grand Jury Subpoena (GJS) issued to FPOTUS and the 45 Office prior to it becoming public. ███Per. 16███ was unfamiliar with ██Per. 18██████ other than ██P. 18 representation of ████████ ██████Per. 16█████ never spoke to ███Per. 12███ , but was aware ██P. 12 had left the ███████████ ████████████████ . ██Per. 12 was "crazy" and a "conspiracy theorist."

███Per. 16████ also spoke to ██Per. 49██ , the head of ███████████████ ████████ . ██Per. 49 was aware of the boxes and the issues trying to get them back.██Per. 49███ debriefed the 45 Office staff after speaking to the FBI and DOJ. There were no attorneys present during those debriefings. ██Per. 16████ does not think ██Per. 49██ will tell ██Per. 16████ anything now, but has come to learn that ██Per. 49████████ ██████Per. 49██████ . ██Per. 16██ stressed ██Per. 49██ was a realist.

██Per. 5████████████ is a "total moron" whom ██Per. 16█████ first met at the White House. ██Per. 5███ went to ████████████████ ███Per. 16███ and leveraged that connection to obtain access to the White House. FPOTUS used to avoid ██Per. 5 in the White House. ██Per. 5███ worked with ████████ ████████ . Post January 2021, ██Per. 5███ constantly sent FPOTUS what ██P.5 had uncovered on the election fraud and maneuvered ██Per. 5 way into FPOTUS' circle. ██Per. 16██ was unaware of an actual ███████████ for ██Per. 5 , stating it was ██Per. 5█ who would instruct media to report ██Per. 5 as ██████████ .

███Per. 16████ believed ██Per. 5███ was now trying to create ███████████ to cover ██Per. 5 for previous activities. ██Per. 16██ believed ██Per. 49██ records may reflect recent ██████████████ that did not reflect what actually transpired.

███Per. 18███ was brought on by ██Per. 5███ ██Per. 18██ ████████████ ██████████ Jim TRUSTY (TRUSTY) was brought in after FPOTUS saw him on television. Christopher KISE (KISE) was brought on by ██Per. 49██

**UNCLASSIFIED//FOUO**

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO



Continuation of FD-302 of (U//FOUO) Interview of ████ Per. 16 ████ , On 11/02/2022 , Page 9 of 10

████████ used to hang out in FPOTUS' line of sight "dressed like Per. 30 ████ until ███ was hired by FPOTUS. ████ wanted Per. 34 to sign a document about documents at MAL, to which Per. 34 ultimately declined. Per. 16 believed drafts of those documents still existed and he could provide them to the FBI and DOJ since █████ did not represent Per. 34 , there was no attorney-client privilege issues.

Per. 16 met attorney for Per. 13 , Stanley WOODWARD (WOODWARD), through █████. After January 6th, FPOTUS did not immediately put together a legal fund for individuals, which upset people. This was how WOODWARD was brought in. Per. 16 believed Per. 49 would have been the one to organize this. Per. 16 believed WOODWARD came to replace Walt NAUTA's (NAUTA) attorney, █████████, via this connection as well. According to Per. 16 , "there was no way WALT found WOORDWARD by himself."

Per. 16 has not spoken to NAUTA since the White House and did not know him. Per. 16 was aware that NAUTA left the U.S. Navy to join the 45 Office. NAUTA was told by FPOTUS' people that this investigation was not going anywhere, that it was politically motivated, and "much ado about nothing." NAUTA was also told that if even if he gets charged with lying to the FBI, FPOTUS will pardon him in 2024. NAUTA still speaks to Per. 34 , who left█████████████.

Per. 16 has also met with Per. 26 on related matters, and suggested the FBI interview her about the document issue.

Per. 16 did not know Per. 35 , the new Per. 34 , or the former valet Per. 31 .

Per. 16 could not recall where the information that the concern about witness tampering was related to the document investigation and not the January 6th Committee. Per. 16 commented that sounded like something Per. 5 would do.

Per. 16 was on a phone call in February 2022 with Per. 1 and Per. 52 █████████, from █████████. It was Per. 52 who suggested the line of thinking "it all belongs to FPOTUS" because they did not prosecute former President William CLINTON (CLINTON) for a similar matter.

Per. 16 had occasional contact with former ████████ Per. 44 . They have not discussed the document investigation, but Per. 16 knew Per. 44 could testify there was no standing declassified order or some broad brush declassification effort.

UNCLASSIFIED//FOUO

FD-302a (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**

Continuation of FD-302 of  (U//FOUO) Interview of ▪▪▪Per. 16▪▪▪ , On  11/02/2022 , Page  10 of 10

   ▪▪▪Per. 16▪▪▪ did not believe any of the ▪▪▪▪▪▪▪ would hide boxes or evidence on behalf of ▪▪▪▪▪▪ .

   ▪▪▪Per. 16▪▪▪ has provided everyone with the same friendly ▪▪▪▪▪ advice, "be honest and don't be cute."

   The original interview notes will be maintained in the 1A.

**UNCLASSIFIED//FOUO**

Subject to Protective Order

USA-00818231