# EXHIBIT F

## APM2 (JSPT)

| | |
|---|---|
| **From:** | Stanley Woodward |
| **Sent:** | Thursday, January 11, 2024 9:10 AM |
| **To:** | APM2 (JSPT); John Irving |
| **Cc:** | JAE (JSPT); Emil Bove; Stephen Weiss; Todd Blanche; Sasha Dadan; Donnie Murrell |
| **Subject:** | [EXTERNAL] Re: Video access |
| **Attachments:** | Screenshot 2024-01-03 111228.png; Screenshot 2024-01-03 111722.png |

Hi folks - I wanted to flag problems I'm also having with the video. Now that I've finally managed to extract it all, I'm not able to launch the milestone video application to actually play the video. I'm getting an error message per the attached images:

**Brand | Woodward**



(o)
(m)
(f)

---

**From:** APM2 (JSPT)
**Sent:** Wednesday, January 10, 2024 10:06 PM
**To:** John Irving
**Cc:** JAE (JSPT)                    ; Emil Bove                    ; Stephen Weiss                                      ;
                                ; Todd Blanche                                         ;
                                ; Sasha Dadan                                ; Donnie Murrell
**Subject:** RE: Video access

Hi John-

I think your prior email might have been meant for me. If that is the case, attached please find a 2-page working summary of cameras and date ranges of CCTV obtained by SCO that I created specifically in response to your email, to aid you and other defense counsel in the review of CCTV. Please note that it is a working copy, but it should address several of your questions below, and also help answer potential future ones.

Have a good evening,

Anne P. McNamara
Assistant Special Counsel
Special Counsel's Office
U.S. Department of Justice