# EXHIBIT 10

FD-302 (Rev. 5-8-10)

- 1 of 4 -

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION



Date of entry   10/19/2022

**DOCUMENT RESTRICTED TO CASE PARTICIPANTS**
This document contains information that is restricted to case participants.

On 26 May 2022, Federal Bureau of Investigation (FBI) Washington Field Office (WFO)  FBI 21A and FBI 11 interviewed Waltine "Walt" NAUTA, Personal Aide/Assistant for Former President Donald TRUMP. Present during the interview was attorney ▇▇▇▇, representing NAUTA as personal counsel. NAUTA was advised of the identities of the interviewing Agents, the voluntary nature of the interview, and provided a Title 18 United States Code (USC) Section 1001 warning. After acknowledging his understanding of the same, NAUTA provided the following information:

[**AGENT Note**: Pursuant to 18.5.6.4.17.2.4, the start date & time of the audio recording was May 26, 2022 at 3:43 PM and the end time was 5:11 PM. A recording device was in the interview room for the duration of the interview. One or both of the interviewing Agents maintained positive control of the device at all times to fully capture statements made. From 4:58 - 5:06 PM, the Agents stepped out of the interview room with the recording device to allow for NAUTA to have a private discussion with his counsel. The documentation of the interview in this communication is not a verbatim account of all statements made, but rather to provide a summary of the interview based on observations made and information gleaned by interviewing agents. The original recording of the interview is maintained at WFO.]

The following is not meant to supplant the information captured on the referenced recording:

NAUTA currently serves as the Personal Aide or Assistant for the Office of the Former President, known as the "45 Office" located in Mar-a-lago (MAL). NAUTA previously served as a military valet at the White House for Former President Donald J. Trump (FPOTUS). NAUTA planned to re-enlist in the U.S. Navy but received a call from the FPOTUS' office to do the same job at

UNCLASSIFIED//FOUO

| | |
|---|---|
| Investigation on 05/26/2022 at West Palm Beach, Florida, United States (In Person) | |
| File # ▇▇▇▇▇▇▇▇▇▇ | Date drafted 05/31/2022 |
| by FBI 19 ▇▇▇▇ | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Subject to Protective Order

USA-00823788

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

Continuation of FD-302 of (U//FOUO) Interview of Waltine NAUTA , On 05/26/2022 , Page 2 of 4

the 45 Office as a civilian.

At the White House, valets take care of the Executive Residence and the First Family. Valets primarily provide food security and take care of the First Family's needs. Valets also assist the First Family for a few months at the end the Administration.

At MAL, NAUTA was typically with FPOTUS from about 7:00 AM to 3:00 or 4:00 PM daily depending on FPOTUS' schedule. NAUTA was there when FPOTUS needed something, typically handled "odds-and-ends tasks." NAUTA had no specific job duties. NAUTA was FPOTUS' "go to guy." When not with FPOTUS, 45 Office staff [Per. 34] or [Per. 64] would typically call NAUTA if FPOTUS needed him. NAUTA spent most of his time at the golf course. NAUTA believed part of his utility was his military background, where he did what he was told and did not ask questions.

NAUTA traveled with FPOTUS "about 95 percent of the time". In response to questions regarding FPOTUS displaying a classified document during a flight, NAUTA stated "I don't recall that... I sit in the back of the plane."

NAUTA did not normally watch the news because it was "too much to take in," especially regarding all the news about FPOTUS. NAUTA saw in the news that on January 17, 2022, FPOTUS' team was in negotiations with the National Archives and Records Administration (NARA) regarding U.S. Government (USG) records and that they were transported via truck to NARA. NAUTA was not aware of any news reports regarding anomalies in the boxes or the discovery of classified documents in the returned boxes.

NAUTA stated he was involved with returning the boxes on January 17, 2022. Specifically, he assisted [Per. 34] move approximately 15 to 17 boxes from Pine Hall to a vehicle, and then to a parking lot across from MAL where they met an individual with a large truck. NAUTA loaded the boxes into the truck and [Per. 34] signed for the boxes. NAUTA recalled it being a large truck for a small amount of boxes. That was the extent of NAUTA's involvement with the boxes. The first and only time he saw those boxes was that day.

Neither [Per. 34] nor FPOTUS told NAUTA what the boxes were for or what was in them. NAUTA did now know where they went after giving them to the driver. NAUTA did not know where they came from previous to picking them up in Pine Hall. Pine Hall was the front room outside FPOTUS' private residence in MAL. Neither [Per. 34] nor NAUTA looked inside the boxes. NAUTA described them as white and brown boxes, possibly "Zerox" and "Banker boxes."

