# EXHIBIT 2

1

2

3

4

5

6                         RECORDED INTERVIEW BETWEEN

7   SPECIAL AGENT [FBI 21A], SPECIAL AGENT [FBI 41], AUSA

8         MICHAEL THAKUR, [Per. 10], and JOHN IRVING,

9

10                       File: 220113_1110.mp3

11

12                     Date:  January 13, 2023

13

14

15

16

17

18

19

20

21

22

23

24

25

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00817429

1    (01:38:55)

2         SA [FBI 21A]   PowerPoint?  Okay.  Did you ever get

3    recurring training, whether it was every year or something?

4              [Per. 10]:   No.

5         SA [FBI 21A]   No?  That was just one time?

6              [Per. 10]:   One time.

7         SA [FBI 21A]   Okay.  Did they -- when you left the

8    White House, did they give you any kind of, like, a debrief,

9    or --

10             [Per. 10]   They gave us these forms.

11        SA [FBI 21A]   Okay.  All right.  And did they -- any

12   kind of training as for any brief on what you can and cannot

13   do with classified?

14             [Per. 10]   I'm sure they did.  They read us a

15   little speech.

16        SA [FBI 21A]:   Okay.

17             [Per. 10]:   And they gave us a form.

18        SA [FBI 21A]   All right.  So these documents, I

19   think you had probably told your attorney and whatnot, but

20   just so I can have it for the record, how did the documents

21   essentially get onto your laptop?

22             [Per. 10]   Scanned them.

23        SA [FBI 21A]   Okay.  And you performed the scan?

24             [Per. 10]   Um-hum.

25        SA [FBI 21A]   When did you scan?

Subject to Protective Order                                    USA-00817528

1    (01:39:52)

2              ██ Per. 10 ██    September 2021.

3         SA FBI 21A    September 2021?  Okay.

4         MR. THAKUR:  Through the beginning of October?

5              ██ Per. 10 ██    Beginning of October, yeah.

6         SA FBI 21A    Okay.  Who directed you to scan the

7    documents?

8              ██ Per. 10 ██    Per. 34

9         SA FBI 21A    Okay.  Do you remember the reason why

10   the contents of this box had to be scanned?

11             ██ Per. 10 ██:  So we can have an electronic copy of

12   our records.

13        SA FBI 21A    Okay.  Were there any other boxes that

14   had to be scanned?

15             ██ Per. 10 ██    No.

16        SA FBI 21A    It was just that one?

17             ██ Per. 10 ██    Yeah.

18        SA FBI 21A    Okay.  What did you use --

19        MR. THAKUR:  Why just this one?  I mean, there

20   were obviously other boxes there.

21        SA FBI 21A    Because that was his -- the only

22   record of his schedule.

23        MR. THAKUR:  Okay.

24        SA FBI 21A    And did you understand it to be his

25   schedule when he was present at the White House?

Subject to Protective Order                                    USA-00817529

1    (01:40:46)

2                    ████ Per. 10 ████   Um-hum.

3                    SA ████ FBI ████   Okay.  What did you use to scan the

4    documents?

5                    ████ Per. 10 ████   The Adobe Scan app.

6                    SA ████ FBI 21A   All right.  And apps, we're talking

7    about a mobile device?  Okay.  What device?

8                    ████ Per. 10 ████:  My personal phone.

9                    SA ████ FBI 21A   Okay.  So how did the scanning work

10   when you -- you made an image of some kind --

11                   ████ Per. 10 ████   Um-hum.

12                   SA ████ FBI 21A   -- correct?  Okay.  Did the image save

13   onto your phone at any point?

14                   ████ Per. 10 ████   No.  So you'd put your phone over a

15   piece of paper.  It uses your camera and it creates a PDF --

16                   SA ████ FBI 21A   Okay.

17                   ████ Per. 10 ████:  -- on that image.  But it doesn't

18   save that image.

19                   SA ████ FBI 21A   Okay.  So that scan -- that digital

20   file, whatever it is, that -- where does it get saved?

21                   ████ Per. 10 ████   I think, to the Adobe Cloud.  Like,

22   it's all in the app.

23                   SA ████ FBI 21A   Okay.  So your phone is a middleman,

24   but it never actually saves?  It just sort of affects --

25                   ████ Per. 10 ████   (Indiscernible 1:41:42).

