# EXHIBIT 1



Menu

What are you looking for today

[Mayor Muriel Bowser](#)

# Judicial Nomination Commission

## Judicial Nomination Commission



**Office Hours**
Monday to Friday, 9 am to 5 pm

**Connect With Us**
515 5th Street, NW, Suite 235, Washington, DC 20001
Phone: (202) 879-0477
Fax: (202) 879-0455
TTY: 711
Email: [dc.jnc@dc.gov](mailto:dc.jnc@dc.gov)



[Ask the Director](#)
[Agency Performance](#)

  Listen



## Stanley Woodward, Jr

**Stanley E. Woodward, Jr., Esq.** has more than a decade of legal experience. As co-founder of Brand Woodward, Attorneys at Law, Mr. Woodward counsels companies and individuals alike responding to government and internal investigations as well as civil litigation. Mr. Woodward's experience includes domestic and international clients' representation of global compliance issues, including matters arising under the Foreign Corrupt Practices Act. Mr. Woodward's representations span a wide range of federal executive branch departments, commissions, and agencies. Mr. Woodward also has extensive experience representing companies in sensitive high-stakes employment litigation. In 2018, Mr. Woodward was awarded the D.C. Bar's Pro Bono Attorney of the Year Award for his representation of tenants in the District facing eviction.

Mr. Woodward earned his Bachelor of Arts degree, cum laude, from the American University and his Juris Doctor, cum laude, from the Catholic University of America Columbus School of Law, where he now serves as an Adjunct

Professor as well as the President of their Alumni Council. Mr. Woodward served as a law clerk to the Honorable Vanessa Ruiz on the D.C. Court of Appeals and the Honorable Joan Zeldon on the D.C. Superior Court.

Resources

District News +

District Initiatives +

About DC +

Contact Us +

Accessibility

Privacy and Security

Terms and Conditions

About DC.Gov


