**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80101-CR-CANNON**

**UNITED STATES OF AMERICA,**

**v.**

**DONALD J. TRUMP,**
**WALTINE NAUTA, and**
**CARLOS DE OLIVEIRA,**

      **Defendants.**

_____/

**NOTICE OF SEALED FILINGS**

Defendant Waltine Nauta, by and through the undersigned counsel, hereby gives notice

of the sealed filing of unredacted copies of his Motion to Dismiss for Selective and Vindictive

Prosecution (April 26, 2024) (ECF No. 485) (originally submitted *in camera* Feb. 22, 2024) as

well as his Reply Memorandum in Support of his Motion to Dismiss (April 26, 2024) (ECF No.

487) (originally submitted *in camera* Mar. 24, 2024).  The sealed unredacted copies of these

filings were docketed on April 29, 2024 at ECF Nos. 493 and 494, respectively.

[SIGNATURE BLOCK NEXT PAGE]

Date: April 29, 2024                           Respectfully submitted,

                                                 _s/ Stanley E. Woodward, Jr._
                                               Stanley E. Woodward, Jr. (*pro hac vice*)
                                               Brand Woodward Law, LP
                                               400 Fifth Street NW, Suite 350
                                               Washington, D.C. 20001
                                               202.996.7447 (telephone)
                                               202.996.0113 (facsimile)
                                               stanley@brandwoodwardlaw.com

                                                 _s/ Sasha Dadan_
                                               Sasha Dadan, Esq. (Fla. Bar No. 109069)
                                               Dadan Law Firm, PLLC
                                               201 S. 2nd Street, Suite 202
                                               Fort Pierce, Florida 34950
                                               772.579.2771 (telephone)
                                               772.264.5766 (facsimile)
                                               sasha@dadanlawfirm.com

                                               *Counsel for Defendant Waltine Nauta*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 29, 2024, I electronically submitted the foregoing via CM/ECF, to counsel of record.

*s/ Sasha Dadan*