# EXHIBIT 10

```
 1                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2

 3   - - - - - - - - - - - - - - - - - )

 4   IN RE:                             *

 5      POV 18 U.S.C. 793               *    CASE NO. N/A

 6                                      *

 7   - - - - - - - - - - - - - - - - - )

 8

 9                         Grand Jury 22-4

10                         United States District Courthouse
                           333 Constitution Avenue, NW
11                         Washington, DC 20001

12                         Tuesday, June 21, 2022

13

14         The testimony of WALTINE NAUTA was taken in the

15   presence of a full quorum of the Grand Jury, commencing at

16   9:08 a.m., before:

17            JAY BRATT
              Assistant United States Attorney
18
              BRETT REYNOLDS
19            Assistant United States Attorney

20            JULIE EDELSTEIN
              Assistant United States Attorney
21

22

23

24      Reported by:

25      ███████████████
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                   USA-00809047

```
 1                BY MR. BRATT:
 2         Q.   Again, just looking at that picture; if you take
 3   out the top two rows, that's about fifteen, but there are
 4   also multiple rows that have far fewer boxes -- so if those
 5   boxes aren't in that room, where else would they be, other
 6   than the president's?
 7         A.   I wouldn't know.
 8         Q.   But you've taken multiple boxes since January 2022
 9   to the president's private residence?
10         A.   Correct.
11         Q.   And you haven't -- he hasn't asked you to take
12   them back, has he?
13         A.   No.
14                BY MS. EDELSTEIN:
15         Q.   Do you know anything about what is in them?
16         A.   No.
17         Q.   Do you know anything about their weight?
18         A.   They're heavy.  Some of them are heavy; some of
19   them are very light.
20                BY MR. REYNOLDS:
21         Q.   Mr. Bratt asked you about being interviewed by the
22   FBI in late May of this year.  Do you recall that interview?
23         A.   Yes.
24         Q.   Did you tell the FBI that the first time you had
25   ever seen any of the boxes was when you moved them from Pine
```

```
 1   Hall to the moving truck?
 2        A.   Yes.
 3        Q.   But it's your testimony before the grand jury
 4   today that in fact, you moved boxes up from the basement to
 5   Pine Hall, right?
 6        A.   Weeks prior, yes.
 7        Q.   So sir, I have to ask; why would you have told the
 8   FBI that the first time you saw them was much later, when in
 9   fact, you saw them weeks prior?
10        A.   They had asked me if I had saw those boxes in Pine
11   Hall.  That's what I understood what they were asking at the
12   time.
13        Q.   And when you told the FBI that you didn't know
14   where the boxes in Pine Hall came from, that actually turns
15   out not to be true, right?
16        A.   Well, I mean, that could have been the boxes that
17   I brought up, or they could have been boxes from wherever
18   they were inside his room.
19             MR. BRATT:  But to your knowledge, you've been the
20   only one who's taken boxes from the storage room in the
21   basement to Pine Hall in the residence, right?
22             WITNESS:  To my knowledge and from what I
23   understand, the boxes that I moved, yes.
24             MR. BRATT:  I know we are -- used a little bit
25   more than our time.  I don't know if the grand jurors have
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

Subject to Protective Order                                USA-00809103