UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

          **Defendants.**
_____/

## NOTICE OF SEALED FILING

Defendant Waltine Nauta, by and through the undersigned counsel, and pursuant to the Court's Paperless Order (Apr. 30, 2024) (ECF No. 501), hereby gives notice of the sealed filing of an unredacted copy of his Motion to Dismiss for Unconstitutional Vagueness (Apr. 11, 2024) (ECF No. 448), which was docketed at ECF No. 513 on May 2, 2024.

[SIGNATURE BLOCK NEXT PAGE]

Date: May 3, 2024								Respectfully submitted,

                    *s/ Stanley E. Woodward, Jr.*
                   Stanley E. Woodward, Jr. (*pro hac vice*)
                   Brand Woodward Law, LP
                   400 Fifth Street NW, Suite 350
                   Washington, D.C. 20001
                   202.996.7447 (telephone)
                   202.996.0113 (facsimile)
                   stanley@brandwoodwardlaw.com

                    *s/ Sasha Dadan*
                   Sasha Dadan, Esq. (Fla. Bar No. 109069)
                   Dadan Law Firm, PLLC
                   201 S. 2nd Street, Suite 202
                   Fort Pierce, Florida 34950
                   772.579.2771 (telephone)
                   772.264.5766 (facsimile)
                   sasha@dadanlawfirm.com

                   *Counsel for Defendant Waltine Nauta*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2024, I electronically submitted the foregoing via CM/ECF, to counsel of record.

*s/ Sasha Dadan*