**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80101-CR-CANNON/Reinhart**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**DONALD J. TRUMP,**
**WALTINE NAUTA**, and
**CARLOS DE OLIVEIRA**,

      Defendants.

_____/

## ORDER FOLLOWING HEARING

**THIS MATTER** comes before the Court following a sealed telephonic hearing held on May 8, 2024, during which the parties discussed various grand jury matters [ECF No. 533]. Among other topics, the parties presented argument on the need for continued sealing of certain grand jury materials associated with Defendant Trump's two undocketed motions: (1) Motion for Relief Relating to the Mar-a-Lago Raid and Unlawful Piercing of the Attorney-Client Privilege; and (2) Motion to Dismiss Based on Prosecutorial Misconduct and Due Process Violations. Consistent with the instructions provided to the parties during the sealed hearing, it is hereby **ORDERED AND ADJUDGED** as follows:

1. **On or before May 16, 2024**, Defendant Trump shall submit under seal, but not *ex parte*, his current position on the sealing of his two undocketed motions, the associated responses and replies, and all accompanying exhibits.   This submission shall consist of proposed "red box" redactions to the above-mentioned filings, exhibit by exhibit, as well as contain a chart/list indicating the bases for all proposed redactions.   Defendant

Trump shall review the Special Counsel's proposed "red box" redactions when conducting this exercise.  And, as a general matter, consistent with the Court's prior rulings, the names of potential witnesses or clearly identifying information, ancillary names, and PII should be redacted.

2. **On or before May 16, 2024**, the Special Counsel shall submit under seal, but not *ex parte*, a brief notice indicating any final changes or revisions to his proposed seal/redaction requests as to the above-mentioned filings, consistent with the representations made during the May 8, 2024, hearing.

3. **On or before May 20, 2024**, the parties shall confer and jointly file a status report presenting their respective positions on continued sealing of the following entries: ECF Nos. 45, 48, 138, 139, 140, 141, 142, and 212.

4. Any activity in the disclosure and transfer proceeding discussed during the hearing shall be made known to this Court via sealed notice no later than one calendar day following the development.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 9th day of May 2024.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**