UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80101-CR-CANNON

UNITED STATES OF AMERICA,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

        **Defendants.**
_____/

## NOTICE OF SEALED FILING

Defendant Waltine Nauta, by and through the undersigned counsel, and pursuant to the Court's Paperless Minute Entry (May 22, 2024) (ECF No. 573), hereby gives notice of the filing of the redacted Appendix A to Mr. Nauta's Reply in Support of his Motion to Dismiss Under Rule 12(b)(3)(B) of the Federal Rules of Criminal Procedure (May 20, 2024) (ECF No. 556) (submitted *in camera* Mar. 24, 2024).

[SIGNATURE BLOCK NEXT PAGE]

<table>
<tr><td>Date: May 22, 2024</td><td>Respectfully submitted,</td></tr>
</table>

Date: May 22, 2024

Respectfully submitted,

*s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (*pro hac vice*)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, D.C. 20001
202.996.7447 (telephone)
202.996.0113 (facsimile)
stanley@brandwoodwardlaw.com

*s/ Sasha Dadan*
Sasha Dadan, Esq. (Fla. Bar No. 109069)
Dadan Law Firm, PLLC
201 S. 2nd Street, Suite 202
Fort Pierce, Florida 34950
772.579.2771 (telephone)
772.264.5766 (facsimile)
sasha@dadanlawfirm.com

*Counsel for Defendant Waltine Nauta*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2024, I electronically submitted the foregoing via CM/ECF, to counsel of record.

*s/ Sasha Dadan*