**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

UNITED STATES OF AMERICA,

vs.

**Case No. 23-80101-CR**
**CANNON/REINHART**

DONALD J. TRUMP, *et al.*,

Defendants.

---

**DEFENDANTS' MOTION FOR AN EXTENSION OF**
**THE DEADLINE FOR RULE 16 EXPERT DISCLOSURES**

President Donald J. Trump respectfully submits this motion, on behalf of all of the Defendants, seeking an extension of today's deadline for Rule 16 expert disclosures until July 8, 2024. *See* ECF No. 530.

Defense counsel have been diligently working to identify and engage potential expert witnesses, but the process is not complete. As the Court is aware, President Trump and his counsel recently concluded a six-week trial in New York, which has made the timing of the expert-notice deadline challenging. Since the New York trial, we have also been reviewing recent productions of classified and unclassified discovery by the Special Counsel's Office, preparing to file a pretrial motion based on certain of those disclosures, and preparing to timely file our CIPA § 5 Notice pursuant to the deadline set by the Court. Moreover, this past weekend, a potential expert who was under consideration notified us that s/he could not work on this case. We are in discussions with other potential experts, but given the need to confirm that witnesses are conflict-free and able to complete the engagement process, we have been unable to finalize our expert engagements by today's deadline.

We respectfully submit that no prejudice would result to the Special Counsel's Office from granting the requested adjournment. First, pending pretrial motions may ultimately narrow the

need for expert testimony regarding certain of the complex issues that this case presents.  Second, in the absence of a trial date and because of the extensive CIPA litigation that must take place before the trial can proceed, the Defendants' constitutional rights to prepare and present defenses based in part on expert testimony outweigh any concerns that the Office might have about the pace of the proceedings.  Third, in an effort to mitigate any claims of prejudice by the Office, and so that they can begin to prepare any rebuttal notices that they may wish to pursue, President Trump is disclosing to the Office tonight the topics of expert testimony that he will seek to present at trial should there be one.

For the foregoing reasons, the Defendants respectfully request an extension of time to submit their complete Rule 16 Expert Disclosures and provide the name of our expert witness until July 8, 2024.

Dated: June 10, 2024                                Respectfully submitted,

*/s/ Todd Blanche / Emil Bove*
Todd Blanche (PHV)
toddblanche@blanchelaw.com
Emil Bove (PHV)
emil.bove@blanchelaw.com
BLANCHE LAW PLLC
99 Wall Street, Suite 4460
New York, New York 10005
(212) 716-1250

*/s/ Christopher M. Kise*
Christopher M. Kise
Florida Bar No. 855545
ckise@continentalpllc.com
CONTINENTAL PLLC
255 Alhambra Circle, Suite 640
Coral Gables, Florida 33134
(305) 677-2707

*Counsel for President Donald J. Trump*

-2-

**CERTIFICATE OF SERVICE**

I, Christopher M. Kise, certify that on June 10, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

/s/ Christopher M. Kise
Christopher M. Kise

**CERTIFICATE OF CONFERENCE**

I hereby certify that on June 10, 2024, counsel for President Trump and the Special Counsel's Office conferred in a good faith effort to resolve the issues herein, but were unable to do so. The Special Counsel's Office opposes this Motion and requested that we include the following statement:

> The Government opposes a third extension of the defendants' expert notice deadline. Since the Court set a defense expert notice deadline of November 15, 2023 (ECF No. 83), the defense has already sought and received two adjournments of pretrial deadlines—one that vacated the defense expert notice deadline altogether until an undefined later date (see ECF No. 215), and another that resulted in a month-long extension of the deadline (from May 9, 2024 to June 10, 2024, see ECF Nos. 439, 530). Both of these were over Government objection (see, e.g., ECF No. 453). This morning, June 10, the day the notice is due, Trump's counsel notified the Government for the first time of his intention to seek another extension of the deadline because according to counsel, over the weekend of June 8-9, Trump's expert declined to participate in this trial. The Government assumes that this is the only expert Trump intends to notice, because otherwise there is no reason he could not designate the other experts now. Regardless, the defense has had notice of the Government's experts for nearly five months—since January 12, 2024—and there is no reason the Court should grant yet another extension.

/s/ Christopher M. Kise
Christopher M. Kise