IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>v.<br><br>**DONALD J. TRUMP, WALTINE NAUTA, AND CARLOS DE OLIVEIRA**.<br><br>Defendants. | No. 9:23-cr-80101-AMC |

**ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE OPPOSING SPECIAL PROSECUTOR'S MOTION TO MODIFY CONDITIONS OF RELEASE**

**THIS CAUSE** comes before the Court upon the Motion of 24 States for Leave to File Brief as *Amici Curiae* Opposing the Special Prosecutor's Motion to Modify Conditions of Release (the "Motion"). This Court having considered the Motion and all other relevant factors, it is **ORDERED AND ADJUDGED** as follows:

The Motion is **GRANTED**. The Court accepts as filed the brief of States of Iowa, Florida, West Virginia, Alabama, Alaska, Arkansas,

Idaho, Indiana, Kansas, Kentucky, Louisiana, Mississippi, Missouri, Montana, Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, Utah, and Wyoming, as *Amici Curiae*, submitted as an attachment to the Motion.

DONE AND ORDERED in Chambers in [West Palm Beach or Fort Pierce], Florida, this _____ day of _____, 2024.

_____
**AILEEN CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   All Counsel of Record