**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80-1010-CR-CANNON**

**UNITED STATES OF AMERICA,**

**v.**

**DONALD J. TRUMP,**
**WALTINE NAUTA, and**
**CARLOS DE OLIVIERA,**

**Defendants.**

_____

**<u>NOTICE OF FILING</u>**

Defendants Waltine Nauta and Carlos De Oliveira hereby give notice that their Classified

Notice pursuant to Section 5(a) of the Classified Information Protection Act, 18 U.S.C. App. 1, *et*

*seq.* ("CIPA"), was filed under seal with the Court by delivering a copy to the Classified

Information Security Officer ("CISO") on June 17, 2024.

An unclassified cover sheet from the Notice is attached hereto.

[SIGNATURE BLOCK NEXT PAGE]

1

Dated: June 20, 2024                    Respectfully submitted,

                                       *s/ Stanley E. Woodward, Jr.*
                                       Stanley E. Woodward, Jr. (*pro hac vice*)
                                       Brand Woodward Law, LP
                                       400 Fifth Street NW, Suite 350
                                       Washington, DC 20001
                                       202.996.7447 (telephone)
                                       202.996.0113 (facsimile)
                                       stanley@brandwoodwardlaw.com

                                       *s/ Sasha Dadan*
                                       Sasha Dadan (Fla. Bar No. 109069)
                                       Dadan Law Firm, PLLC
                                       201 S. 2nd Street, Suite 202
                                       Fort Pierce, Florida 34950
                                       772.579.2771 (telephone)
                                       772.264.5766 (facsimile)
                                       sasha@dadanlawfirm.com

                                       *Counsel for Defendant Waltine Nauta*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 20, 2024, I electronically submitted the foregoing, via

CM/ECF, to counsel of record.

Respectfully submitted,

*s/ Sasha Dadan*
Sasha Dadan (Fla. Bar No. 109069)
Dadan Law Firm, PLLC
201 S. 2nd Street, Suite 202
Fort Pierce, Florida 34950
772.579.2771 (telephone)
772.264.5766 (facsimile)
sasha@dadanlawfirm.com

*Counsel for Defendant Waltine Nauta*