# EXHIBIT 3

BANKERS BOX
BANKERS BOX

Subject to Protective Order USA-00370814



BANKERS BOX
BANKERS BOX
BANKERS BOX
BANKERS BOX
BANKERS BOX

Subject to Protective Order USA-00550363