# EXHIBIT 5

```
 1
 2
 3
 4
 5
 6                    RECORDED INTERVIEW BETWEEN
 7     FBI SPECIAL AGENT [FBI 21A],    [FBI 11]    ,  [FBI 49]
 8       [      ], ANNE MCNAMARA, SPECIAL COUNSEL JULIE EDELSTEIN,
 9           DAVID HARBACH,    [      ]    , AND   [Per. 34]
10
11          File:   [Per. 34]    Interview Audio 2023.03.22
12
13                       Date:  March 22, 2023
14
15
16
17
18
19
20
21
22
23
24
25
                       FREE STATE REPORTING, INC.
                     Court Reporting  Transcription
                        D.C. Area 301-261-1902
                      Balt. & Annap. 410-974-0947
```

Subject to Protective Order                              USA-00822016

1    (04:07:56)

2            MS. EDELSTEIN:  So presumably, these are just a

3    few of a number of instances in which boxes were moved?

4            [Per. 34]:  Yes.

5            MS. EDELSTEIN:  Do you have any sense of how many

6    boxes you and Walt brought up there for review?

7            [Per. 34]:  Not that I took a record of.  I had

8    previously shared that, at one point, I was trying to keep a

9    record on a sticky note, but I didn't continue that effort

10   for long.  It was more than 15.  I think it's safe to say it

11   was more than 15.  I don't know how many.

12           MS. EDELSTEIN:  Do you have an estimate of how

13   many more than 15, like do you have a sense of whether it

14   was, like, 18, 20, 25, 30?

15           [Per. 34]:  I would say not much more than 15.

16   You know, if I was taking two or four at a time, it likely

17   wasn't any higher than 18, 20 is my recollection.

18           MS. EDELSTEIN:  And do you know what happened to

19   the boxes that you brought up but weren't given to NARA?

20           [Per. 34]:  That morning there was a few, maybe

21   one, maybe more, boxes that -- there was some consolidation.

22   There was -- I remember one box being kind of like half full

23   that then was placed into another box.  So the 15 was kind

24   of I don't want to say loose, but there was some, like, kind

25   of consolidation towards the end of boxes, so what came --

Subject to Protective Order                              USA-00822191

1   (04:09:39)

2   **Per. 34**:  -- out of his room is potentially
3   more than 15 that then was collected, consolidated and
4   brought to the truck.

5   MS. EDELSTEIN:  And what happened with the items
6   that didn't go to NARA that were brought up?  Obviously,
7   there were more in the storage room.  We'll talk about that
8   afterwards, but the ones that came up but didn't go to NARA,
9   do you know what happened to those?

10   **Per. 34**:  I only have knowledge of the boxes
11   that came out of the suite to be put on the truck.

12   MS. EDELSTEIN:  Do you recall seeing boxes still
13   being in the residence or Pine Hall at the time that other
14   boxes were moved to the truck?

15   **Per. 34**:  Not designated by him as ready to be
16   -- to go to be part of that batch.  Boxes in his room was a
17   familiar sight.  I can't say that I recall specifically
18   there being boxes that morning, but there often were boxes
19   in his room.

20   MR. HARBACH:  Who did the consolidation and whose
21   idea was it?

22   **Per. 34**:  That was Walt and I, and I don't
23   remember there being, you know, an idea.  I think maybe we
24   didn't have enough lids or something to do with the lid
25   exchanges we were doing, and as we were doing that, we --

Subject to Protective Order                                          USA-00822192