# EXHIBIT 9

FD-674a (7-24-2017)  **ERT PHOTOGRAPHIC LOG**  PAGE __1__ OF __6__

---

FD-674a (7-24-2017)

DATE __8/08/22__

CASE ID __█████████__

PHOTOGRAPHER __SA [FBI 24]__

LOCATION __Mar-a-Lago (45/office)__
__1100 S Ocean Blvd__
__Palm Beach, FL 33480__



Subject to Protective Order

USA-01285286

FD-674a (7-24-2017)   **ERT PHOTOGRAPHIC LOG**   PAGE 1 OF 6

**GENERAL INFORMATION**

LOCATION: Mar-a-Lago (45 office) 1100 S. Ocean Blvd., Palm Beach, FL 33480
DATE: 8/08/22
CASE ID: [redacted]
CAMERA TYPE: Nikkon D780   CARD #: 1
PREPARER/PHOTOGRAPHER: [FBI 23] [FBI 16]
REMARKS: / SA [FBI 24]

| Photo # | Subject (Circle One) | Range | Use Scale | Description |
|---|---|---|---|---|
| 1 | Entry / Exit / **Other** / Items # | Long / Med / Close | | Photo Log |
| 2 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Stairwell to 45 office |
| 3 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Stairwell to 45 office |
| 4 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Stairwell to 45 office |
| 5 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Stairwell to 45 office |
| 6 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Stairwell to 45 office |
| 7 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Entry from doorway (45 office) |
| 8 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 secretary office) |
| 9 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 secretary office) |
| 10 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 secretary office) |
| 11 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 secretary office) |
| 12 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 secretary office) |
| 13 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 secretary office) |
| 14 | **Entry** / Exit / Other / Items # | Long / Med / Close | | From doorway (45 office) |
| 15 | **Entry** / Exit / Other / Items # | Long / Med / Close | | 45 office from doorway |
| 16 | **Entry** / Exit / Other / Items # | Long / Med / Close | | 45 office from doorway |
| 17 | **Entry** / Exit / Other / Items # | Long / Med / Close | | 45 office from doorway |
| 18 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Bathroom next to 45 office secretary |
| 19 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Bathroom next to secretary 45 office |
| 20 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Bathroom next to 45 secretary office |
| 21 | **Entry** / Exit / Other / Items # | Long / Med / Close | | Bathroom next to 45 secretary office |

[F. 23]

FD-674a (7-24-2017)   **ERT PHOTOGRAPHIC LOG**   PAGE 3 OF 6

| # | Entry/Exit/Other/Items# | Long/Med/Close | Notes |
|---|---|---|---|
| 22 | Entry | Long / Med / Close | Room E |
| 23 | Entry | Long / Med / Close | Room E |
| 24 | Entry | Long / Med / Close | Room E |
| 25 | Entry | Long / Med / Close | Room C |
| 26 | Entry | Long / Med / Close | Room C |
| 27 | Entry | Long / Med / Close | Room C |
| 28 | Entry | Long / Med / Close | Room C |
| 29 | Items # | Long / Med / Close | Item 1 & 1A Locations |
| 30 | Items # 1 | Med | Item 1 & 1A Locations |
| 31 | Items # 1 | Close | Item 1 & 1A Locations |
| 32 | Items # 1 | Close | Item 1 & 1A Locations |
| 33 | Items # 1 | Close | Items 1 & 1A Locations |
| 34 | Items # 1, 1A | Med / Close | |
| 35 | Items # 1, 1A | Close | |
| 36 | Items # 1, 1A | Close | |
| 37 | Entry / Exit / Other / Items # | Long / Med / Close | Room F – Post Taint Search |
| 38 | Entry / Exit / Other / Items # | Long / Med / Close | Room F – Post Taint Search |
| 39 | Entry / Exit / Other / Items # | Long / Med / Close | Room F – Post Taint Search |
| 40 | Entry / Exit / Other / Items # | Long / Med / Close | Room F – Post Taint Search |
| 41 | Items # 2 | Long | |
| 42 | Items # 2 | Med | |
| 43 | Items # 2 | Close | |
| 44 | Items # 2 | Close | |
| 45 | Items # | Long | Item 3 Location |
| 46 | Items # | Med | Item 3 Location |
| 47 | Items # | Close | Item 3 Location |

