# EXHIBIT 11

FD-1057 (Rev. 5-8-10)

**UNCLASSIFIED//FOUO**



# FEDERAL BUREAU OF INVESTIGATION

### Electronic Communication

**Title:** (U//FOUO) Phone call between Special          **Date:** 06/20/2024
Counsel, FBI WFO, and FBI MM

**From:** WASHINGTON FIELD
     **Contact:** ▮▮▮▮ FBI 29 ▮▮▮▮ , ▮▮▮▮▮▮▮▮

**Approved By:** ▮▮▮▮ FBI 42 ▮▮▮▮

**Drafted By:** ▮▮▮▮ FBI 29 ▮▮▮▮

**Case ID #:** ▮▮▮▮▮▮▮▮- (U//FOUO) Search Warrant subfile
SearchWarrant

**Synopsis:** (U//FOUO) Phone call between Special Counsel, FBI WFO, and FBI MM to discuss August 8, 2022 search of Mar-a-Lago

**Enclosure(s):** Enclosed are the following items:
1.  (U) Notes

**Details:**
(U//FOUO) On June 20, 2024, Special Counsel and FBI Washington Field Office (WFO) personnel spoke with FBI Miami Field Office (MM) personnel via phone to discuss the Filter Team processes and procedures during the execution of the August 8, 2022 search of Mar-a-Lago.

(U//FOUO) Participants on the call included:

- Senior Assistant Special Counsel Julie Edelstein
- Assistant Special Counsel Anne McNamara
- ▮▮▮▮ FBI 29 ▮▮▮▮
- ▮▮▮▮ FBI 13 ▮▮▮▮

(U//FOUO) Original Agent notes will be maintained in the attached 1A.

♦♦

**UNCLASSIFIED//FOUO**

Subject to Protective Order

FBI 13

JAE   ASM   FBI 29

6/20/24

15:46 Start
16:09 end

Mechanics of how searched blue box:

box [REDACTED] not in any kind of organized order

took bunch of papers out, put on floor to look
    for priv info, complete + move onto next bunch

kept one bunch out when took next out
    kept off to side - didn't stack so won't fall

when done, put all stacks back in box
    put each pile in box 1 at a time

Did not attempt to put each pile back in same
    order they came out in

Photos:    Don't know anything about when photos taken

DSC_0037, 38, 39, 40

    Don't know if before or after FBI 13 filter search

    FBI 13 didn't interact w/ EET, would have
        told FBI 12 or FBI 17 when found pertinent doc

    Top of blue box on it when FBI 13 first went in
        top of box seen in photo 38, 40, 41, 42 (partial)

DSC_0041, 42, 43, 44     evidence marker seen

    FBI 13 made known to people running search
        evidence items found, they labeled

"Absolute confidence" all docs in box after
    filter search came from box

After informing "young male" agent from CEO
    left closet and didn't return

Case team only went in after FBI 13 done w/ closet

Subject to Protective Order