# EXHIBIT 13

DECLASSIFIED BY: F98W55BAW
ON 06-05-2023
This redaction version only.

FD-1057 (Rev. 5-8-10)


OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** ▮ Locations Where Classified Documents Were Found at Mar-a-Lago    **Date:** 01/03/2023

**From:** WASHINGTON FIELD
▮
    **Contact:** FBI 9

**Approved By:** FBI 19

**Drafted By:** FBI 9

**Case ID #:** ▮▮▮    ▮ Search Warrant subfile

**Synopsis:** ▮ Locations where documents bearing classification markings were found at Mar-a-Lago during the FBI search executed on August 8, 2022.

**Reference:** ▮▮▮ Serial 3

**Details:**

On August 8, 2022, search warrant 22-mj-8332-BER, issued in the United States District Court for the Southern District of Florida on August 5, 2022, was executed at 1100 South Ocean Boulevard, Palm Beach, Florida 33480. Boxes and sets of documents which contained classified material were seized pursuant to the execution of the warrant (see referenced serial ▮▮▮ for full detail).

This communication serves to associate specific classified documents, identified by FBI-assigned index codes, to the specific boxes and/or locations in which they were found during the search. There were fifteen

Title: ███  Locations Where Classified Documents Were Found at Mar-a-Lago
Re: ███████████████████████████  01/03/2023

boxes and/or locations in which documents bearing classification markings were found:

1. Box A-14 in the Storage Room (Search Room "A"), which contained one (1) document: "wwww";
2. Box A-15 in the Storage Room (Search Room "A"), which contained thirty-two (32) documents: "ccc", "ddd", "eee", "fff", "ggg", "hhh", "iii", "www", "xxx", "yyy", "zzz", "aaaa", "bbbb", "cccc", "dddd", "eeee", "ffff", "gggg", "hhhh", "iiii", "jjjj", "kkkk", "llll", "mmmm", "nnnn", "oooo", "pppp", "qqqq", "rrrr", "ssss", and "tttt";
3. Box A-16 in the Storage Room (Search Room "A"), which contained eleven (11) documents: "h", "i", "j", "k", "l", "m", "n", "o", "p", "q", and "r";
4. Box A-18 in the Storage Room (Search Room "A"), which contained three (3) documents: "s", "t", and "u";
5. Box A-23 in the Storage Room (Search Room "A"), which contained one (1) document: "xx";
6. Box A-27 in the Storage Room (Search Room "A"), which contained two (2) documents: "tt", and "uu";
7. Box A-28 in the Storage Room (Search Room "A"), which contained five (5) documents: "c", "d", "e", "f", and "g";
8. Box A-35 in the Storage Room (Search Room "A"), which contained one (1) document: "uuuu";
9. Box A-39 in the Storage Room (Search Room "A"), which contained one (1) document: "b";
10. Box A-41 in the Storage Room (Search Room "A"), which contained two (2) documents: "vv" and "xxxx";
11. Box A-42 in the Storage Room (Search Room "A"), which contained four (4) documents: "yy", "zz", "aaa", and "bbb";
12. Box A-73 in the Storage Room (Search Room "A"), which contained fourteen (14) documents: "jjj", "kkk", "lll", "mmm", "nnn", "ooo", "ppp", "qqq", "rrr", "sss", "ttt", "uuu", "vvv", and "vvvv";
13. Drawer in one of the desks in the 45 Office Anteroom (Search Room "B"), which contained two (2) documents: "zzzz" and "aaaaa";
14. Drawer in the desk of the Former President of the United States (FPOTUS) in the 45 Office (Search Room "C"), which contained one (1) document: "a"; and
15. Navy blue leather box in the closet of the 45 Office (Search Room "F"), which contained twenty-four (24) documents: "v", "w", "x", "y", "z", "aa", "bb", "cc", "dd", "ee", "ff", "gg", "hh", "ii",

Subject to Protective Order                                              USA-00940240

Title: ▮▮ Locations Where Classified Documents Were Found at Mar-a-Lago
Re: ▮▮▮▮▮▮▮▮▮▮▮▮ 01/03/2023

"jj", "kk", "ll", "mm", "nn", "oo", "pp", "qq", "rr", and "ss".

◆◆

3

Subject to Protective Order                                              USA-00940241