# EXHIBIT 14

FD-302 (Rev. 5-8-10)

-1 of 1-





**FEDERAL BUREAU OF INVESTIGATION**

**Declassified by: NSICG**
**Date: May 21, 2024**
**THIS REDACTED VERSION ONLY**

Date of entry  08/22/2022

On 08/10/2022 at approximately 2:00PM, writer conducted a search of the contents of evidence 1B57/Item 29, which is described as a bankers box containing documents.  The purpose of this search was to identify the presence of any classified materials contained within the box of documents.  Writer concluded the search at approximately 4:10PM.  A single, one-page document was identified within 1B57/Item 29, upon which "Top Secret//Special Handling" was written within the headers and footers on the front and back of the document.



Investigation on  08/10/2022  at  Washington, District Of Columbia, United States (In Person)

File #                                                                                              Date drafted  08/19/2022

by  FBI 43

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Subject to Protective Order

USA-01291253