# EXHIBIT 17

FD-302 (Rev. 5-8-10)

-1 of 1-

**UNCLASSIFIED//FOUO**

FEDERAL BUREAU OF INVESTIGATION

Date of entry     11/25/2022

On August 9, 2022, Special Agents [FBI 5] and [FBI 1] met with [Per. 34], phone number [redacted], at Aioli, located at 7434 S Dixie Hwy, West Palm Beach, Florida 33405, to retrieve three documents. The documents were provided in a plain envelope. [Per. 34] stated that [P. 34] was providing the documents to agents because [P. 34] believed they were classified documents and responsive to the search warrant. [Per. 34] stated [P. 34] found the documents in [P. 34] desk. [Per. 34] stated [P. 34] desk was located in the office on the second floor of the ballroom and that [P. 34] desk the furthest from the window and at a 90 degree angle from the other two desks in the room. SA [FBI 5] reviewed the three documents for privilege and determined they did not contain any privileged information. SAs [FBI 5] and [FBI 1] transported the documents in the envelope back to the Palm Beach Residence Agency and secured them in a clearly marked folder and secured in a safe at the Palm Beach Resident Agency.

**UNCLASSIFIED//FOUO**

Investigation on   08/09/2022   at   West Palm Beach, Florida, United States (In Person)

File #   [redacted]                                                                 Date drafted   08/11/2022

by   [FBI 19]

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Subject to Protective Order                                                                                                    USA-00828648