# EXHIBIT 3A

← **Truth Details**

32407 replies

  Trending ⌄

**Donald J. Trump** ✓
@realDonaldTrump



- August 8, 2022 -

## Statement by Donald J. Trump, 45th President of the United States of America

These are dark times for our Nation, as my beautiful home, Mar-A-Lago in Palm Beach, Florida, is currently under siege, raided, and occupied by a large group of FBI agents. Nothing like this has ever happened to a President of the United States before. After working and cooperating with the relevant Government agencies, this unannounced raid on my home was not necessary or appropriate. It is prosecutorial misconduct, the weaponization of the Justice System, and an attack by Radical Left Democrats who desperately don't want me to run for President in 2024, especially based on recent polls, and who will likewise do anything to stop Republicans and Conservatives in the upcoming Midterm Elections. Such an assault could only take place in broken, Third-World Countries. Sadly, America has now become one of those Countries, corrupt at a level not seen before. They even broke into my safe! What is the difference between this and Watergate, where operatives broke into the Democrat National Committee? Here, in reverse, Democrats broke into the home of the 45th President of the United States.

The political persecution of President Donald J. Trump has been going on for years, with the now fully debunked Russia, Russia, Russia Scam, Impeachment Hoax #1, Impeachment Hoax #2, and so much more, it just never ends. It is political targeting at the highest level!

Hillary Clinton was allowed to delete and acid wash 33,000 E-mails AFTER they were subpoenaed by Congress. Absolutely nothing has happened to hold her accountable. She even took antique furniture, and other items from the White House.

I stood up to America's bureaucratic corruption, I restored power to the people, and truly delivered for our Country, like we have never seen before. The establishment hated it. Now, as they watch my endorsed candidates win big victories, and see my dominance in all polls, they are trying to stop me, and the Republican Party, once more. The lawlessness, political persecution, and Witch Hunt must be exposed and stopped.

I will continue to fight for the Great American People!

**56.3k** ReTruths  **148k** Likes                                          Aug 08, 2022, 6:51 PM

# EXHIBIT 3B

← **Truth Details**
4732 replies
Trending ⌄

**Donald J. Trump** ✓
@realDonaldTrump

A horrible thing that took place yesterday at Mar-a-Lago. We are no better than a third world country, a banana republic. It is a continuation of Russia, Russia, Russia, Impeachment Hoax #1, Impeachment Hoax # 2, the no collusion Mueller Report, and more. To make matters worse it is all, in my opinion, a coordinated attack with Radical Left Democrat state & local D.A.'s & A.G.'s.

17.3k ReTruths   66.4k Likes            Aug 09, 2022, 4:53 PM

← **Truth Details**
6283 replies
Trending ⌄

**Donald J. Trump** ✓
@realDonaldTrump

The FBI and others from the Federal Government would not let anyone, including my lawyers, be anywhere near the areas that were rummaged and otherwise looked at during the raid on Mar-a-Lago. Everyone was asked to leave the premises, they wanted to be left alone, without any witnesses to see what they were doing, taking or, hopefully not, "planting." Why did they STRONGLY insist on having nobody watching them, everybody out? Obama and Clinton were never "raided," despite big disputes!

19k ReTruths   57.3k Likes             Aug 10, 2022, 6:56 AM



**Truth Details**
1229 replies

🔥 Trending ⌄

**Donald J. Trump** ✓
@realDonaldTrump

The FBI has a long and unrelenting history of being corrupt. Just look back to the days of J. Edgar Hoover. In the modern era, nothing has changed except that it has gotten far worse. Look at Comey, McCabe, Strzok and lover Lisa Page. Check out the brilliantly written but damning I.G. Reports. See what they were willing to do in order to get Crooked Hillary Clinton elected (they failed), and got caught! They spied on my campaign, pushed the FAKE Dossier, and illegally used the FISA Court…..

10.9k ReTruths   38.8k Likes                   Aug 14, 2022, 8:02 AM



**Truth Details**
995 replies

🔥 Trending ⌄

**Donald J. Trump** ✓
@realDonaldTrump

….The Inspector General said the FBI acted with "gross incompetence and negligence." I was fully vindicated in the Russia, Russia, Russia SCAM, the "No Collusion" Mueller Investigation, Impeachment Hoax #1, Impeachment Hoax #2, and all else. NOW THEY RAID MY HOME, ban my lawyers and, without any witnesses allowed, break the lock that they asked us to install on the storage area that we showed them early on, which held papers that they could have had months ago for the asking, and without…..

10.7k ReTruths   39.8k Likes                   Aug 14, 2022, 8:03 AM









**Truth Details**
3768 replies

**Donald J. Trump**
@realDonaldTrump

Wow! In the raid by the FBI of Mar-a-Lago, they stole my three Passports (one expired), along with everything else. This is an assault on a political opponent at a level never seen before in our Country. Third World!

16.5k ReTruths   49.5k Likes            Aug 15, 2022, 1:22 PM



**Truth Details**
5412 replies

**Donald J. Trump**
@realDonaldTrump

There is no way to justify the unannounced RAID of Mar-a-Lago, the home of the 45th President of the United States (who got more votes, by far, than any sitting President in the history of our Country!), by a very large number of gun toting FBI Agents, and the Department of "Justice" but, in the interest of TRANSPARENCY, I call for the immediate release of the completely Unredacted Affidavit pertaining to this horrible and shocking BREAK-IN. Also, the Judge on this case should recuse!

