# EXHIBIT 5A





**Truth Details**
8616 replies

Donald J. Trump
@realDonaldTrump

IF YOU GO AFTER ME, I'M COMING AFTER YOU!

16.9k ReTruths   49.6k Likes                     Aug 04, 2023, 4:16 PM

# EXHIBIT 5B



← **Truth Details**
5331 replies

Trending ⌄

**Donald J. Trump** ✓
@realDonaldTrump

THERE IS NO WAY I CAN GET A FAIR TRIAL WITH THE JUDGE "ASSIGNED" TO THE RIDICULOUS FREEDOM OF SPEECH/FAIR ELECTIONS CASE. EVERYBODY KNOWS THIS, AND SO DOES SHE! WE WILL BE IMMEDIATELY ASKING FOR RECUSAL OF THIS JUDGE ON VERY POWERFUL GROUNDS, AND LIKEWISE FOR VENUE CHANGE, OUT IF D.C.

11k ReTruths   42k Likes                 Aug 06, 2023, 9:26 AM



← **Truth Details**
1776 replies

Trending ⌄

**Donald J. Trump** ✓
@realDonaldTrump

Deranged Jack Smith is going before his number one draft pick, the Judge of his "dreams" (WHO MUST BE RECUSED!), in an attempt to take away my FIRST AMENDMENT RIGHTS - This, despite the fact that he, the DOJ, and his many Thug prosecutors, are illegally leaking, everything and anything, to the Fake News Media!!!

5.72k ReTruths   18.4k Likes              Aug 07, 2023, 8:36 AM



← **Truth Details**
1740 replies

🔥 Trending ⌄

**Donald J. Trump** ✓
@realDonaldTrump

The Obama appointed Judge in the FREE SPEECH Indictment of me by my political opponent, Crooked Joe Biden's Department of InJustice, shared professional ties at the law firm that worked for Energy Company Burisma, based in Ukraine, of which Hunter Biden and his associate were "proud" MEMBERS OF THE BOARD, and were paid Millions of Dollars, even though Hunter knew almost NOTHING about Energy. How much was the law firm paid? So Horrible. This is a CLASSIC Conflict of Interest! "GATEWAY PUNDIT"

**6.77k** ReTruths   **19.4k** Likes          Aug 08, 2023, 4:47 PM



Donald J. Trump
@realDonaldTrump



🇺🇸 Mike Davis 🇺🇸
@mrddmia



Judge Tanya Chutkan—an Obama leftwing activist judge in DC, whose husband also got appointed by Obama as a DC judge—openly admitted she's running election interference against Trump.



Donald J. Trump
@realDonaldTrump · 3d



Kyle Cheney
@kyledcheney

IMPORTANT — CHUTKAN: "What the defendant is currently doing — the fact that he's running a political campaign has to yield to the orderly administration of justice. If that means he can't say exactly what he wants to say about witnesses in this case, that's how it has to be."

5k ReTruths   12.8k Likes                     Aug 13, 2023, 4:31 PM



**Truth Details** — 2084 replies — Trending

**Donald J. Trump** @realDonaldTrump

The Obama appointed Federal Judge in D.C, a TRUE TRUMP HATER, is incapable of giving me a fair trial. Her Hatred of President DONALD J. TRUMP is so great that she has been diagnosed with a major, and incurable, case of TRUMP DERANGEMENT SYNDROME!!!

7.01k ReTruths   26.7k Likes          Oct 30, 2023, 7:51 AM



**Truth Details** — 756 replies — Trending

**Donald J. Trump** @realDonaldTrump

All of these Biden "Political Opponent" Lawsuits against me could have been brought 3 years ago, but the slimeballs brought them right in the middle of my very successful campaign for President. The J6 Fake Case, where the Obama appointed, Trump Hating Judge, Tanya S. Chutkan, actually had the audacity to schedule the trial THE DAY BEFORE SUPER TUESDAY (always considered the biggest of all Primary days), has been put into serious question when most of the Unselect Committee's evidence was deleted and destroyed. This illegal act, that would have shown the GUILT of Crazy Nancy Pelosi, and others, should end this Biden Witch Hunt. Our FAILING NATION is now becoming a BANANA REPUBLIC. MAGA!

3.06k ReTruths   10k Likes          Dec 08, 2023, 8:25 AM

# EXHIBIT 5C



← **Truth Details**  🔥 Trending ⌄
1325 replies

**Donald J. Trump** ✓
@realDonaldTrump

The only person who may be worse than weak on violent crime A.G. Letitia "Peekaboo" James, is the Judge we have on her ridiculous & highly partisan case against me & my family. His name is Arthur Engoron, & he is a vicious, biased, and mean "rubber stamp" for the Communist takeover of the great & prosperous American company that I have built over a long period of years. He was appointed by my worst enemies. Case was to go to a new Judge, but he demands to keep it. I have no jury or Civil Rights!

