**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Case No. 23-80101-CR** |
| | ) | **CANNON/REINHART** |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WALTINE NAUTA, and | ) | |
| CARLOS DE OLIVEIRA, | ) | |
| | ) | |
| *Defendants*. | ) | |

**PRESIDENT DONALD J. TRUMP'S NOTICE
REGARDING JANUARY 17, 2025, HEARING**

Pursuant to the Court's January 15, 2025, Order, Doc. 705, President Trump hereby gives notice that he intends to present argument in support of his Motion to Intervene as to Volume II of the Final Report, Doc. 681. John F. Lauro and Gregory M. Singer will appear on behalf of President Trump, with Mr. Lauro designated to present argument.

Dated: January 15, 2025

Respectfully submitted:

<u>/s/ John F. Lauro / Gregory M. Singer</u>
John F. Lauro, Esq.
Fla. Bar No. 794074
jlauro@laurosinger.com
Gregory M. Singer, Esq.
Fla. Bar No. 109267
gsinger@laurosinger.com
LAURO & SINGER
400 N. Tampa St., 15th Floor
Tampa, FL 33602
(813) 222-8990

*Counsel for President Donald J. Trump*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2025, a true and correct copy of the foregoing was filed electronically with the Court's CM/ECF system to be served electronically on counsel of record for all parties who have entered in the case.

*/s/Gregory M. Singer*
Gregory M. Singer
