UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-cr-80101-CANNON

UNITED STATES OF AMERICA

v.

WALTINE NAUTA,

      **Defendant.**
_____/

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Attorney Stanley E. Woodward, Jr. of the law firm Brand Woodward Law, LP, admitted to practice in the matter pro hac vice, respectfully moves to withdraw his appearance as counsel for Defendant Waltine Nauta. Mr. Woodward serves as Assistant to the President and Senior Counselor. The Defendant consents to the withdrawal. Mr. Nauta continues to be represented by attorney Richard C. Klugh, 40 N.W. 3rd St., PH1, Miami, Florida 33128, in this case.

Respectfully submitted,

*s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (*pro hac vice*)
Brand Woodward Law, LP
400 Fifth Street NW, Suite 350
Washington, D.C. 20010
202.996.7447 (telephone)
stanley@brandwoodwardlaw.com

*s/ Richard C. Klugh*
Richard C. Klugh
Fla. Bar No. 305294
KLUGH WILSON, LLC
40 N.W. 3rd Street, PH1
Miami, FL 33128
(305) 536-1191 (telephone)
klughlaw@gmail.com

*Counsel for Defendant Waltine Nauta*