UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80101-CANON

UNITED STATES of AMERICA,

      Plaintiff,

v.

WALTINE NAUTA,

      Defendant.

_____/

## MOTION TO EXTEND DATE FOR RESPONSES TO INTERVENTION MOTION

Waltine Nauta, through undersigned counsel, hereby moves to extend the time for the filing of responses to American Oversight's expedited motion to intervene (DE 717). He states the following grounds in support of this motion.

1. American Oversight on February 14, 2025, filed its motion to intervene in this matter. The deadline to file responses is Friday, February 28, 2025.

3. Counsel for Waltine Nauta has been out of the office for several days due to a cardiological health issue. Counsel also has had to address multiple current briefing deadlines in the Eleventh Circuit, as well as certain pressing trial matters in the Southern District of New York.

3. American Oversight's motion sought expedited relief based on its then-pending motion for similar relief in *American Oversight v. U.S. Dep't of Justice*, No. 25-cv-383-Kelly (D.D.C. Feb. 10, 2025). On February 20, 2025, Judge Kelly issued

a memorandum opinion denying American Oversight's preliminary injunction motion seeking expedited processing by DOJ of American Oversight's Freedom of Information Act request for the Special Counsel report. *See id.*, DE 11. The purported urgency identified there was release of the report prior to FBI director Kash Patel's final confirmation vote. Director Patel, however, has been confirmed and is in office.

4. Also, significantly, on February 24, 2025, the Knight First Amendment Institute moved to intervene, raising similar arguments to those raised in American Oversight's brief. Responses to that motion are due March 10.

5. The interests of justice and judicial economy would be served by allowing the filing of response to both pending motions to intervene at the same time on March 10, given their overlapping issues as well as the newly raised citations and arguments in the most recent of the two motions.

6. Additionally, the parties are continuing to work to file a joint status report on or before March 13 in compliance with this Court's order for January 21, 2025. The additional time for responses sought by this motion would facilitate the comprehensive and coordinated handling of the relevant matters in this case.

7. Undersigned counsel has conferred with counsel for American Oversight, who represented that she does not oppose the relief requested.

WHEREFORE, Waltine Nauta hereby requests that the Court extend until March 10 the time for filing of responses to American Oversight's motion to intervene.

Respectfully submitted,

KLUGH WILSON LLC

By: /s/ *Richard C. Klugh*
        Richard C. Klugh
        Attorney for Defendant
        Fla. Bar. No. 305294
        40 N.W. 3rd Street, PH 1
        Miami, Florida 33128
        Fla. Bar No. 305294
        Tel: (305) 536-1191
        Email: rickklu@aol.com