FILING FEE
PAID ___ $ 250.00
Pro hac
Vice— receipt 299853
Angela E. Noble, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 23-cr-80101-AMC**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DONALD J. TRUMP,
WALTINE NAUTA, and
CARLOS DE OLIVEIRA,

      Defendants.

_____/



FILED BY _MC_ D.C.

MAR 1 3 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO APPEAR *PRO HAC VICE*,
## CONSENT TO DESIGNATION, AND REQUEST TO
## ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer

Review, and Discipline of Attorneys of the United States District Court for the Southern District

of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Elizabeth Haddix

of American Oversight, 1030 15th Street, NW, B255, Washington, D.C. 20005, Telephone (252)

359-7424 ext. 1031, for purposes of appearance as co-counsel on behalf of non-party American

Oversight in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative

Procedures, to permit Ms. Haddix to receive electronic filings in this case, and in support thereof

states as follows:

     1.    Elizabeth Haddix is not admitted to practice in the Southern District of Florida and

is a member in good standing of the North Carolina State Bar and the United States District Courts

for the District of Columbia.

     2.    Movant, Barbara R. Llanes, Esquire, of the law firm of Gelber Schachter &

Greenberg, P.A., One Southeast Third Avenue, Suite 2600, Miami, Florida 33131, Telephone 305-

728-0950, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Elizabeth Haddix has made payment of this Court's $250 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.      Elizabeth Haddix, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Elizabeth Haddix at email address: elizabeth.haddix@americanoversight.org.

WHEREFORE, Barbara R. Llanes, moves this Court to enter an Order permitting Elizabeth Haddix to appear before this Court on behalf of non-party American Oversight for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Elizabeth Haddix.

Dated: March 13, 2025

Respectfully Submitted,

*/s/ Barbara R. Llanes*
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
BARBARA R. LLANES
Florida Bar No. 1032727
bllanes@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

*Counsel for non-party American Oversight*