**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 23-CR-80101-AMC**

UNITED STATES OF AMERICA,
        Plaintiff,
   v.
DONALD J. TRUMP, WALTINE NAUTA,
and CARLOS DE OLIVEIRA,
        Defendants.

**NOTICE OF WITHDRAWAL OF**
**KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY'S**
**TRANSCRIPT ORDER FORM [D.E. 788]**

Prospective Intervenor, Knight First Amendment Institute at Columbia University by and through undersigned counsel hereby gives notice of and withdraws its *Transcript Order Form [D.E. 788]*.  Corrected *Transcript Order Form [D.E. 789]* has been filed.

Dated: February 9, 2026　　　　　　　　Respectfully submitted,

                                        /s/ *David Buckner*
                                        David Buckner
                                        Florida Bar No.: 60550
                                        Buckner + Miles
                                        2020 Salzedo Street, Suite 302
                                        Coral Gables FL 33134
                                        Phone: (305) 964-8003
                                        david@bucknermiles.com

                                        Scott Wilkens (*pro hac vice*)
                                        Alex Abdo (*pro hac vice*)
                                        Jameel Jaffer (*pro hac vice*)
                                        Knight First Amendment Institute
                                         at Columbia University
                                        475 Riverside Drive, Suite 302
                                        New York, N.Y. 10115
                                        Phone: (646) 745-8500
                                        scott.wilkens@knightcolumbia.org

## CERTIFICATE OF SERVICE

I, David Buckner, do hereby certify that I have filed the foregoing Notice of Withdrawal on March 16, 2026, via CM/ECF, through which service will be made on all parties in this matter.

Dated: March 16, 2026

Respectfully submitted,

 /s/ *David Buckner*
David Buckner
Buckner + Miles
2020 Salzedo Street
Suite 302
Coral Gables FL 33134
(305) 964-8003

*Counsel for Prospective Intervenor Knight First Amendment Institute at Columbia University*