UNCLASSIFIED//FOUO

NAUTA described Pine Hall as a small sitting room outside FPOTUS' residence. Upon entering the main door, there were two chairs and a coffee table. To the left was a door to an unknown space NAUTA had not seen. The other door in the center led to another room with doors to FPOTUS' residential space.

FPOTUS still maintained the practice of carrying paper documents in boxes, the majority of which were newspapers and online articles printed by staff. The transport of the boxes fell on NAUTA or the present staffer. NAUTA carried boxes for FPOTUS on travel, but did not handle the papers. FPOTUS went through the boxes to find documents himself, not NAUTA. Many people gave FPOTUS paper and documents, a lot of these documents ended up in boxes or were delivered to Pine Hall. NAUTA had observed boxes in FPOTUS' office but not any resembling the ones returned to NARA.

NAUTA had not observed FPOTUS with classified or USG documents at MAL.

NAUTA did not know of any additional storage spaces in MAL where similar boxes with documents were stored. NAUTA had been in multiple storage rooms in MAL. NAUTA did not have access to the entirety of MAL.

NAUTA was aware FPOTUS stored "personal items" in similar boxes in a storage room in MAL. [Per. 34] was the only [REDACTED] who had been in that storage room with NAUTA. NAUTA recalled seeing about ten or more white boxes in the storage room near the laundry area, but they were not marked and he did not know if they were banker boxes. NAUTA noted none of the boxes were marked including the ones with personal items and the boxes returned to NARA. NAUTA had observed some picture frames sticking out of some of the boxes. NAUTA had not noticed a lock on the door. There was no organization on where things were stored. The storage space was visible to everyone.

NAUTA described the "personal items" he knew to be shampoo, hair spray, etc. NAUTA used to access those items, but now when he needed these items, he reached out the [Per. 68] Last Name Unknown (LNU) from Housekeeping who staged these items.

NAUTA believed the 45 Office or [Per. 34] would know about the storage rooms and units, including a commercial unit off property called U-Storage or Life Storage.

MAL staff such as [Per. 19], [Per. 66], and [Per. 4] would also know about storage units on property. NAUTA was the only one from the 45 Office to interact with MAL staff. He often spent time with [Per. 19] in the dining room. There were approximately fifteen MAL employees. NAUTA assumed

UNCLASSIFIED//FOUO

Continuation of FD-302 of (U//FOUO) Interview of Waltine NAUTA , On 05/26/2022 , Page 4 of 4

the rest of MAL work was contracted out.

NAUTA was aware of stacks of boxes at the White House and helped move boxes at the end of the Administration. [Per. 70] hired the moving company and was in charge of moving items. NAUTA described the move as chaotic.

NAUTA left the White House in March 2021. [Per. 36] was the valet and body man during the move and transported FPOTUS' boxes to MAL in January 2021. The other valets were [Per. 31] , and [Per. 62] .

NAUTA identified the individuals in the photograph at the White House shown by FBI Agents [Photograph 1] as [Per. 3] and [P. 55] Last Name Unknown (LNU). [Per. 3] worked in Operations at the White House and was now employed by ███████████. [P. 55] LNU worked as an usher.

NAUTA identified the boxes in the photograph shown by FBI Agents [Photograph 1] as similar to the boxes he handled in Pine Hall and those were returned to NARA.

NAUTA did not think anyone but his defense counsel, ███████, knew he was being interviewed by the FBI. [Per. 64] disclosed to the 45 Office staff that the FBI reached out to [P. 64]. NAUTA was not coached on what to say or not say to the FBI. NAUTA was never told what to say about NARA records or any US documents. To his knowledge, no one on the 45 Office staff was provided any guidance.

[AGENT Note: At approximately 4:56 PM, ███ requested to privately consult with NAUTA. Agents, while maintaining control of the recording device, excused themselves from the interviewing room. The device was then deactivated at approximately 4:58 PM and reactivated at approximately 5:06 PM when the agents were invited to return to the interviewing room by ███.]

███ clarified, after consultation with NAUTA, that some of the boxes NAUTA picked up on January 17, 2022 were in Pine Hall and some were a few feet away. ███ drew a diagram for the Agents based on NAUTA's description. NAUTA confirmed he did not see boxes in the FPOTUS' bedroom.

The original recording will be entered into evidence. All notes taken during the interview, Photograph 1, the diagram drawn by counsel, and a working copy of the audio recording will be maintained in the attached 1A.

UNCLASSIFIED//FOUO