Subject to Protective Order                                    USA-00817530

```
 1    (01:41:43)
 2              SA  FBI 21A   -- the image and --
 3                   Per. 10    Yeah.
 4              SA  FBI 21A   -- directly puts it to the cloud?
 5                   Per. 10    To my knowledge, yeah.
 6              SA  FBI 21A   Okay.
 7                   Per. 10    I don't know how apps work, but
 8    that's my understanding of how it works.
 9              SA  FBI 21A   Okay.
10              MR. THAKUR:  Did you set up that Adobe Cloud
11    account?
12                   Per. 10    Yes.
13              MR. THAKUR:  Okay.  Approximately when?
14                   Per. 10    When I first started.
15              MR. THAKUR:  Okay.
16              SA  FBI 21A   Started working on this project?  Or
17    started working for the 45 Office?
18                   Per. 10    For the office.
19              SA  FBI 21A   For the office?  Okay.
20              MR. THAKUR:  So that would've been around July of
21    2021?
22                   Per. 10    Um-hum.
23              MR. THAKUR:   Okay.  And why did you create it?
24                   Per. 10 :  So I could scan notes.
25              MR. THAKUR:  Okay.  What kind of notes?
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00817531

 1   (02:00:39)

 2          MR. THAKUR:  -- handwriting on some of the

 3   schedules.  That's not your handwriting --

 4          ▇ Per. 10 :   No.

 5          MR. THAKUR:  -- on any of it?  Okay.  Okay.  And I

 6   guess, when did you first become aware of the box?

 7          ▇ Per. 10 :   In September.

 8          MR. THAKUR:  Of 2021?

 9          ▇ Per. 10    Like, well -- I think it was

10   September.  I don't remember exactly.

11          MR. THAKUR:  Okay.  So --

12          SA FBI 21A   We're talking about the year of 2021?

13          ▇ Per. 10    Yeah, yeah.

14          SA FBI 21A   Oh, okay.

15          MR. THAKUR:  So shortly before you were asked to

16   scan it is when --

17          ▇ Per. 10    Yeah.  When the project was first

18   introduced to me --

19          MR. THAKUR:  Okay.

20          ▇ Per. 10 :   -- is when I learned about it.

21          MR. THAKUR:  Okay.  And did you see it, I guess --

22   where it was being kept at that time?

23          ▇ Per. 10    Yes.

24          MR. THAKUR:  Okay.  And where was that?

25          ▇ Per. 10    Under Per. 34   desk.

Subject to Protective Order                          USA-00817552

1    (02:01:31)

2         MR. THAKUR:  Okay.  All right.  And so that's in

3    the 45 Office?

4         ▮ Per. 10    Um-hum.

5         MR. THAKUR:  Okay.

6         SA ▮FBI 21A   The desk that you're sitting at now?

7         ▮ Per. 10 :  Um-hum.

8         MR. THAKUR:  Okay.

9         SA ▮FBI 21A :  Okay.

10        MR. THAKUR:  Got it.  And did ▮P. 34 say anything

11   about it -- about where this came from or the contents of

12   it?

13        ▮ Per. 10 :  Just that it was the schedule from

14   the White House.

15        MR. THAKUR:  Okay.  Did you talk to the President

16   at all about the scanning project?

17        ▮ Per. 10 :  No.

18        MR. THAKUR:  Okay.  And then what I understand

19   from your attorney (indiscernible 2:02:11) I guess, confirm

20   from you -- where did you take the box to have it scanned?

21        ▮ Per. 10 :  To the tennis cottage.

22        MR. THAKUR:  Okay.  And tell us a little bit more

23   about the tennis cottage.  How big is that?  Is that, like,

24   one room?  Or --

25        ▮ Per. 10   It's one room.

Subject to Protective Order                          USA-00817553

1    (02:08:21)

2          MR. THAKUR:  Yeah.

3          [Per. 10]:  Yeah, basically.

4          MR. THAKUR:  And so when it was under your desk,

5    did anyone else look through the box or --

6          [Per. 10]:  No.

7          MR. THAKUR:  -- open the box?

8          [Per. 10]:   Not to my knowledge.

9          MR. THAKUR:  Right.  Okay.  And how long did it

10   stay under your desk?

11         [Per. 10]:  Till we moved to Flagler.

12         MR. THAKUR:  Okay.  And when was that?

13         [Per. 10]:  November 2022.

14         MR. THAKUR:  Okay.  And in the Flagler office,

15   where did the box go?

16         [Per. 10]:  Under my desk.

17         SA [FBI 21A]:  And you said you moved to Flagler in

18   November 2022?

19         [Per. 10]:  Oh, '21.

20         SA [FBI 21A]:  '21?  Okay.  Yeah.  The New Year, my

21   dates are a little off too.

22         MR. THAKUR:  All right.  And when it was in

23   Flagler, was anything done with that box?

24         [Per. 10]:  No.

25         MR. THAKUR:  Okay.  No one, including yourself --

Subject to Protective Order                          USA-00817559