Subject to Protective Order   USA-01285288

FD-674a (7-24-2017)      ERT PHOTOGRAPHIC LOG      PAGE ~~4~~ 4 OF ~~6~~ 5

| # | Entry/Exit/Other | Items # | Long/Med/Close | Notes |
|---|---|---|---|---|
| 48 | | 3 | (Close) | with scale |
| 49 | | 2A | (Close) | with scale |
| 50 | | 2A | (Close) | with scale |
| 51 | | 2A | (Close) | with scale |
| 52 | | 2A | (Close) | with scale |
| 53 | | 4 | (Long) | Drawer, Item 4 location |
| 54 | | 4 | (Med) | Drawer, Item 4 location |
| 55 | | 4 | (Close) | Drawer, Item 4 location |
| 56 | | 5 | (Long) | bin location - Item 5 |
| 57 | | 5 | (Med) | bin location - Item 5 |
| 58 | | 5 | (Close) | bin location - Item 5 |
| 59 | | 5 | (Close) | with scale |
| 60 | | 5 | (Close) | with scale |
| 61 | | 5 | (Close) | with scale |
| 62 | (Entry) | | | room G |
| 63 | (Entry) | | | room G |
| 64 | (Entry) | | | room G |
| 65 | (Entry) | | (Long) | Item 6 location |
| 66 | | | (Med) | Item 6 location |
| 67 | | | (Close) | Item 6 location |
| 68 | | 6 | (Close) | with scale |
| 69 | | | (Long) | Item 7 location |
| 70 | | | (Med) | Item 7 location |
| 71 | | | (Close) | Item 7 location |
| 72 | | 7 | (Close) | with scale |
| 73 | Other | | | room F wall safe |

Subject to Protective Order      USA-01285289

| FD-674a (7-24-2017) | | ERT PHOTOGRAPHIC LOG | | PAGE 5 OF 6 |
|---|---|---|---|---|
| 74 | Entry / Exit / (Other) / Items # | Long / Med / Close | | room F wall safe |
| 75 | Entry / Exit / (Other) / Items # | Long / Med / Close | | room F wall safe |
| 76 | Entry / Exit / Other / Items # | Long / Med / Close | | room label B |
| 77 | Entry / Exit / Other / Items # | Long / Med / Close | | room label C |
| 78 | Entry / Exit / Other / Items # | Long / Med / Close | | room label D |
| 79 | Entry / Exit / Other / Items # | Long / Med / Close | | room label E |
| 80 | Entry / Exit / Other / Items # | Long / Med / Close | | room label F |
| 81 | Entry / Exit / Other / Items # | Long / Med / Close | | room label G |
| 82 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room F |
| 83 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room F |
| 84 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room F |
| 85 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room E |
| 86 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room E |
| 87 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room E |
| 88 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room C |
| 89 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room C |
| 90 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room C |
| 91 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room C |
| 92 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room C |
| 93 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room C |
| 94 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room C |
| 95 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room D |
| 96 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room D |
| 97 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room G |
| 98 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room G |
| 99 | Entry / (Exit) / Other / Items # | Long / Med / Close | | room B |

Subject to Protective Order                                                                                              USA-01285290

FD-674a (7-24-2017)  **ERT PHOTOGRAPHIC LOG**  PAGE 6 OF 6

| # | Entry / Exit / Other / Items # | Long / Med / Close | | Notes |
|---|---|---|---|---|
| 100 | Exit | Long / Med / Close | | room B |
| 101 | Exit | Long / Med / Close | | room B |
| 102 | Exit | Long / Med / Close | | room B |
| 103 | Exit | Long / Med / Close | | room B |
| 104 | Exit | Long / Med / Close | | room B |
| 105 | Exit | Long / Med / Close | | 45 office |
| 106 | Other | Long / Med / Close | | 3rd floor rooms across 45 office |
| 107 | Other | Long / Med / Close | | 3rd floor rooms across 45 office |
| 108 | Other | Long / Med / Close | | 3rd floor rooms across 45 office |
| 109 | Other | Long / Med / Close | | 3rd floor rooms across 45 office |
| 110 | Other | Long / Med / Close | | 3rd floor rooms across 45 office |
| 111 | Other | Long / Med / Close | | 3rd floor rooms across 45 office |
| 112 | Other | Long / Med / Close | | 4th floor door |
| 113 | Other | Long / Med / Close | | 4th floor door |
| 114 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 115 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 116 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 117 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 118 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 119 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 120 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 121 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 122 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 123 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 124 | Entry / Exit / Other / Items # | Long / Med / Close | | |
| 125 | Entry / Exit / Other / Items # | Long / Med / Close | | |

Subject to Protective Order                                                                 USA-01285291