19.8k ReTruths   76.2k Likes            Aug 15, 2022, 11:54 PM



**Donald J. Trump** @realDonaldTrump

When will people realize that the atrocities being perpetrated by the FBI and DOJ having to do with the Raid and Break In of my home, Mar-a-Lago, or after years of other atrocities and unthinkable violations of freedom and the law, this has been going on for years, from the moment I came down the golden escalators in Trump Tower, right up until the present. At some point you have to look at what took place in the past to determine what is going on in the present....

9.28k ReTruths   35.5k Likes            Aug 19, 2022, 4:31 PM



**Donald J. Trump** @realDonaldTrump

Affidavit heavily redacted!!! Nothing mentioned on "Nuclear," a total public relations subterfuge by the FBI & DOJ, or our close working relationship regarding document turnover - WE GAVE THEM MUCH. Judge Bruce Reinhart should NEVER have allowed the Break-In of my home. He recused himself two months ago from one of my cases based on his animosity and hatred of your favorite President, me. What changed? Why hasn't he recused himself on this case? Obama must be very proud of him right now!

23k ReTruths   83.1k Likes            Aug 26, 2022, 12:59 PM



**Truth Details**
2063 replies

Trending

**Donald J. Trump** ✓
@realDonaldTrump

The FBI is totally corrupt. They blatantly used their power to get a cognitively impaired Democrat elected President - In TWO Elections. THEY SPIED ON MY CAMPAIGN and now, BROKE INTO MY HOME, using a Radical Left Trump Hating Magistrate to grant approval, and indiscriminately STOLE everything within reach, including my Passports. They even "riffled" through the First Lady's closets, dresses and drawers. They are an out of control group of highly partisan "mobsters," a real threat to democracy!

11.7k ReTruths   41.8k Likes              Sep 03, 2022, 8:31 AM



**Truth Details**
3697 replies

Trending

**Donald J. Trump** ✓
@realDonaldTrump

Not only did the FBI steal my Passports in the FBI Raid and Break-In of my home, Mar-a-Lago, but it has just been learned through court filings that they also improperly took my complete and highly confidential medical file and history, with all the bells and whistles (at least they'll see that I'm very healthy, an absolutely perfect physical specimen!), plus personal Tax Records (Illegal to take), and lawyer/client/privileged information, a definite NO, NO. Days of the Soviet Union!

14.7k ReTruths   44.5k Likes              Sep 07, 2022, 8:37 AM

**Truth Details**
2314 replies

Trending

**Donald J. Trump**
@realDonaldTrump

So now the FBI & Biden Department of "Justice" leakers are going to spend Millions of Dollars, & vast amounts of Time & Energy, to appeal the Order on the "Raid of Mar-a-Lago Document Hoax," by a brilliant and courageous Judge whose words of wisdom rang true throughout our Nation, instead of fighting the record setting corruption and crime that is taking place right before their very eyes. They SPIED on my Campaign, lied to FISA COURT, told Facebook "quiet," preside over worst CRIME WAVE ever!!

13.2k ReTruths   47.7k Likes                       Sep 08, 2022, 4:41 PM

**Truth Details**
4075 replies

**Donald J. Trump**
@realDonaldTrump

.....They leak, lie, plant fake evidence, allow the spying on my campaign, deceive the FISA Court, RAID and Break-Into my home, lose documents, and then they ask me, as the 45th President of the United States, to trust them. Look at the I.G. Reports on Comey, McCabe, and others. Things are safer in the middle of Central Park!

15.7k ReTruths   58.7k Likes                       Sep 08, 2022, 5:02 PM







**Truth Details**
1780 replies

Trending

**Donald J. Trump**
@realDonaldTrump

THE ONLY REASON I HAVE THESE ABSOLUTELY RIDICULOUS INVESTIGATIONS AGAINST ME , HEADED UP BY RACISTS, LUNATICS, AND RADICAL LEFT MANIACS, IS FOR PURPOSES OF ELECTION INTERFERENCE. IT WILL BE HARDER FOR THE DEMOCRATS TO CHEAT LIKE THEY DID IN 2020, SO THEY ARE GOING RIGHT TO THE OLD SOVIET UNION PLAYBOOK AND USING THE DOJ, FBI & OTHERS IN "JUSTICE" TO INTERFERE IN OUR ONCE SACRED ELECTIONS. WE'VE GOT TO SWAMP THESE CHEATERS, AND WE WILL WIN!

8.54k ReTruths   31k Likes              Apr 10, 2023, 10:54 AM



**Truth Details**
1645 replies

Trending

**Donald J. Trump**
@realDonaldTrump

I WAS BEING FRAMED BY THE FBI AND THE DOJ. NOW IT CONTINUES WITH THE BOXES HOAX, THE "PERFECT" PHONE CALL IN ATLANTA, THE MANHATTAN D.A., AND THE NEW YORK STATE A.G. SCAM. WHAT A GROUP, BUT ALL REPORT TO THE DOJ IN WASHINGTON. IT'S JAMES COMEY AND THE SLEAZEBAGS ALL OVER AGAIN. THEY ARE PLAYING ELECTION INTERFERENCE IN 2024 THROUGH ILLEGAL LAW ENFORCEMENT AGAINST REPUBLICANS, IN PARTICULAR YOUR FAVORITE PRESIDENT, ME. THESE ARE CHEATING LOWLIFES, BUT WE WILL WIN. OUR COUNTRY IS GOING TO HELL!

8.05k ReTruths   27k Likes              May 17, 2023, 8:08 AM