**6.92k** ReTruths   **22.4k** Likes          Oct 28, 2022, 10:09 AM



← **Truth Details**  🔥 Trending ⌄
1388 replies

**Donald J. Trump** ✓
@realDonaldTrump

WE NEED JUSTICE IN OUR COUNTRY! This political hack judge, who values, Mar-a-Lago, the most spectacular parcel of real estate in Palm Beach, and perhaps all of Florida, at $18 million in order to reduce valuations on my financial statements, which are, in fact, lower than my actual net worth, must be stopped. I have had very unfair judges since entering politics, but nobody has been as unhinged as this guy. Mar-a-Lago is worth, perhaps, 100 times more than he values it. Other properties are likewise worth substantially more. I am worth billions more than my very conservatively stated financial statements, and therefore could not have defrauded the banks, who all made money & were all paid back, or are current, with no defaults or any other problem. Additionally, there is a powerful Disclaimer Clause on the first pages of the Financial Statements. It states that nothing in the Financial Statements should be accepted as fact!

**4.81k** ReTruths   **17.9k** Likes          Sep 27, 2023, 11:55 AM



**Truth Details**
2492 replies

Donald J. Trump
@realDonaldTrump

Judge Engoron's Valuation of Mar-a-Lago, the most spectacular property in Palm Beach, Florida, IS FRAUDULENT! He states a value of 18 Million Dollars, knowing full well that it is worth, perhaps, 50 to 100 times that amount. Engoron is working diligently to misrepresent me, and my net worth, which is substantially MORE than is shown on my fully "disclaimed" Financial Statements. I have not even included my most valuable asset - BRAND! He should resign from the "Bench" and be sanctioned by the Courts for his abuse of power, and his intentional and criminal interference with the Presidential Election of 2024, of which I am leading all candidates, both Republican & Democrat, by significant margins. Likewise, Letitia James should resign for purposeful and criminal Election Interference. She is fully aware that Mar-a-Lago, and other assets, are worth much more than what she is claiming. Both of these Democrat Operatives are a disgrace to New York, and to the United States of America!

7.11k ReTruths   25k Likes                Oct 02, 2023, 12:50 AM

**Truth Details**
3268 replies

Donald J. Trump
@realDonaldTrump

JUST ARRIVED AT THE COURTHOUSE TO FIGHT A CORRUPT & RACIST ATTORNEY GENERAL, AND A ROGUE, OUT OF CONTROL, TRUMP HATING JUDGE, WHO REFUSES TO FOLLOW THE APPELLATE COURT DECISION WHICH KNOKS OUT 80% OF THIS SHAM CASE. THIS IS THE CONTINUATION OF THE GREATEST WITCH HUNT OF ALL TIME. ELECTION INTERFERENCE!

7.52k ReTruths   27k Likes                Oct 02, 2023, 9:55 AM



← **Truth Details**  
1728 replies  
◉ Trending ⌄

**Donald J. Trump** ✓
@realDonaldTrump

Judge Engoron is a political hack who ruled against me before the trial even started. He is doing the dirty work for the Democrat Party. I was not even given the option of a jury, This Rigged Case should have never been brought, but since it was, it should have been in the Commercial Division, but Engoron WOULD NOT LET GO OF IT. He fought us, sanctioned us for no reason, fined us big money, never gave us even a one day delay. This is his big chance, and he was not going to let it go. In the meantime, they "lost" their Star Witness, and my Financial Statements are GREAT! There was no fraud, so they are working with the corrupt A.G. whose campaign was "I will get Trump," to develop something, anything. They even go back to 2014, past the Statute of Limitations, to look at a "low ball" offer I made for the Buffalo Bills. Someone else offered much more, so what? Now they come up with something called "disgorgement." I never even heard of the term. WITCH HUNT!!! ELECTION INTERFERENCE!!!

**6.29k** ReTruths   **22.2k** Likes                    Nov 01, 2023, 7:43 AM



**Truth Details**
1868 replies

Trending

**Donald J. Trump** ✓
@realDonaldTrump

The RIGGED Trial being "presided" over in Manhattan, without a jury allowed, by a TRUMP HATING, RADICAL LEFT, DEMOCRAT OPERATIVE JUDGE, has shown conclusively that the Trump Organization is Financially Strong, Powerful, Very Liquid, AND HAS DONE NOTHING WRONG. This Election Interference case, brought by Racist and Corrupt Attorney General Peekaboo James, in close coordination with Crooked Joe Biden and Washington, D.C., Fascists, Marxists, and Communists, is a disgrace. With ZERO evidence, and before the Trial even started, the Judge, Arthur Engoron, ruled viciously against me. He stated strongly that a Billion Dollar House was worth only $18,000,000. Likewise, but to a lesser extent, he did this with other properties, also. The A.G. laughed at him! This is a great Miscarriage of Justice, and while they want to settle, why should I be forced to settle when I did nothing wrong? The State should focus on reducing Taxes, fighting Violent Crime, & keeping businesses from leaving New York!