```
1    (02:09:18)

2              MR. THAKUR:  -- opened it or --

3          [Per. 10]:  Uh-uh.

4              MR. THAKUR:  -- had a need to get to it?

5          [Per. 10]:  No.

6              MR. THAKUR:  Okay.

7              MR. IRVING:  To your knowledge?

8          [Per. 10]:  To my knowledge.

9              MR. THAKUR:  To your knowledge, obviously.

10         [Per. 10]:  To my knowledge.

11             MR. THAKUR:  Yeah.  And how long did it stay under

12   your desk there?

13         [Per. 10]:  Till I moved to Mar-a-Lago.

14             MR. THAKUR:  Okay.  And when was that?

15         [Per. 10]:  Late August to September 2022.

16             MR. THAKUR:  Okay.  So the box never went to

17   Bedminster to your knowledge?

18         [Per. 10]:  No.

19             MR. THAKUR:  Okay.  And you basically just brought

20   everything that was on or near your desk to Mar-a-Lago?

21   Everything that you were working with --

22         [Per. 10]:  Um-hum.

23             MR. THAKUR:  -- kind of came with you?  Okay.  And

24   then once it came -- once you moved to Mar-a-Lago, where did

25   the box go?
```

Subject to Protective Order                    USA-00817560

1   (02:10:14)

2          ██ Per. 10 :  Under my desk.

3          MR. THAKUR:  Okay.  And at that point, this is

4   Per. 34  's desk?

5          ██ Per. 10 :  Um-hum.

6          MR. THAKUR:  So it's kind of come, I guess, full

7   circle, back to the same desk.

8          SA FBI 21A :  Brought it home.

9          MR. THAKUR:  Okay.  And then how did it -- so this

10  was never in the 45 Office closets?

11         ██ Per. 10 :  No.

12         MR. THAKUR:  Okay.

13         ██ Per. 10 :  Not to my knowledge.

14         MR. THAKUR:  Right.  Okay.  And then when this was

15  found in mid-December, were you there the day that it was

16  found?

17         ██ Per. 10 :  Yes.

18         MR. THAKUR:  Okay.  I guess, tell us a little bit

19  about that day and what you witnessed in terms of the

20  search.

21         ██ Per. 10 :  I met the lawyers in the morning to

22  let them into the office.

23         MR. THAKUR:  Okay.

24         ██ Per. 10 :  And then I left because I didn't want

25  to be there.

Subject to Protective Order                              USA-00817561

```
 1    (02:11:05)

 2            MR. THAKUR:  Okay.

 3            SA [FBI 21A]:  Because they were lawyers?

 4            [Per. 10]:  They were searching the office.

 5            MR. THAKUR:  Well, I get that.

 6            MR. IRVING:  I don't like us either.

 7            MR. THAKUR:  And so at some point, did they ask

 8    you any questions about the box?

 9            [Per. 10]:  Not that I remember.

10            MR. THAKUR:  Okay.

11            MR. IRVING:  When is this?

12            MR. THAKUR:  This is mid-December, so probably --

13            [Per. 10]:  (Indiscernible 2:11:35).

14            MR. THAKUR:  -- December 15th is the day of the

15    search.

16            MR. IRVING:  Okay.  And so you let the lawyers in?

17            [Per. 10]:  I think it was more recent than that,

18    but maybe.

19            MR. THAKUR:  Okay.  Yeah.  My understanding was

20    the box was found kind of mid-December.  The laptop,

21    obviously, was more recent.  But do you remember something

22    differently?