5.15k ReTruths   17k Likes                    Nov 02, 2023, 9:57 AM



**Truth Details**
626 replies

Trending

**Donald J. Trump** ✓
@realDonaldTrump

The Judge committed FRAUD in my Trial by valuing my assets at a tiny fraction of what they are really worth in order to make his FAKE CASE against me - And everyone, including his crooked and highly partisan Law Clerk, Allison Greenfield, and Racist A.G. Letitia James, knows it. The Judicial System in New York State is in chaos and disrepute over this horribly handled Persecution of a Political Opponent. The World is watching this illegal Witch Hunt. Engoron, James, and Greenfield should be sanctioned and prosecuted over this complete and very obvious MISCARRIAGE OF JUSTICE!!!

3.32k ReTruths   10.9k Likes                  Nov 18, 2023, 2:45 PM



← **Truth Details**
1184 replies

**Donald J. Trump** ✓
@realDonaldTrump

Judge Engoron's Trump Hating wife, together with his very disturbed and angry law clerk, have taken over control of the New York State Witch Hunt Trial aimed at me, my family, and the Republican Party. This is such an embarrassment to all within the New York State Judicial System, as murder and violent crime rage like never before!

**5.11k** ReTruths   **18.8k** Likes                    Nov 29, 2023, 4:26 PM

# EXHIBIT 5D





**Truth Details**
2763 replies

Trending

**Donald J. Trump** ✓
@realDonaldTrump

Judge Juan Merchan, who is suffering from an acute case of Trump Derangement Syndrome (whose daughter represents Crooked Joe Biden, Kamala Harris, Adam "Shifty" Schiff, and other Radical Liberals, has just posted a picture of me behind bars, her obvious goal, and makes it completely impossible for me to get a fair trial) has now issued another illegal, un-American, unConstitutional "order," as he continues to try and take away my Rights. This Judge, by issuing a vicious "Gag Order," is wrongfully attempting to deprive me of my First Amendment Right to speak out against the Weaponization of Law Enforcement, including the fact that Crooked Joe Biden, Merrick Garland, and their Hacks and Thugs are tracking and following me all across the Country, obsessively trying to persecute me, while everyone knows I have done nothing wrong!

7.05k ReTruths    21.7k Likes              Mar 27, 2024, 10:31 AM



**Truth Details**
1212 replies

Trending

**Donald J. Trump** ✓
@realDonaldTrump

Judge Juan Merchan is totally compromised, and should be removed from this TRUMP Non-Case immediately. His Daughter, Loren, is a Rabid Trump Hater, who has admitted to having conversations with her father about me, and yet he gagged me. She works for Crooked Joe Biden, Kamala Harris, Adam "Shifty" Schiff, and other Radical Leftists who Campaign on "Getting Trump," and fundraise off the "Biden Indictments" - including this Witch Hunt, which her father "presides" over, a TOTAL Conflict - and attacking Biden's Political Opponent through the Courts. Former D.A. Cy Vance refused to bring this case, as did all Federal Agencies, including "Elections."

4.52k ReTruths    15.3k Likes              Mar 28, 2024, 4:50 PM



← **Truth Details**
956 replies


**Donald J. Trump** ✓
@realDonaldTrump

There is NO WAY I can be given a Fair (Biden) Trial on Monday with Judge Juan Merchan, who is totally conflicted and corrupt, presiding. Soros backed Alvin Bragg, the "District Attorney" who has, along with his sidekick Leticia James, let violent crime flourish in New York, never wanted to bring this case because it is a sham and mockery of our legal system. He brought it anyway for purposes of saving the WORST PRESIDENT IN THE HISTORY OF THE UNITED STATES. ELECTION INTERFERENCE!

3.71k ReTruths   13.1k Likes                          Apr 13, 2024, 12:48 PM

← **Truth Details**
5932 replies


**Donald J. Trump** ✓
@realDonaldTrump

HIGHLY CONFLICTED, TO PUT IT MILDLY, JUDGE JUAN MERCHAN, HAS TAKEN AWAY MY CONSTITUTIONAL RIGHT TO FREE SPEECH. EVERYBODY IS ALLOWED TO TALK AND LIE ABOUT ME, BUT I AM NOT ALLOWED TO DEFEND MYSELF. THIS IS A KANGAROO COURT, AND THE JUDGE SHOULD RECUSE HIMSELF!

12k ReTruths   43k Likes                             Apr 23, 2024, 11:00 AM