23            [Per. 10]:  It was all at the same time, I

24    thought.

25            MR. THAKUR:  Like, the laptop was as well?  Do --
```

Subject to Protective Order

1    (02:12:05)

2            MR. THAKUR:  -- you -- I guess, do you know if

3    your laptop was searched at the same time?

4            ███ Per. 10 :   No.

5            MR. THAKUR:  Okay.

6            ███ Per. 10 :   They weren't searched on the same

7    day.

8            MR. THAKUR:  Okay.  Were they searching

9    electronics at the time?  Electronic devices?

10           ███ Per. 10 :   No.

11           MR. THAKUR:  Okay.  And then -- so at one point, I

12   guess, did anyone tell you or ask you anything about that

13   box, after the search?

14           ███ Per. 10 :   That day.

15           MR. THAKUR:  Okay.  And what was said that day?

16           MR. IRVING:  I mean, if you're asking for

17   communications between a lawyer and the employee, the

18   substance of the communications -- but I also want to be --

19   yeah.

20           MR. THAKUR:  Well, I guess -- well, let me ask

21   this.  When did you first learn that there was classified

22   documents in that box?

23           MR. IRVING:  That's fair.

24           ███ Per. 10 :   I think that -- earlier that day.

25           MR. THAKUR:  Okay.

Subject to Protective Order                              USA-00817563

```
 1    (02:13:20)

 2              MR. IRVING:  What was the answer?

 3              ███ Per. 10 :  I think, later that day.

 4              MR. THAKUR:  Okay.

 5              SA FBI 41 :  Later the day of the search?

 6              MR. THAKUR:  Okay.  And did one of the searchers

 7    tell you that?  Or one of the attorneys?

 8              ███ Per. 10 :  I don't remember who told me first.

 9              MR. THAKUR:  Okay.  And I guess, at what point did

10    you find out that your laptop had the same documents?  Or

11    did you tell anyone, I guess, that your laptop had these

12    documents?

13              ███ Per. 10 :  I was told that the lawyers were

14    going to come back and get the box to take a scan of it, and

15    they said oh, I already have a scan of it.

16              MR. THAKUR:  Okay.  But when you were told that

17    they would come back to get a scan of it, that was not the

18    same day or the same week, right?

19              ███ Per. 10 :  They came sometime later in the

20    month --

21              MR. THAKUR:  Okay.

22              ███ Per. 10 :  -- or the same week.  I don't know.

23              MR. THAKUR:  Okay.

24              ███ Per. 10 :  I don't remember.

25              MR. THAKUR:  Got it.
```

Subject to Protective Order                                     USA-00817564

```
 1    (02:14:26)

 2              ███ Per. 10 :   It was (indiscernible 2:14:27) --

 3              MR. IRVING:  So they're going to scan the box.

 4    You're like --

 5              ███ Per. 10 :   Well, I already have copies.  Take

 6    the scanned copy.

 7              MR. THAKUR:  Okay.

 8              MR. IRVING:  And then -- go ahead.

 9              SA FBI 21A :  I'm sorry.  I just want to make sure I

10    understood something.  So after it was discovered that the

11    box contained classified --

12              ███ Per. 10 :   Um-hum.

13              SA FBI 21A :  -- the attorneys wanted to take the

14    box so that they could perform a scan?

15              ███ Per. 10 :   They took --

16              MR. IRVING:  So, I think --

17              MR. THAKUR:  Two different points, right?  They

18    searched it.  And then at a later point, maybe a week or so

19    later, they then told you they were going to scan the box

20    because -- that they were going to scan the contents of the

21    box?  Is that --

22              MR. IRVING:  Let me just ask you to ask this stuff

23    of P. 60 , right?

24              MR. THAKUR:  Okay.

25              MR. IRVING:  Because my understanding is that --
```

Subject to Protective Order                                    USA-00817565

```
 1    (02:15:21)

 2              MR. IRVING:  -- ███ removed the classified

 3    materials --

 4              MR. THAKUR:  Right.

 5              MR. IRVING:  -- told you guys about it.

 6              MR. THAKUR:  Right.

 7              MR. IRVING:  And I think what we're talking about

 8    is a scan of the box, minus those --

 9              MR. THAKUR:  Correct, yes.

10              MR. IRVING:  So --

11              MR. THAKUR:  Okay.

12              MR. IRVING:  -- you know?

13              SA FBI 21A:  Yeah.

14              MR. THAKUR:  Okay.

15              SA FBI 21A:  Yeah.

16              MR. IRVING:  Do you have any first-hand knowledge

17    about any of that?

18              ███ Per. 10:  I mean, not other than when they said

19    they were going to come tomorrow to take the box.  Can you

20    meet them in the morning?

21              MR. IRVING:  Okay.  And was that when you were

22    saying --

23              ███ Per. 10:  I have it scanned in already.

24              MR. IRVING:  Okay.

25              MR. THAKUR:  Okay.  Got it.  Okay.
```

Subject to Protective Order

```
 1   (02:15:55)

 2         MR. IRVING:  But that would've been the original

 3   scan that would've presumably included the classified

 4   documents?

 5         ███ Per. 10 :  Um-hum.

 6         MR. THAKUR:  Okay.

 7         MR. IRVING:  Hence the flash drive.

 8         MR. THAKUR:  Right.  Okay.  Do you know -- I

 9   guess, how many -- because you gave us -- you gave the FBI

10   the laptop, what, last Saturday, I think?

11         ███ Per. 10 :  Yeah.  Last weekend.

12         MR. THAKUR:  Last weekend.  And so how many days

13   or so before then did you first tell someone that you had

14   the laptop with the scans on it?

15         ███ Per. 10 :  Like, the day or two days before.

16         MR. THAKUR:  Okay.

17         ███ Per. 10 :  It all happened in, like, 24 hours.

18         MR. THAKUR:  Got it.  Do you know of anyone else

19   at Mar-a-Lago or the 45 Office who was scanning documents?

20         ███ Per. 10 :  No.

21         MR. THAKUR:  Okay.  So to your knowledge, no other

22   box like that was scanned?  I know you said earlier you

23   didn't scan anything, but --

24         ███ Per. 10 :  Yeah.

25         MR. THAKUR:  -- do you have --
```

Subject to Protective Order                                    USA-00817567

1    (02:16:55)

2              ███ Per. 10 :   To my knowledge.

3              MR. THAKUR:  -- any sense that anyone else

4    would've scanned documents like that?

5              ███ Per. 10 :   (No audible response.)

6              MR. THAKUR:  And then so after it was discovered,

7    did you talk to anyone to find out more about the classified

8    documents there?  Like, how -- when they were placed there

9    or anything else about the box?  Like, did you ask Per. 34  --

10   like, Per. 34 , did you know there were classified documents in

11   there?

12             ███ Per. 10 :   No.

13             MR. THAKUR:  Okay.  And no other similar

14   conversation with anyone else in the office?

15             ███ Per. 10 :   No.

16             MR. THAKUR:  Okay.

17             SA FBI 41 :   May I clarify one point?  I understand

18   the box was found in the closet, but on the day of the

19   search, was it still your understanding the box was under

20   your desk?

21             MR. THAKUR:  No.  It was not found in the closet,

22   right?

23             SA FBI 41 :   Oh.  It was not found in the closet?

24             MR. THAKUR:  Is that -- to your understanding, it

25   was still under your desk when they searched --

Subject to Protective Order                                    USA-00817568

```
 1    (02:17:53)

 2              ███ Per. 10 :   It was --

 3              MR. THAKUR:   -- in December?

 4              ███ Per. 10 :   -- in my desk.  And then we decided

 5    that a box under my desk looked messy, so we put it in the

 6    gift closet, which is still inside the office.

 7              MR. THAKUR:   I see.  So -- but that was sort of

 8    the day --

 9              ███ Per. 10 :   But that's different --

10              MR. THAKUR:   That was --

11              ███ Per. 10 :   -- from the other closet.

12              MR. THAKUR:   I see.  So -- but that was sort of

13    the day of the search, in mid-December, it was moved to the

14    closet?

15              ███ Per. 10 :   Probably, like, the week before.

16              MR. THAKUR:   Okay.

17              ███ Per. 10 :   We were cleaning up the office.

18              MR. THAKUR:   I see.  Okay.

19              SA FBI 41 :   So the week before the search, it went

20    from under your desk to a gift closet?

21              ███ Per. 10 :   Yes.  That's in the office.

22              SA FBI 41 :   In the tennis cottage?  Or in the

23    45 --

24              MR. THAKUR:   You're talking about the 45 Office,

25    right?
```

Subject to Protective Order                                    USA-00817569

```
 1    (02:18:32)

 2              ████ Per. 10 ██:  Yeah.  I'm sorry.

 3              MR. THAKUR:  Okay.

 4              SA FBI 41 :  So two different closets though, in

 5    the 45 Office?

 6              ████ Per. 10 ██:  No.

 7              SA FBI 21A :  Because I know when you walk into --

 8              MS. HARRIS:  (Indiscernible 2:18:39) --

 9              SA FBI 21A :  -- the President's office, the first

10    door on your left is his restroom, and then there's another

11    closet right next to it.  Is that the closet we're talking

12    about?

13              ████ Per. 10 ██:  In his specific office?

14              SA FBI 21A :  Um-hum.

15              ████ Per. 10 ██:  His restroom and the closet, yeah.

16              SA FBI 21A :  That one?  Okay.

17              ████ Per. 10 ██:  The gift closet.

18              SA FBI 21A :  That's the gift closet?  Okay.

19              SA FBI 41 :  But we're unclear on when it made its

20    way from the gift closet in the 45 Office to that closet,

21    which we'll now call the second closet.

22              SA FBI 21A :  I think it's only been one closet.

23              SA FBI 41 :  And maybe I'm misunderstanding.  I'm

24    sorry.

25              MR. IRVING:  That's why --
```

Subject to Protective Order                    USA-00817570

```
 1    (02:19:12)

 2            SA ▮FBI 41▮:  So --

 3            ▮  ▮ ▮Per. 10▮:  It went -- the box went from under

 4    ▮Per. 34▮ desk to the tennis cottage, the tennis cottage to

 5    Flagler, Flagler to under my desk, under my desk to the

 6    closet, which is still in the office.

 7            SA ▮FBI 41▮:  I see.

 8            SA ▮FBI 21A▮:  Yeah.

 9            SA ▮FBI 41▮:  And that is the only closet in this

10    whole conversation?

11            ▮  ▮ ▮Per. 10▮:  Yes.  He earlier asked me if that box

12    was in the bathroom, I think.

13            MR. THAKUR:  Right, yeah.

14            ▮  ▮ ▮Per. 10▮:  That's outside the office --

15            MR. THAKUR:  Um-hum.

16            ▮  ▮ ▮Per. 10▮:  -- that we used to use as storage.

17            SA ▮FBI 41▮:  I see.

18            MR. THAKUR:  And to your knowledge, it was not

19    (indiscernible 2:19:47) --

20            ▮  ▮ ▮Per. 10▮:  It was not, to my knowledge.

21            MR. THAKUR:  Okay.  Got it.  Okay.

22            MR. IRVING:  But it did go into the gift closet?

23            ▮  ▮ ▮Per. 10▮:  Yes.  Because I use that now for

24    storage (indiscernible 2:19:56).

25            MR. IRVING:  And when was that, approximately?
```

Subject to Protective Order                                    USA-00817571

1    (02:19:59)

2         ███ Per. 10 :  Probably, we were cleaning out the

3    office a week before.

4         MR. IRVING:  A week before what?

5         ███ Per. 10 :  Before they came.

6         SA FBI 21A :  The searchers?

7         ███ Per. 10 :  Yeah.

8         MR. THAKUR:  Do you know -- I guess, when it was

9    under Per. 34 's desk or really at any time after the

10   presidency, do you know if the President asked to look at

11   anything from that box?

12        ███ Per. 10 :  Not to my knowledge.

13        MR. THAKUR:  Okay.

14        SA FBI 41 :  Thank you for walking through all

15   that.

16        SA FBI 21A :  And when you were going through -- and

17   this is just -- this more, like, standard operating

18   questions.  When you were going through the scan of these

19   individual papers, do you remember seeing anything that had

20   classification labels?

21        ███ Per. 10 :  Uh-uh.

22        SA FBI 21A :  Okay.  Was anyone else with you also

23   looking at the same papers as you were scanning them?

24        ███ Per. 10 :  There were other people in the

25   office, but no one was looking at them.

Subject to Protective Order                                    USA-00817572

1   (02:36:38)

2        MR. THAKUR:  Do you know -- even before the

3   summer, do you know if the President ever went down to the

4   storage room?

5        █ Per. 10 :  To my knowledge, he never went in

6   there.

7        MR. IRVING:  There was one other movement on the

8   box?

9        █ Per. 10 :  Um-hum.

10       MR. IRVING:  Because you guys are trying to sort

11   of account for the box at every -- you know, and I get that.

12   But did you move the box at any time out of the 45 Office in

13   the last -- shortly before it was discovered?  Just --

14       █ Per. 10 :  Yeah.  When we were cleaning out the

15   office, I -- we were cleaning out, like, pictures and stuff,

16   and moving out, make the guest closet, like, nice and all of

17   that.  Took the box.  We were going to put it in storage.

18   And then I realized, like, the lawyers have never, like,

19   seen this box.  So let's make sure it's good.  So we brought

20   it back to the office instead of putting it in storage.

21       MR. THAKUR:  Okay.  So you did actually bring it

22   to storage and then took it back?  Or --

23       █ Per. 10 :  Oh, it never went in storage.

24       MR. THAKUR:  Okay.

25       █ Per. 10 :  We never --

Subject to Protective Order              USA-00817588

1    (02:38:03)

2          MR. THAKUR:  It was just discussions of it, but it

3    actually didn't move --

4          ███ Per. 10 :  We took it out of the office, put it

5    in a car, and then brought it back --

6          MR. THAKUR:  Okay.

7          ███ Per. 10 :  -- to the office.

8          MR. THAKUR:  Got it.  Whose car?

9          ███ Per. 10 :  Per. 11's  car.

10         MR. THAKUR:  Okay.  Is this  Per. 11 ?

11   Okay.  And how long was it in P.11 car?

12         ███ Per. 10 :  One day.

13         MR. THAKUR:  Okay.  You were going to take it to

14   Life Storage or to the storage room at Mar-a-Lago?

15         ███ Per. 10 :  To Life Storage.

16         MR. THAKUR:  Okay.

17         ███ Per. 10 :  Just to put it in the archives or

18   library storage unit because it looked messy under my desk,

19   having boxes in the office.

20         MR. THAKUR:  Okay.

21         ███ Per. 10 :  So trying to organize the office.

22         MR. THAKUR:  Um-hum.

23         ███ Per. 10 :  Bring it there, yeah.

24         MR. THAKUR:  Okay.

25         SA FBI 21A:  When it was in P.11 car, you said --

Subject to Protective Order                                    USA-00817589

1    (02:38:53)

2          SA FBI 21A:  -- like, overnight?

3          Per. 10:  I believe so.

4          SA FBI 21A:  Okay.  And it's P.11 personal car,

5    so --

6          Per. 10:  Um-hum.

7          SA FBI 21A:  -- we're all assuming personal car,

8    you take it home after work?

9          Per. 10:  Um-hum.

10         SA FBI 21A:  But it just stays in P.11 --

11         Per. 10:  Trunk.

12         SA FBI 21A:  -- residential area?  Okay.  Until P11

13   brings the car back?

14         Per. 10:  Um-hum.

15         SA FBI 21A:  Okay.

16         SA FBI 41:  And what prompted the cleaning of the

17   office?

18         Per. 10:  The office looked messy.  We were

19   talking about what value did we provide in our, like, new

20   jobs and positions.  If we can -- there had been complaints.

21   No one had food.  No one had snacks.  Like, you're in the

22   office all day and you're not eating until 7, 8 p.m. at

23   night.  So trying to turn one of the bathrooms that we used

24   as storage into a snack room, and just then clean up his

25   gift closet because it just had lots of random things.

Subject to Protective Order                                      USA-00817590

1    (02:39:48)

2              ██ Per. 10 :  There was lots of arts laying around.

3    Just trying to make it look more presidential.

4              SA FBI 21A :  Okay.

5              SA FBI 41 :  Got you.  And then first heads-up call

6    for you thinking about bringing the box back in, I want to

7    make sure that I have the reason (indiscernible 2:40:03).

8    You said that the lawyers hadn't checked the box yet?

9              ██ Per. 10 :  Uh-uh.

10             SA FBI 41 :  And what do you mean by that?

11             ██ Per. 10 :  Well, I didn't want it to seem like

12   we were moving things when people were coming in to do the

13   searches for this, like, investigation.

14             MR. THAKUR:  Right.

15             ██ Per. 10 :  The idea was Per. 34 wanted the box

16   under my (indiscernible 2:40:25) to stay with a staffer.

17             MR. THAKUR:  Um-hum.

18             ██ Per. 10 :  Because it was considered more

19   personal.

20             MR. THAKUR:  Yeah.

21             ██ Per. 10 :  But the idea was presented to me --

22   Per. 34 is not here.  What do you want to do with it?  I

23   didn't want it in the office.  I couldn't -- like, it was

24   that dire to have to have --

25             MR. THAKUR:  Yeah.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                    USA-00817591

```
 1    (02:40:42)

 2              ███ Per. 10 :  -- under my desk.

 3              MR. THAKUR:  Okay.

 4              ███ Per. 10 :  So --

 5              MR. THAKUR:  Was this the only box that was under

 6    your desk?

 7              ███ Per. 10 :  Um-hum.

 8              MR. THAKUR:  Okay.

 9              MR. IRVING:  So just to make sure I got this

10    straight.  So this whole -- like, starts with Per. 34 gives

11    you the project?  Then Per. 34 tells you that this is a box

12    that, you know, contains confidential, you know, in a

13    non-classified sense --

14              MR. THAKUR:  Um-hum.

15              MR. IRVING:  You know --

16              ███ Per. 10 :  Personal.

17              MR. IRVING:  -- personal information, right?

18              ███ Per. 10 :  Um-hum.

19              MR. IRVING:  So that's why P34 wants you to keep

20    it under your desk?

21              ███ Per. 10 :  Um-hum.

22              MR. IRVING:  And you do that all along.  And then

23    Per. 34 's not there anymore?

24              ███ Per. 10 :  Um-hum.

25              MR. IRVING:  And so you're -- you guys --
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                   USA-00817592

```
 1    (02:41:15)

 2              MR. IRVING:  -- somebody, you and who else was

 3    cleaning?  ▉P. 11▉?

 4              ▉ ▉Per. 10▉:  ▉P. 11▉ was there and Walt was there.

 5              MR. IRVING:  Okay.  And so that's going on.  The

 6    box is still under your desk.  You're thinking that looks

 7    messy, but --

 8              ▉Per. 10▉:  Um-hum.

 9              MR. IRVING:  -- you're thinking ▉Per. 34▉ said to keep

10    it close -- you know, close (indiscernible 2:41:44) --

11              ▉Per. 10▉:  So that's why I (indiscernible

12    2:41:35).

13              MR. IRVING:  But ▉Per. 34▉ not there anymore?

14              ▉Per. 10▉:  Yeah.  Like --

15              MR. IRVING:  Okay.  I'm just making sure I

16    understand.  So then you decide that it's going to go to

17    storage, the library storage?  And then you --

18              ▉Per. 10▉:  Um-hum.

19              MR. IRVING:  You thought better of it and took it

20    back?

21              ▉Per. 10▉:  Um-hum.

22              MR. IRVING:  Okay.

23              MR. THAKUR:  And this was -- you said about a week

24    or so, or two days before the December 15th search?

25              ▉Per. 10▉:  Um-hum.  I didn't know they were --
```

Subject to Protective Order                                    USA-00817593

1       ***C E R T I F I C A T E***

2           I, ▉▉▉▉▉▉▉▉▉▉ and ▉▉▉▉▉▉▉, certify

3   that the foregoing is a true and correct transcript, to the

4   best of my ability, of the above pages, of the RECORDED

5   AUDIO INTERVIEW provided to me by the Department of Justice,

6   Washington, D.C.

7           I further certify that I am neither counsel for,

8   related to, nor employed by any of the parties to the action

9   in which this recording was taken, and further that I am not

10  financially nor otherwise interested in the outcome of the

11  action.

12

13  January 24, 2023
    Date

14                              Transcriber

15  January 24, 2023
    Date

16                              Transcriber

17

18  January 26, 2023
    Date

                                Auditor

19

20          Within this transcript of proceedings, some of the

21  names and/or technical terms are spelled phonetically,

22  inasmuch as exhibits, files and supporting documentation

23  were not made available to us for reference.

24

25

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                              USA-00817620